UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-20552-CR-DAMIAN

UNITED STATES OF AMERICA

vs.

ESTHER NUHFER
_____/

**ESTHER NUHFER'S UNOPPOSED MOTION TO TRAVEL**

Esther Nuhfer respectfully requests that this Court grant her permission to travel, and states as follows:

Esther Nuhfer was charged on November 16, 2022, with violations of FARA and money laundering. She is currently out on bond and has been compliant with all conditions that have been set by the Court for over a year.

Ms. Nuhfer has been invited to attend the Republican National Convention as a Delegate/Guest in Milwaukee from July 14-19, 2024. She will provide her itinerary to Probation and the Government.

Ms. Nuhfer has traveled previously with permission from the Court and consent by the Government. Ms. Nuhfer had no issues while traveling and returned when expected.

The Government has no objection to this Motion.

Wherefore Esther Nuhfer respectfully requests the entry of an order granting her Motion for Permission to Travel.

                                  Respectfully submitted,

                                  **MARKUS/MOSS** **PLLC**
                                  40 N.W. Third Street, PH1
                                  Miami, Florida 33128
                                  Tel: (305) 379-6667
                                  markuslaw.com

                            By:    <u>/s/ David Oscar Markus</u>
                                         David Oscar Markus
                                         dmarkus@markuslaw.com

                                       <u>/s/ A. Margot Moss</u>
                                       A. Margot Moss
                                       mmoss@markuslaw.com
                                       *for Defendant Nuhfer*