UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-CR-20552-MD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | VOLUME I OF I |
| | ) | PAGES: 1 - 44 |
| | ) | |
| | ) | |
| VS. | ) | DATE OF PROCEEDINGS: |
| | ) | OCTOBER 11, 2024 |
| | ) | |
| | ) | COURTROOM NUMBER 12-4 |
| DAVID RIVERA, | ) | WILKIE D. FERGUSON, JR. |
| ESTHER NUHFER, | ) | UNITED STATES |
| _____DEFENDANTS._____ | ) | COURTHOUSE |

TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE MELISSA DAMIAN,
UNITED STATES DISTRICT JUDGE, AT
400 NORTH MIAMI AVENUE,
MIAMI, FLORIDA 33128.

APPEARANCES
FOR THE GOVERNMENT:        HAROLD E. SCHIMKAT, ESQ.,
                           DAN BERNSTEIN, ESQ.
                           UNITED STATES ATTORNEY'S OFFICE
                           99 NE 4 STREET, 4TH FLOOR
                           MIAMI, FLORIDA 33132

FOR THE DEFENDANT(S):      EDWARD ROBERT SHOHAT, ESQ.,
DAVID RIVERA                DAVID WEINSTEIN, ESQ.
                           JONES WALKER, LLP
                           MIAMI CENTER
                           201 S. BISCAYNE BOULEVARD.
                           SUITE 3000
                           MIAMI, FLORIDA 33131

*Stenographically Reported By:*
*Quanincia S. Hill, RPR*
*Federal Official Court Reporter*
*400 North Miami Avenue*
*Miami, Florida  33128*

*Office No.:  (305)523-3634  E-mail: Quanincia_hill@flsd.uscourts.gov*

```
FOR THE DEFENDANT(S):      DAVID OSCAR MARKUS, ESQ.,
ESTHER NUHFER               ANITA MARGOT MOSS, ESQ.,
                            MELISSA MADRIGAL, ESQ.
                            MARKUS/MOSS, PLLC
                            40 NW THIRD STREET
                            PENTHOUSE ONE
                            MIAMI, FLORIDA 33131
```

*Stenographically Reported By:*
*Quanincia S. Hill, RPR*
*Federal Official Court Reporter*
*400 North Miami Avenue*
*Miami, Florida  33128*

*Office No.:  (305)523-3634  E-mail:  Quanincia_hill@flsd.uscourts.gov*

```
 1              (Proceedings commencing at 1:36 p.m.)
 2         THE COURT:  All right.  Okay.  So let's go ahead.
 3         All right.  Calling case number 22, criminal, 20552,
 4    Damian, United States of America versus David Rivera and Ester
 5    Nuhfer.
 6         Counsel, please state your appearances, starting with
 7    the Government.
 8         AUSA SCHIMKAT:  Good afternoon, Your Honor.  Harry
 9    Schimkat and Dan Bernstein for the United States.
10         THE COURT:  Good morning.  And on behalf of Defendant
11    Rivera.
12         ATTORNEY SHOHAT:  Good afternoon, Your Honor.  Ed
13    Shohat and David Weinstein, Jones, Walker, LLP, on behalf of
14    Mr. Rivera, who's is in court with us.
15         THE COURT:  Thank you and good afternoon.  And on
16    behalf of Ms. Nuhfer?
17         ATTORNEY MARKUS:  Good afternoon.  David Markus, Margo
18    Moss and Melissa Madrigal on behalf of Esther Nuhfer, who's
19    present in court.
20         THE COURT:  Good afternoon to all of you.  Everybody
21    can be seated.
22         All right.  So we set this, if you recall, just to sort
23    of stay on top of progress in all of our scheduling.  I wanted
24    to first check in with counsel for Mr. Rivera to see how you
25    are doing, if there's any issues, because I know we had you
```

1    enter a permanent appearance but with permission to withdraw,

2    despite the local rule, if that became necessary.  How is that

3    going?

4         **ATTORNEY SHOHAT:**  Your Honor, first of all, I want to

5    thank you for indulging us in the issue that we've been dealing

6    with for quite some time and giving us the opportunity to

7    withdraw.  But I can advise the Court now that we have no

8    intention of withdrawing from the case.

9         **THE COURT:**  Okay.  Great.  And somebody had -- somebody

10   was trying to sell a house in New Smyrna Beach, which I think

11   got a little slammed.  So hopefully that is okay.  I that

12   that's what I was hearing on the news.

13        Okay.  So thank you for letting us know that.

14        And then Mr. Schimkat or Mr. Bernstein, how are we

15   doing on discovery?

16        **AUSA SCHIMKAT:**  It has been moving along, Your Honor.

17   At the arraignment, we had turned over discovery to the

18   defendants, approximately 40 gigabytes of information that

19   contained what we thought was the main portion of the

20   government's discovery in the case, literally thousands of

21   e-mails and text messages that we had identified as the key

22   evidence in the case, as well as a large number of financial

23   and other business records all pertinent to this matter.

24        Since then, we have primarily focussed on getting

25   copies to the defendants of a rather large amount of electronic

1    evidence that had been gathered during the course of the

2    investigation, consisting largely of search warrants for

3    various e-mail accounts of both Mr. Rivera and various third

4    parties.

5          In gathering that evidence during the course of the

6    investigation, that evidence had gone through a filter review

7    process, to segregate out any potentially privileged

8    information that had been picked up in those search warrants to

9    the e-mail providers as well as from Mr. Rivera's iPhone.

10         So in the production, what we have done is that

11   information was all loaded into a litigation support service

12   into a Relativity database to make it more searchable.  We have

13   had exports of that data from our Relativity provider exported

14   to our office so that we could provide it to the defendants on

15   hard drives so that they can also review it electronically

16   after loading it into a database such as Relativity.  And

17   that's been a two-part process.

18         So what we have done is, first, we had to get exports

19   of these various search warrants for the information that's

20   been available to the case team, in other words, to myself and

21   Mr. Bernstein and the agents.  I have received from the

22   defendants today, and I'm expecting to get a hard drive shortly

23   from Mr. Markus early next week.  We will now load that

24   material on to the hard drives and then provide it to the

25   defendants so that they can undertake their own review.  That

1   will consist of the documents and the materials that we had

2   already turned over back on August 30th that we had identified

3   as relevant to the case as well as all the other e-mails and

4   other items picked up in those search warrants so that they can

5   undertake a review for material that they believe might be

6   exculpatory to the defense.

7          So we're basically giving them everything available to

8   us from those various search warrants so they can see what we

9   have designated as relevant as well as have access to all the

10  other things in those e-mails accounts in order that they can

11  take their own review for what they think might be exculpatory.

12  I mean, obviously, at this point, they have not told us what

13  their defense is.  It's sort of impractical for us to do a

14  review for exculpatory information flying in the blind.  I may

15  have some idea what Mr. Rivera's defense is.  But in an

16  abundance of caution, we're basically giving them the entirety

17  of those e-mail accounts so that they can look for it

18  themselves.  That production, which should be go out to the

19  defendants next week, will be about 200 gigabytes of additional

20  material.  Again, they can load it into Relativity or another

21  searchable database to undertake their review running search

22  terms and whatnot for any sort of exculpatory information they

23  may have.

24          In parallel to that, a filter attorney from our office

25  has also engaged in discovery with the defendants.  I'm not as

1    involved in that for obvious reasons, but I know that the

2    filter attorney has reached out defense counsel.  I believe he

3    has already provided defense counsel with material that had

4    been withheld from the case team that is potentially

5    privileged, and to ask the defendants to take a position on

6    whether or not those materials are in fact privileged or not.

7         I don't know the current status of that.  I believe

8    that had been undertaken a little while ago.  But I don't know

9    where it stands as far as, for instance, the defendants

10   preparing a privileged log as to which items they're going to

11   assert privilege to or whatnot.  And I believe there might be

12   additional materials coming.  But again, I'm not looped into

13   the day to day of those discussions between the filter attorney

14   and defense counsel.  But that, again, would be a production

15   just on the filter side of the materials from those various

16   search warrants I've mentioned.

17        That has been a large task for the Government to

18   undertake, but I think we're in a position now where that will

19   largely be complete next week.  There is some additional

20   discovery I still need to get out to them.  And directly from

21   the case side of the team, that's going to be a relatively

22   small amount discovery -- of discovery compared to what we've

23   already produced.

24        And now that my portion of that e-litigation-type

25   discovery is done, I can turn to that and get that done

1   hopefully within the next week or two.  And that will largely

2   be the discovery that is being turned over from the case --

3   from the case team side of things.

4           **THE COURT:**  Okay.  So in a nutshell, the massive

5   majority should all be to them in the next couple weeks.

6           **AUSA SCHIMKAT:**  Correct.

7           **THE COURT:**  And the privilege filter is on going.  And

8   you just have a little bit more that will also flow after that.

9           **AUSA SCHIMKAT:**  Correct, Your Honor.

10          **THE COURT:**  And they know where those other things are

11  coming from --

12          **AUSA SCHIMKAT:**  Yes, correct.

13          **THE COURT:**  -- that's still missing?

14          All right.  Okay.  So let me hear from the defense

15  about discovery from your perspective.

16          **ATTORNEY SHOHAT:**  May I approach the podium, Judge?

17          **THE COURT:**  Sure.

18          **ATTORNEY SHOHAT:**  Thank you, Your Honor.

19          As you can hear, there isn't a very large of amount of

20  discovery, 240 gigs for starters.  Thousands and thousands of

21  e-mails and text messages.  The process of reviewing those

22  individually is an extraordinarily lengthily and time-consuming

23  process.  But Your Honor set the hearing to address scheduling

24  issues.  And that's what I want to do.

25          We are getting up to speed as fast as we can on the

 1   case, but we've already realized that this is a very

 2   complicated case and there are some issues that we want to put

 3   on the table today that we think will, in all likelihood,

 4   impact scheduling of this case going forward, not -- well

 5   beyond the extensive project of reviewing thousands and

 6   thousands gigs of discovery, 240 gigs for starters.

 7        We want to alert the Court to issues.  The first, and

 8   the one we think may implicate the schedule of the case the

 9   most is what we see as foreseeable issues under the <u>Classified</u>

10   <u>Information Procedures Act</u>.

11        On September 9th, we sent an e-mail to the government,

12   which we characterized correctly as a *Brady* demand for

13   extensive information that we think, and we pointed this out in

14   our e-mail, will implicate the <u>Classified Information</u>

15   <u>Procedures Act</u>.  We have not, to date, received a response to

16   that September 9th *Brady* demand.  We're expecting a response.

17   Mr. Schimkat has indicated that it's forthcoming.

18        Essentially, what we have requested, our initial

19   request was limited to CIPA material related to the April 2018

20   meeting between Congressman, U.S. Congressman Pete Sessions and

21   Venezuelan President Nicolas Maduro, which is set out in overt

22   acts 82 through 88 of Count 1 of the indictment.

23        We will soon be expanding that request, however, to

24   include allegations in the superseding indictment about

25   Congressman Sessions meeting in New York, meetings in New York

1    in April of 2017 described in overt acts 10 through 19 of the

2    indictment, as well as his involvement in the ExxonMobil events

3    described in overt acts 20 through 47 of the indictment.

4         We also anticipate expanding our *Brady* request to the

5    conduct of Senator Marco Rubio, described in overt acts 34

6    through 65 of the indictment, and possibly other aspects of the

7    superseding indictment as well, which we're still studying.

8         Judge, in a nutshell, each one of these activities

9    implicate the existence of state department and other possible

10   government agency classified correspondence, tables and

11   documents describing these events and whether they were

12   conducted by the respective U.S. officials for the purpose of

13   promoting and supporting the Government of Venezuela, which is

14   the purpose they have ascribed to both Defendants Rivera and

15   Nuhfer in this case.

16        Just as an example, Judge, it's inconceivable that a

17   U.S. Congressman, Congressman Pete Sessions of Texas, as

18   alleged in the indictment, on invitation, travelled to meet

19   with the president of Venezuela, Nicolas Maduro, as alleged in

20   the indictment, met with him along with Mr. Rivera, then met

21   the next day with the embassy and CIA officials, as alleged in

22   the indictment, without there being substantial cable and other

23   documents, which are classified, describing and justifying

24   those events and what their purpose was.

25        It is inconceivable, just off the top line, that a U.S.

1    Congressman did these things in order to promote the government

2    of Venezuela, which is what they've accused Mr. Rivera and

3    Ms. Nuhfer of engaging in these events for.

4          CIPA, Judge, is a very complicated and time-consuming

5    process.  We were entitled to see how the U.S. Government

6    describe these activities to itself.  And to the participants

7    who were U.S. Government officials.  Obtaining security

8    clearances for the lawyers will be necessary.  Clearly defining

9    the scope of the discovery requests, which often involves

10   multiple hearings, reviewing the documents once they were

11   disclosed, and then having the necessary litigation to

12   determine the process for utilizing any relevant materials at

13   trial.  These are very time-consuming processes.  We believe

14   the issues of CIPA must be built into our schedule.

15         As I said, I know the government's doing the best they

16   can.  They've been working on discovery very diligently and

17   we're happy with the discovery process as it's going forward.

18   We have no complaints about that.  But it's -- so far, it's

19   been over a month and we've had no response.  We think the

20   Court needs to be aware that there are -- appear to be several

21   significant CIPA issues that are going to present themselves in

22   this case.

23         In addition, we see, and we're just getting started

24   here, Judge, the necessity for litigation over Rule 17C

25   subpoenas.  We don't know what position the government's going

1    to take, but we do see the issuance of Rule 17C subpoenas as on

2    the horizon in this case.  Congressman Sessions and Senator

3    Rubio and other current and former government officials may be

4    the subject of such subpoenas.  State department and White

5    House officials during the Trump administration and ExxonMobil

6    officials could be the subject of these subpoenas.  All of

7    these are portions of the indictment in this case.  They are

8    alleged FARA conduct in this case.

9           We also, Judge, in addition to Rule 17C subpoenas, see

10   issues, possible issues, coming to the floor about Rule 15

11   depositions of witnesses in foreign countries.  That's entirely

12   possible.  Within the subpoenas issue, buried within them, as

13   we all know from experience, are code of federal regulation and

14   Touhy regulation issues for subpoenas decus tecum and witness

15   subpoenas for current and foreign government officials and

16   agents, which could be on the table.

17          Also, Judge, Mr. Schimkat laid out the extent of the

18   discovery.  There's going to be a -- I see, foresee real time

19   issues as to the ability to review that discovery.  He referred

20   to multiple search warrants.  We have not received, to this

21   date, any search warrants or search warrant affidavits or the

22   inventories for the search warrants that need to be evaluated

23   for possible constitutional issues with respect to the search

24   warrants.  So we're not even able yet to begin that process.

25   From our communications, both orally and in writing with

1    Mr. Schimkat, those things are forthcoming, but we haven't

2    received them yet.

3         In addition, Judge, the government's index, they've

4    given us an index of their initial tranche of discovery, the

5    200 gigabytes that they gave us at arraignment.  And it's 131

6    pages of just the index, Judge, of that material.  And when I

7    say "index," it really just describes very, very generally the

8    material and provides a bates number.  It's not a particularly

9    revealing index.  But having said that, part of the index

10   reveals that the government has received three of the four

11   depositions in -- from the lawsuit in the *PDV USA versus*

12   *Interamerican* lawsuit in the Southern District of New York,

13   including Mr. Rivera's deposition.  I think I need to alert the

14   Court that there may be -- well be issues regarding the

15   government's involvement in that lawsuit as a strategy to get

16   around Mister, we believe, possibly, to get around some of

17   Mr. Rivera's constitutional rights in this case.  We have made

18   a specific *Brady* demand in early September on this subject and

19   laid this out for the Government.  It's not a mystery to them.

20        In fact, in two of our early *Brady* demands in September

21   are intended to get to the bottom of this issue.  And again, we

22   have not received a response to any of our *Brady* demands.

23        So those are the issues that for me, on behalf of David

24   Rivera and for Mr. Weinstein, we can identify at this moment as

25   appearing to be issues that could impact scheduling in this

1   case.  And of course none of this relays -- relates at all to

2   any dispositive motions that we may be filing.  We're just in

3   the starting process of evaluating those, recognizing the

4   deadlines early next year.  And we'll get to those separately.

5           There is one other issue, with the Court's permission,

6   I'd like to raise.  And it's a bit unusual.

7           As the Court is aware, there is on-going litigation

8   involving the effort by a company by the name of PDV USA to

9   obtain the Cozen memorandum, what we believe is a highly

10  confidential lawyer's legal memorandum, from Ms. Nuhfer.  The

11  issue has only been litigated to date in a collateral civil

12  proceeding before Your Honor, and it's still in the middle of

13  that litigation.  And it has never been litigated in this case.

14  It's been litigated in the civil case but not in this case.

15          As we spelled out in our most recent filing in that

16  lawsuit, it appears, and there is hard evidence, that PDV USA's

17  lawsuit, while they may have their own motivations, it appears

18  in part at least, substantial part, to be a stalking horse for

19  the Government in this case, particularly to obtain the Cozen

20  memorandum by doing a complete end run, as we've openly

21  alleged, around Mr. Rivera by going -- trying to get it from

22  Ms. Nuhfer.

23          This appears to be even more so since the Government,

24  which had initiated sealed litigation in front of Judge Moore

25  to obtain the Cozen memorandum, has abandoned that effort.  And

1    in fact, according to the affidavit of Richard Klugh, which was

2    filed as an exhibit to our papers in the civil litigation, they

3    even moved for Judge Moore to vacate his order that required

4    the turnover of that memorandum.  And that order, as I

5    understand, has been vacated.  And so the government's

6    abandoned that.

7         PDV USA filed that lawsuit and has admitted filing that

8    lawsuit after consult- -- only after consultation with the

9    prosecutor.  So here's my ask today, Judge, and I'd like you to

10   think about this.  And what we would like to make sure does not

11   happen, no matter what the outcome is of the PDV litigation for

12   getting the memorandum from Ester Nuhfer, the confidential

13   memorandum, that the government not be permitted to obtain that

14   memorandum from PDV USA, which is sure to turn it over

15   immediately, until we have an opportunity to raise any

16   constitutional or other issues in this litigation between us

17   and the Government; that they simply be directed that before

18   they do that, we be put on notice that they intend to do it or

19   they've asked for the memorandum, or whatever, and have an

20   opportunity to litigate what's right in this litigation between

21   us and the Government.

22        That's my ask for today.  Thank you, Judge.

23        **THE COURT:**  I have one question about that one, and

24   that one is -- involve separate lawyers.  It's -- well, the

25   civil subpoena enforcement action is actually in front of me

1    and it does involve separate lawyers.  But there's the grand

2    jury action that was in front of Judge Moore.  I think that's

3    now Judge Altman, right?

4         **ATTORNEY SHOHAT:**  I'm sorry.  Would you repeat that,

5    Judge.

6         **THE COURT:**  I don't think Judge Moore has that any

7    more, right?  Isn't that Altman?

8         **ATTORNEY SHOHAT:**  No.  Altman -- Judge Moore has it.

9    It went from Judge Moore to Altman back to Judge Moore.  That's

10   what happened.

11        **AUSA SCHIMKAT:**  Your Honor, I can clarify that.  I'm

12   obviously not handling that fitter litigation.  That's been

13   handled by filter attorneys in our office.  But I can tell the

14   Court that that litigation on the grand jury side of things is

15   done with.  It's complete.  It actually had gone up to the

16   Eleventh Circuit.

17        **THE COURT:**  Right.

18        **AUSA SCHIMKAT:**  The Government, for whatever reason,

19   the filter attorneys decided, withdrew that proceeding and they

20   also withdrew the grand jury proceedings in front of Judge

21   Moore.  So my understanding is any litigation on the grand jury

22   side of that is done to be potentially revisited in the

23   criminal case.

24        **THE COURT:**  Okay.  So the -- by being done, so what

25   does that mean?

1   **AUSA SCHIMKAT:**  My understanding, and again, I'm

2   working sort of second hand because the filter attorneys are

3   being careful not to tell me too much, but my understanding is

4   the government had submitted a request to withdraw that

5   litigation, which Judge Moore has granted, without any sort of

6   ruling on the merits.

7   **ATTORNEY SHOHAT:**  That's right, Judge.  And Mr. Klugh's

8   affidavit in this case, which is Exhibit D to our objections,

9   says that.  He's right about that.

10  **THE COURT:**  So -- and that litigation kind of mirrored

11  in some sense the civil subpoena enforcement litigation.  So...

12  **ATTORNEY SHOHAT:**  Right.

13  **AUSA SCHIMKAT:**  It was different in one context.  And

14  this, I do have personal knowledge of.  The Cozen memorandum

15  being litigated in that proceeding was provided by Mr. Rivera

16  to Hugo Perera.  And then the Government obtained it from

17  Mr. Perera, as opposed to the civil litigation, which relates

18  to the Cozen memo through Ms. Nuhfer, as I understand it.

19  **ATTORNEY SHOHAT:**  That's correct.

20  **THE COURT:**  Right.  So then I go back to if the

21  government has abandoned or withdrawn or whatever, ended the

22  grand jury proceedings, where does the memo end up in the

23  government case?  What does that mean?  Does that mean that the

24  government is no longer saying they have a right to it in the

25  grand jury proceedings?

1          **AUSA SCHIMKAT:**  The Cozen memo remains in the filter

2    attorney's possession on the Government side.

3          **THE COURT:**  Okay.

4          **AUSA SCHIMKAT:**  But it has not been, at this point,

5    shared with myself and Mr. Bernstein.  And there are

6    discussions as to whether it to renew and proceed forward in

7    this criminal case with respect to the memo that the government

8    filter attorneys have.

9          **THE COURT:**  Okay.  I've caught up.

10         **ATTORNEY SHOHAT:**  That's exactly the point.  I asked --

11   yesterday, Judge, I asked Mr. Schimkat directly whether they

12   had obtained the Cozen memo from some other source.  He said

13   no.

14         **THE COURT:**  Okay.

15         **ATTORNEY SHOHAT:**  And that's what I'm saying is that

16   the issue of whether the prosecution team in this case should

17   have access to the Cozen memo should be litigated in this case,

18   not have it handed to them by PDV USA if Your Honor rules that

19   PDV USA gets it.  That's the window of problematic situation

20   for us.

21         **THE COURT:**  Okay.  I get it.  I get it.  I'm caught up.

22         **AUSA SCHIMKAT:**  And then, Your Honor, just with respect

23   to that, as I understand, and we've turned over in the

24   discovery, we've already provided to the defendants the

25   materials we have obtained from PDV USA.  Like the deposition

testimony that they mentioned, that's -- we've already shared

it what we've got with defense counsel.  So I know they've made

a *Brady* request, but they've already got it in their discovery.

As I understand the way the civil proceedings are

working, sort of protective order-type stuff, that that stuff

was available to be turned over to us because Interamerican

Consultant, Mr. Rivera's company, had not asserted in the civil

case confidentiality to those specific materials.  So they were

able to share those materials with us.  And then I guess it was

never litigated in the civil case.

**THE COURT:**  Did you obtain that by way of a subpoena or

did you just ask for it and you got it?  I think that's --

**AUSA SCHIMKAT:**  Well, it was, as I recall, and I'm

speaking off the top of my head, but as I recall, we got a

limited amount of material from Citgo that was produced through

this civil proceedings.  So yes, we did have conversations with

them from time to time, not nearly as extensive as the defense

thinks.  But as I understand it, I believe that PDV -- we asked

for it.  But previously, PDV USA, as I understand it, had been

served with a grand jury subpoena through DOJ-FCPA in

Washington because they were interested in any number of things

related to Citgo Petroleum.  I believe in the subpoena that

DOJ-FCPA issued, there might have been a request for materials

related to this Interamerican Consulting contract.  So on the

investigation side for the Rivera matter, we did not issue a

1    separate subpoena for it.  We requested it.  And if I recall

2    correctly, and again, this is off the top of my head, I think

3    the response was, Well, we've already got a subpoena from DOJ,

4    so we can give it to you," something along those lines.

5            **THE COURT:**  Okay.  So hold on one second.

6            (Off the record.)

7            **THE COURT:**  Okay.  So with respect to the issues raised

8    by Mr. Shohat, and I pretty much think they can be summed up as

9    potential CIPA issues, the -- which is capital 'C', capital

10   'I', capital 'P', capital 'A', the potential CIPA, the

11   potential for Rule 17C subpoenas that will come up, the

12   potential for Rule 15 depositions in foreign countries, I guess

13   also wrapped up with those subpoenas, will be two issues.  The

14   question of whether or how many search warrant were executed

15   and how many search warrants, Mister, I mean -- how many search

16   warrants were issued?

17           **AUSA SCHIMKAT:**  Roughly five or six.

18           **THE COURT:**  And they probably all have almost the same

19   affidavit in support.  That's usual.

20           **AUSA SCHIMKAT:**  Slightly differences.  I mean, some of

21   them are for third parties.  But obviously, I'll turn over the

22   search warrants relating to Mr. Rivera's e-mail accounts.  We

23   also searched his iPhone pursuant to sort of border search

24   authority/follow-up subpoena, I'm sorry, follow up search

25   warrants, and then we have some third party, I think two or

1    three third party search warrants also.

2           **THE COURT:**  Okay.  So on the --

3           **AUSA SCHIMKAT:**  And those would be part of the next

4    production I'm anticipating in the next week or two is copies

5    of the search warrants.

6           **THE COURT:**  Okay.  So these are all things that

7    Mr. Shohat is bringing to the Court's attention because they

8    may cause delays.

9           So I'm going to say with respect to all of those

10   things, which I'm going to put in sort of a discovery bucket,

11   we're going to have to cross that bridge when we get to it.  If

12   there's an issue, you need to put it in writing.  I'm not here

13   prepared to -- you don't know how many CIPA issues, Rule 17

14   subpoenas, things like that.  So as issues come up related to

15   discovery, I would put them in a motion if it's warranted.  And

16   I'm not ignoring Ms. Nuhfer's counsel.  I just want to --

17   really my point being, I'm not going to address or deal with

18   those now, obviously, because they're just sort of on the

19   horizon potential issues.  But I appreciate you bringing them

20   to my attention.

21          Same thing with respect to allegations of -- or

22   potential allegations concerning the government's involvement

23   in the civil case.  You know, if you're going to file a motion

24   based on those allegations, you're going to, you know, you're

25   going to have some meat to that.  So, again, that's going to

1    have to be something that's going to have to be briefed.

2           With respect to the Cozen memo, we are up to speed on

3    the civil side of that.  We have a bunch of things going on in

4    that case.  But that is actually -- currently, I am up to speed

5    on that.  So we'll deal with that first in the civil case.  In

6    the meantime, I agree, if I find that it is privileged and

7    should not be disclosed in the civil case, I don't know why it

8    would be any different in the criminal case.  But the

9    government may disagree and it will have to be taken up.  But

10   at this point, I do appreciate the representation from the

11   government that for now, they're not -- its being treated as

12   privileged and it should remain that way.

13          So let's separately deal with the memorandum issue in

14   the civil case as it's already teed up.  And the government is

15   on notice that they should not be making their own call on that

16   one in the criminal case.  They may want to wait and see what

17   happens in the civil case, and that will be soon.

18          So I guess the nutshell being all of those issues, I

19   appreciate they've been brought to my attention, but there's

20   not really anything I can do about any of them now.  So we're

21   just going to have to cross those bridges when we get to them.

22          I'm keeping the current scheduling order in place

23   because I don't have any hard information now that tells me

24   that it should be modified.  And frankly, I want it there to

25   keep everybody on those deadlines for filing motions and

1   bringing things to the Court's attention.  And if anything has

2   to be changed, well, that's something we'll deal with at that

3   point.

4        So for now, the scheduling order remains in place and

5   the government's just going to have to keep up with following

6   their obligations to continue to turn over discovery and keep a

7   filter team in place.

8        Yes.

9        **AUSA SCHIMKAT:**  Yes.  That's perfectly fair, Your

10  Honor.  So thank you.

11       **THE COURT:**  Go ahead.  Go ahead.

12       **AUSA SCHIMKAT:**  The one thing I would ask is just for a

13  speedy trial finding.  I don't think it was included in the

14  Court's prior order, just finding that the time is excluded

15  between -- I guess the arraignment was on August 30th, and

16  trial, which is currently set for April 21st.

17       **THE COURT:**  Oh, if I did not do that, then that was an

18  oversight on my part.  But it was -- the delay was attributable

19  to the defendant's requesting the time.  So do defendant's have

20  any objection to the exclusion through April 25th to this

21  point?

22       **ATTORNEY SHOHAT:**  Mr. Rivera does not.

23       **AUSA SCHIMKAT:**  No, Your Honor.  He went through this

24  at the arraignment earlier.

25       **THE COURT:**  Okay.  So it's clear though, that is

1    excludable time from the date of the arraignment through the

2    current trial setting, which is April 25th of 2025.

3          And the only other thing that I will ask you,

4    Mr. Schimkat:  Does -- is CIPA going to be something that we

5    need to alert the powers that be here about?

6          **AUSA SCHIMKAT:**  I'm not sure.  This is actually my

7    first experience now with a potential CIPA request.  So I'll

8    have to check on that.  I mean, on the government's side,

9    obviously, we're partnered up with the national security

10   division at DOJ.  So they're looped in that there might be

11   potential CIPA litigation in this case.  I honestly think that

12   it's not going to turn out the way Mr. Shohat expects it will.

13   A lot of the information relating to those specific events that

14   they're interested in, we've already turned over a lot of

15   discovery in that to them.

16         Now, it's not necessarily from the government agencies

17   that they're interested in, but I think as they have an

18   opportunity to review the discovery, they may come around to

19   the belief that there is probably a lot less on the agency side

20   of things than they think.

21         So, for instance, we have turned over a production of

22   documents that we have received from Congressman Sessions.  We

23   plan on making Congressman Sessions interview report available

24   for their review shortly so they can see what Congressman

25   Sessions himself had to say.  Whether they believe, after

1   reviewing that material, that it's worth to go through CIPA

2   litigation, I guess we'll see.  But there's not going to be as

3   much there as they think, Your Honor.

4       **THE COURT:**  Okay.  So Mr. Schimkat, I need you to

5   communicate with the national security division, who is

6   probably -- who are probably the people who have undertaken a

7   review of the any classified communications.  It's okay if you

8   haven't done it yet.  But now, you're going to talk to them

9   because if -- they're the ones that would have reviewed any

10   classified communications and any classified documents; and

11   they're the ones who are going to know if there's anything that

12   fall within the government's discovery obligations that

13   happened to be classified because then the issue will be:  Do

14   they want to declassify anything that does fall within the

15   government's discovery obligations, including Brady.  And if

16   they don't, then you have to let the defense know that are --

17   that there's classified information in them.

18       **AUSA SCHIMKAT:**  Sure.  And I think our position on this

19   is going to be that the agencies that they've requested

20   information from, we did get information from one of those

21   agencies.  It's a minimum amount of material that we are

22   reviewing to decide what we need to produce.  Not classified

23   material, just material that we receive from that specific

24   agency, and that the other agencies that are specifically named

25   in their *Brady* request, I think we're going to end up

1    potentially litigating that because we don't believe those

2    agencies, some of which we did not have contact with, would be

3    part of the prosecution team for purposes of discovery.  That

4    would be a preliminary step in -- before we have to undertake

5    any sort of CIPA review.

6         So we have already discussed that with our partners and

7    national security.  We're sort of waiting to see how the fining

8    production with the state department pans out, which I hope to

9    have to them in the next week or two.  And then it may be have

10   to be brought up more formally with that type of litigation,

11   Your Honor.

12        **THE COURT:**  Okay.  You'll just notify the Court.  Okay.

13   One moment.

14        (Off the record.)

15        **THE COURT:**  All right.  So you -- so then to be clear,

16   the government is aware that you need to alert us, the Court

17   and the defense, or keep everybody updated as national security

18   undertakes a review to make sure there's nothing that falls

19   within the government's obligations, under the discovery rules

20   and *Brady*, et cetera, that is going to present an issue under

21   the Classified Information Protection Act.

22        Let me hear from -- poor Mr. Marcus who has been

23   sitting there so quietly.

24        **ATTORNEY MARKUS:**  I'm practicing for the trial, Your

25   Honor.  Let these guys battle it out.

1           So a couple things, Your Honor, just to underscore what

2    Mr. Shohat says and to give some context.  Remember, this case

3    was indicted two years ago.  So although, you know, I agree

4    with Mr. Shohat.  We appreciate some of the efforts that the

5    government is making now.  It is kind of nuts that we don't

6    have everything already.  This case -- we were in front of Your

7    Honor back in August for the arraignment and pushed to arraign

8    the defendants, which I understand, but it's now been a long

9    time.  And so we're waiting on some of the most important

10   discovery.  I understand it's coming.

11          One of the complaints that we do have about the

12   discovery is this idea of the 302s.  We haven't seen the

13   interview reports yet.  And we've been trying to work out with

14   the government how to get them.  And so we're still in the

15   process of trying to work that out.  I just want to alert the

16   Court, this is going to be in large part a three- to four-week

17   witness case, and we haven't seen the reports yet.  We suspect

18   there's lots of *Brady* material in those reports.  So we'll

19   continue to work with the government on how to get those.

20          I think part of the problem is if you remember back in

21   August when we were before the Court, we -- this issue about

22   the protective order came up and about the defense not being

23   able to give it to third parties, and we raised the issue about

24   the government not being able to give discovery to third

25   parties as well.  The Court agreed with us, asked us to work

1   with the government on getting a protective order in place.

2   That very same day, we e-mailed a draft to the government on

3   August 29th.  We've been asked -- asking the government to get

4   back to us to agree on this, per the Court's order.

5          **THE COURT:**  Have I not entered the protective order

6   yet?

7          **ATTORNEY MARKUS:**  No.  Remember what happened was they

8   submitted a protective order that you signed, and then we said,

9   well, hold on, it didn't include our objections.  And so you

10  said on August 29th, "Give the government some language to

11  amend the protective order and get their approval on it," which

12  we did that very same day on August 29th.  And we've been on

13  them to bet get back to us.  "Do you have any problem with this

14  language or not?"  And they have -- they keep telling us

15  they're going to get back to us on it and they haven't.

16         And so the original protective order, which the Court

17  said should be amended, is still in place and we're waiting on

18  the government to get back to us on this language.

19         The reason it's important, Your Honor, is because we

20  have this understanding that PDV USA and the government are

21  exchanging information.  And so we don't want the government to

22  be able to disclose discovery and we want them to feel

23  comfortable showing us, for example, the 302s, without fear

24  that PDV USA is going to say, "Hey, hey, give us the 302s that

25  you just gave to the government."  If the protective order's in

1   place, we can tell them, "Hey, you can't give it to PDV USA.

2   The judge said there's a protective order on the criminal

3   discovery."

4       So we don't really understand why the government's

5   dragging its feet on this protective order issue other than it

6   likes its cozy relationship with PDV USA.

7       **THE COURT:**  Okay.  Well, I recall that I did say it on

8   the record that there's a reciprocal obligation here or

9   reciprocal coverage by the protective order although you are

10  reminding me that I didn't actually ever sign a modified

11  language.  But...

12      **AUSA SCHIMKAT:**  My recollection, Your Honor, was that

13  -- cause I had said -- our position was the same:  That to the

14  extent that we produce discovery to them, that should not

15  somehow *de facto* limit our ability to use the information

16  lawfully that we gather during the investigation.

17      And let me correct something that Mr. Marcus just said:

18  We have not been going to PDV USA and saying, "Here's a bunch

19  of stuff we gathered in the criminal case.  Go at it."  All

20  right.  We got subpoenaed to provide information after

21  Mr. Rivera did everything he could to not comply with the

22  subpoena that he had to produce the information in the civil

23  lawsuit that he was obligated to produce.  That was litigated

24  and Judge Louis, herself, ordered him to produce portions of

25  the government's discovery as being obligated to as a party to

1    the civil case.

2         It was only after Mr. Rivera's refusal to produce

3    documents he was ultimately ordered to produce that the

4    government got served with a subpoena from PDV USA.

5         I can tell you that they had asked us to turn stuff

6    over before that, specifically items that were referenced in

7    the indictment that anybody who read the indictment knew those

8    e-mails and text messages existed.  And we said "We can't help

9    you."  And then they said, "We're going to have to subpoena

10   you."  And we said, "Subpoena us.  And then we'll take a look

11   at it and we'll decide what we do."

12        So we got a subpoena.  We then told defense counsel

13   about it, who objected to our compliance with the subpoena.  So

14   we said "Okay."  We then had to file, I think it was a 20-page

15   brief with the Court seeking permission from the Court as to

16   why we felt bound to produce documents pursuant to what

17   appeared to be a lawfully issued subpoena.

18        I will note:  Interamerican Consulting, the party in

19   the New York civil litigation, did not object to our compliance

20   with that subpoena.  It was only the defendants on an

21   individual basis that initially said they objected to our

22   compliance with the subpoena after we told them we're going to

23   comply, what's your position?

24        We filed a 20-page application briefing the issue as to

25   why we did not believe grand jury secrecy applied, why the

1    protective order did not cover it, and we cited case law for

2    precedent that this material somehow were not protected from

3    the reach of a subpoena.  After we did that, they didn't even

4    file a response.

5              **THE COURT:**  Okay.  Wait.  What case is that in?

6              **AUSA SCHIMKAT:**  Which case?

7              **THE COURT:**  Where is that briefing?

8              **AUSA SCHIMKAT:**  That was, I think, it was filed in this

9    -- in this criminal case, I just don't remember if it was

10   before or after it got transferred from Judge Gayles to you,

11   but it was referred to Judge Torres, the application that the

12   government filed.

13             The subpoena issue with Mr. Rivera was in the civil

14   subpoena enforcement action filed against by -- filed against

15   Mr. Rivera by PDV USA.

16             **THE COURT:**  In what court?

17             **AUSA SCHIMKAT:**  Southern District of Florida.

18             **THE COURT:**  But that's not before me.

19             **AUSA SCHIMKAT:**  I think it is, Your Honor.

20             **THE COURT:**  But there's not a, like an objection to an

21   R and R on that particular issue.

22             **ATTORNEY MARCUS:**  No, Your Honor.

23             **AUSA SCHIMKAT:**  No. No.  So Judge Louis -- it was an

24   order, and I don't believe it was objected to or appealed from

25   Judge Louis' order.  So it was Judge Torres' order in this

1    criminal case saying government comply with this subpoena.  And

2    it was Judge Louis in the subpoena enforcement action, the

3    civil case, with respect to Mr. Rivera's production.

4         So -- and I'm just saying this because this assertion

5    that we're somehow voluntarily turning things over.

6         **THE COURT:**  Okay.  I understand.  But -- and I -- now I

7    am -- my recollection is refreshed.

8         So we had a discussion regarding the defense's desire

9    to have sort of reciprocal obligations under the protective

10   order.  I agreed to that.  But I do recall that in all --

11   having the conversation continue that whenever we have a

12   protective order like this, there is an exception when somebody

13   has to comply with legal obligations.  So that would be if

14   they're subpoenaed, the normal course of action is somebody

15   comes in and objects to their compliance with the subpoena.

16   That gets litigated.

17        **ATTORNEY MARKUS:**  Right.

18        **AUSA SCHIMKAT:**  That is totally -- and I'm fine with

19   that.

20        **THE COURT:**  And that's fine.  But that doesn't get you

21   out of if you're not subpoenaed.  What they want is when you're

22   not subpoenaed for you not just to be handing out discovery is

23   really what they're saying.

24        So why can't we get that amendment to the

25   confidentiality order in place to at least patch that little

1  hole.

2       **ATTORNEY MARKUS:**  This was already ordered, Your Honor.

3  I'm not sure why we're --

4       **THE COURT:**  So we don't have the language yet.

5       **ATTORNEY MARKUS:**  But we gave it to them on

6  August 29th.  I'm glad I was able to get Mr. Schimkat all fired

7  up on a Friday afternoon, but we've been waiting for over a

8  month now to get the language back.  The only issue is:  What's

9  the delay in getting this language back from the government on

10 an issue that the Court already ruled on?

11      **THE COURT:**  Okay.  So have you had a chance to look at

12 the language?

13      **AUSA SCHIMKAT:**  I looked at the language.  First of

14 all, I don't remember a definitive ruling from the Court.  I

15 remember -- I suggested briefing, and the Court said, if I

16 recall, "This sounds like something that could be worked out

17 between the parties."

18      **ATTORNEY MARKUS:**  No.

19      **AUSA SCHIMKAT:**  Mr. Marcus did send over the e-mail

20 right away.

21      **THE COURT:**  Okay.

22      **AUSA SCHIMKAT:**  The language he included we did not

23 think worked, in part because things sometimes happen and may

24 be there's a reason the government would have to disclose

25 something to a third party, right?  Things -- unforeseen things

```
 1   happen.
 2          THE COURT:  Okay.  Well, then take the language.  Now
 3   I'm telling you now.  Go back.  Take a look at the language.  I
 4   mean, usually that's covered in these orders with language that
 5   says you're -- that doesn't prohibit you with complying with
 6   your legal obligations.  If you think that language needs to be
 7   modified, modify it and get it back to them because that is --
 8   that's let's just have this hole patched.  You should be under
 9   a reciprocal obligation to maintain the confidentiality of
10   things that are being exchanged in discovery except, you are of
11   course, as are the defendants, you know, not prohibited from
12   complying with legal obligations, like court orders and
13   subpoenas.
14          If something comes up and you need clarification like
15   that possible other issue that might come up where you need to
16   give documents to a third party, you bring it to the attention
17   of the defense that, you know, there's instructions in the
18   confidentiality order of that procedure.
19          But I guess there's a lot on your plate just with this
20   case alone.  But let's focus on getting that matter patched up.
21   Look at their language.  Send them back a response to that
22   proposed language and let's get that one dealt with.
23          I completely understand that there's all sorts of
24   hypothetical possibilities that may come up.  If those come up,
25   again, be another bridge for us to cross when we do, but
```

```
 1   there's no reason we can't be modifying this is to make it

 2   clear.  And it actually protects you in some ways, that you're

 3   not -- you know, when the parties in this civil litigation are

 4   asking you for things, you can say, "Sorry.  We're bound by a

 5   confidentiality order.  And, you know, if you want it, you're

 6   going to have to subpoena it."

 7            So get them a response to that language --

 8        AUSA SCHIMKAT:  Your Honor, I will try to.  I didn't

 9   mean to get too excited about it.  But the idea --

10        THE COURT:  He said he got you excited on a Friday

11   afternoon.

12        AUSA SCHIMKAT:  Wake everybody up.

13            I will try to work with him on it.  Obviously, I've

14   been trying to get them a lot of stuff in the meantime.

15        THE COURT:  I know.

16        AUSA SCHIMKAT:  It seemed pretty far apart when I got

17   his e-mail.  It was sort of like 'let me focus on the more

18   important stuff for now.'  But I will take it back up with

19   Mr. Markus.

20        THE COURT:  All right.  You got a lot to do.  I

21   understand it.  But let's get it done.  Let's get the discovery

22   over to them.

23            And I, you know, I'm not going to rule on the other

24   things that were brought to my attention but I appreciate that

25   they were.  At a point, we're still on trial scheduled -- I
```

1    mean, we're still under the same scheduling order that was

2    issued before that -- the order setting trial, which is Docket

3    Entry Number 218, is still in place although the actual trial

4    date was modified in Docket Entry Number 222.  But the schedule

5    that is set forth in 218 is in place.  It's not being modified

6    at this point.  You got a lot of work to do.

7            Is there anything else I need to hare?

8            **ATTORNEY SHOHAT:**  No, Your Honor.

9            **THE COURT:**  All right.  Thank you very much.

10           **AUSA SCHIMKAT:**  Thank you.

11           (Proceedings concluded at 2:31 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>C E R T I F I C A T E</u>

I certify that the foregoing pages represent a true and correct transcript of the official electronic sound recording as provided to me by the U.S. District Court, Southern District of Florida, as taken on the date and time previously stated in the above matter.

I certify that the foregoing pages represent a true and correct transcript of the above-styled proceedings as reported on the date, time, and location listed.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was reported, and further that I am not financially nor otherwise interested in the outcome of the above-entitled matter.


<u>/s/Quanincia S. Hill, RPR</u>
Quanincia S. Hill, RPR, CRR
Official Court Reporter
Southern District of Florida

**'**

**88** [1] - 9:22

**9**

**9th** [2] - 9:11, 9:16

**A**

**'A'** [1] - 20:10
**'C'** [1] - 20:9
**'I'** [1] - 20:10
**'let** [1] - 35:17
**'P'** [1] - 20:10

**1**

**1** [1] - 9:22
**10** [1] - 10:1
**131** [1] - 13:5
**15** [2] - 12:10, 20:12
**17** [1] - 21:13
**17C** [4] - 11:24, 12:1, 12:9, 20:11
**19** [1] - 10:1
**1:36** [1] - 3:1

**2**

**20** [1] - 10:3
**20-page** [2] - 30:14, 30:24
**200** [2] - 6:19, 13:5
**2017** [1] - 10:1
**2018** [1] - 9:19
**2025** [1] - 24:2
**20552** [1] - 3:3
**218** [2] - 36:3, 36:5
**21st** [1] - 23:16
**22** [1] - 3:3
**222** [1] - 36:4
**240** [2] - 8:20, 9:6
**25th** [2] - 23:20, 24:2
**29th** [4] - 28:3, 28:10, 28:12, 33:6
**2:31** [1] - 36:11

**3**

**302s** [3] - 27:12, 28:23, 28:24
**30th** [2] - 6:2, 23:15
**33131** [1] - 2:4
**34** [1] - 10:5

**4**

**40** [2] - 2:3, 4:18
**47** [1] - 10:3

**6**

**65** [1] - 10:6

**8**

**82** [1] - 9:22

**alert** [5] - 9:7, 13:13, 24:5, 26:16, 27:15
**allegations** [4] - 9:24, 21:21, 21:22, 21:24
**alleged** [5] - 10:18, 10:19, 10:21, 12:8, 14:21
**almost** [1] - 20:18
**alone** [1] - 34:20
**Altman** [4] - 16:3, 16:7, 16:8, 16:9
**amend** [1] - 28:11
**amended** [1] - 28:17
**amendment** [1] - 32:24
**America** [1] - 3:4
**amount** [5] - 4:25, 7:22, 8:19, 19:15, 25:21
**ANITA** [1] - 2:1
**anticipate** [1] - 10:4
**anticipating** [1] - 21:4
**apart** [1] - 35:16
**appealed** [1] - 31:24
**appear** [1] - 11:20
**appearance** [1] - 4:1
**appearances** [1] - 3:6
**appeared** [1] - 30:17
**appearing** [1] - 13:25
**application** [2] - 30:24, 31:11
**applied** [1] - 30:25
**appreciate** [5] - 21:19, 22:10, 22:19, 27:4, 35:24
**approach** [1] - 8:16
**approval** [1] - 28:11
**April** [5] - 9:19, 10:1, 23:16, 23:20, 24:2
**arraign** [1] - 27:7
**arraignment** [6] - 4:17, 13:5, 23:15, 23:24, 24:1, 27:7
**ascribed** [1] - 10:14
**aspects** [1] - 10:6
**assert** [1] - 7:11
**asserted** [1] - 19:7
**assertion** [1] - 32:4
**attention** [6] - 21:7, 21:20, 22:19, 23:1, 34:16, 35:24
**attorney** [3] - 6:24, 7:2, 7:13
**ATTORNEY** [21] - 3:12, 3:17, 4:4, 8:16, 8:18, 16:4, 16:8, 17:7, 17:12, 17:19, 18:10, 18:15, 23:22, 26:24, 28:7, 31:22, 32:17, 33:2, 33:5,

33:18, 36:8
**attorney's** [1] - 18:2
**attorneys** [4] - 16:13, 16:19, 17:2, 18:8
**attributable** [1] - 23:18
**August** [8] - 6:2, 23:15, 27:7, 27:21, 28:3, 28:10, 28:12, 33:6
**AUSA** [35] - 3:8, 4:16, 8:6, 8:9, 8:12, 16:11, 16:18, 17:1, 17:13, 18:1, 18:4, 18:22, 19:13, 20:17, 20:20, 21:3, 23:9, 23:12, 23:23, 24:6, 25:18, 29:12, 31:6, 31:8, 31:17, 31:19, 31:23, 32:18, 33:13, 33:19, 33:22, 35:8, 35:12, 35:16, 36:10
**authority/follow** [1] - 20:24
**authority/follow-up** [1] - 20:24
**available** [4] - 5:20, 6:7, 19:6, 24:23
**aware** [3] - 11:20, 14:7, 26:16

**B**

**based** [1] - 21:24
**basis** [1] - 30:21
**bates** [1] - 13:8
**battle** [1] - 26:25
**beach** [1] - 4:10
**became** [1] - 4:2
**begin** [1] - 12:24
**behalf** [5] - 3:10, 3:13, 3:16, 3:18, 13:23
**belief** [1] - 24:19
**Bernstein** [4] - 3:9, 4:14, 5:21, 18:5
**best** [1] - 11:15
**bet** [1] - 28:13
**between** [6] - 7:13, 9:20, 15:16, 15:20, 23:15, 33:17
**beyond** [1] - 9:5
**bit** [2] - 8:8, 14:6
**blind** [1] - 6:14
**border** [1] - 20:23
**bottom** [1] - 13:21
**bound** [2] - 30:16, 35:4
**Brady** [11] - 9:12, 9:16, 10:4, 13:18, 13:20, 13:22, 19:3,

25:15, 25:25, 26:20, 27:18
**bridge** [2] - 21:11, 34:25
**bridges** [1] - 22:21
**brief** [1] - 30:15
**briefed** [1] - 22:1
**briefing** [3] - 30:24, 31:7, 33:15
**bring** [1] - 34:16
**bringing** [3] - 21:7, 21:19, 23:1
**brought** [3] - 22:19, 26:10, 35:24
**bucket** [1] - 21:10
**built** [1] - 11:14
**bunch** [2] - 22:3, 29:18
**buried** [1] - 12:12
**business** [1] - 4:23
**but..** [1] - 29:11

**C**

**cable** [1] - 10:22
**capital** [4] - 20:9, 20:10
**careful** [1] - 17:3
**case** [54] - 3:3, 4:8, 4:20, 4:22, 5:20, 6:3, 7:4, 7:21, 8:2, 8:3, 9:1, 9:2, 9:4, 9:8, 10:15, 11:22, 12:2, 12:7, 12:8, 13:17, 14:1, 14:13, 14:14, 14:19, 16:23, 17:8, 17:23, 18:7, 18:16, 18:17, 19:8, 19:10, 21:23, 22:4, 22:5, 22:7, 22:8, 22:14, 22:16, 22:17, 24:11, 27:2, 27:6, 27:17, 29:19, 30:1, 31:1, 31:5, 31:6, 31:9, 32:1, 32:3, 34:20
**caught** [2] - 18:9, 18:21
**caution** [1] - 6:16
**cetera** [1] - 26:20
**chance** [1] - 33:11
**changed** [1] - 23:2
**characterized** [1] - 9:12
**check** [2] - 3:24, 24:8
**CIA** [1] - 10:21
**CIPA** [12] - 9:19, 11:4, 11:14, 11:21, 20:9, 20:10, 21:13, 24:4, 24:7, 24:11, 25:1, 26:5

**Circuit** [1] - 16:16
**cited** [1] - 31:1
**Citgo** [2] - 19:15, 19:22
**civil** [22] - 14:11, 14:14, 15:2, 15:25, 17:11, 17:17, 19:4, 19:7, 19:10, 19:16, 21:23, 22:3, 22:5, 22:7, 22:14, 22:17, 29:22, 30:1, 30:19, 31:13, 32:3, 35:3
**clarification** [1] - 34:14
**clarify** [1] - 16:11
**classified** [8] - 10:10, 10:23, 25:7, 25:10, 25:13, 25:17, 25:22
**Classified** [3] - 9:9, 9:14, 26:21
**clear** [3] - 23:25, 26:15, 35:2
**clearances** [1] - 11:8
**clearly** [1] - 11:8
**code** [1] - 12:13
**collateral** [1] - 14:11
**comfortable** [1] - 28:23
**coming** [4] - 7:12, 8:11, 12:10, 27:10
**commencing** [1] - 3:1
**communicate** [1] - 25:5
**communications** [3] - 12:25, 25:7, 25:10
**company** [2] - 14:8, 19:7
**compared** [1] - 7:22
**complaints** [2] - 11:18, 27:11
**complete** [3] - 7:19, 14:20, 16:15
**completely** [1] - 34:23
**compliance** [4] - 30:13, 30:19, 30:22, 32:15
**complicated** [2] - 9:2, 11:4
**comply** [4] - 29:21, 30:23, 32:1, 32:13
**complying** [2] - 34:5, 34:12
**concerning** [1] - 21:22
**concluded** [1] - 36:11
**conduct** [2] - 10:5, 12:8
**conducted** [1] - 10:12
**confidential** [2] - 14:10, 15:12
**confidentiality** [5] -

**19:8, 32:25, 34:9, 34:18, 35:5
**Congressman** [10] - 9:20, 9:25, 10:17, 11:1, 12:2, 24:22, 24:23, 24:24
**consist** [1] - 6:1
**consisting** [1] - 5:2
**constitutional** [3] - 12:23, 13:17, 15:16
**consult** [1] - 15:8
**consultant** [1] - 19:7
**consultation** [1] - 15:8
**consulting** [2] - 19:24, 30:18
**consuming** [3] - 8:22, 11:4, 11:13
**contact** [1] - 26:2
**contained** [1] - 4:19
**context** [2] - 17:13, 27:2
**continue** [3] - 23:6, 27:19, 32:11
**contract** [1] - 19:24
**conversation** [1] - 32:11
**conversations** [1] - 19:16
**copies** [2] - 4:25, 21:4
**correct** [5] - 8:6, 8:9, 17:17, 17:19, 29:17
**correctly** [2] - 9:12, 20:2
**correspondence** [1] - 10:10
**counsel** [8] - 3:6, 3:24, 7:2, 7:3, 7:14, 19:2, 21:16, 30:12
**Count** [1] - 9:22
**countries** [2] - 12:11, 20:12
**couple** [2] - 8:5, 27:1
**course** [5] - 5:1, 5:5, 14:1, 32:14, 34:11
**court** [4] - 3:14, 3:19, 31:16, 34:12
**COURT** [49] - 3:2, 3:10, 3:15, 3:20, 4:9, 8:4, 8:7, 8:10, 8:13, 8:17, 15:23, 16:6, 16:17, 16:24, 17:10, 17:20, 18:3, 18:9, 18:14, 18:21, 19:11, 20:5, 20:7, 20:18, 21:2, 21:6, 23:11, 23:17, 23:25, 25:4, 26:12, 26:15, 28:5, 29:7, 31:5, 31:7, 31:16, 31:18, 31:20, 32:6, 32:20, 33:4,

33:11, 33:21, 34:2, 35:10, 35:15, 35:20, 36:9
**Court** [17] - 4:7, 9:7, 11:20, 13:14, 14:7, 16:14, 26:12, 26:16, 27:16, 27:21, 27:25, 28:16, 30:15, 33:10, 33:14, 33:15
**Court's** [5] - 14:5, 21:7, 23:1, 23:14, 28:4
**cover** [1] - 31:1
**coverage** [1] - 29:9
**covered** [1] - 34:4
**Cozen** [7] - 9:4, 14:19, 14:25, 17:14, 17:18, 18:1, 18:12, 18:17, 22:2
**cozy** [1] - 29:6
**criminal** [9] - 3:3, 16:23, 18:7, 22:8, 22:16, 29:2, 29:19, 31:9, 32:1
**cross** [3] - 21:11, 22:21, 34:25
**current** [5] - 7:7, 12:3, 12:15, 22:22, 24:2

## D

**damian** [1] - 3:4
**Dan** [1] - 3:9
**data** [1] - 5:13
**database** [3] - 5:12, 5:16, 6:21
**date** [5] - 9:15, 12:21, 14:11, 24:1, 36:4
**DAVID** [1] - 2:1
**david** [2] - 3:13, 3:17
**David** [2] - 3:4, 13:23
**de** [1] - 29:15
**deadlines** [2] - 14:4, 22:25
**deal** [4] - 21:17, 22:5, 22:13, 23:2
**dealing** [1] - 4:5
**dealt** [1] - 34:22
**decide** [2] - 25:22, 30:11
**decided** [1] - 16:19
**declassify** [1] - 25:14
**decus** [1] - 12:14
**Defendant** [1] - 3:10
**defendant's** [2] - 23:19
**DEFENDANT(S** [1] - 2:1
**defendants** [14] - 4:18, 4:25, 5:14,

5:22, 5:25, 6:19, 6:25, 7:5, 7:9, 10:14, 18:24, 27:8, 30:20, 34:11
**defense** [14] - 6:6, 6:13, 6:15, 7:2, 7:3, 7:14, 8:14, 19:2, 19:17, 25:16, 26:17, 27:22, 30:12, 34:17
**defense's** [1] - 32:8
**defining** [1] - 11:8
**definitive** [1] - 33:14
**delay** [2] - 23:18, 33:9
**delays** [1] - 21:8
**demand** [3] - 9:12, 9:16, 13:18
**demands** [2] - 13:20, 13:22
**department** [3] - 10:9, 12:4, 26:8
**deposition** [2] - 13:13, 18:25
**depositions** [3] - 12:11, 13:11, 20:12
**describe** [1] - 11:6
**described** [3] - 10:1, 10:3, 10:5
**describes** [1] - 13:7
**describing** [2] - 10:11, 10:23
**designated** [1] - 6:9
**desire** [1] - 32:8
**despite** [1] - 4:2
**determine** [1] - 11:12
**differences** [1] - 20:20
**different** [2] - 17:13, 22:8
**diligently** [1] - 11:16
**directed** [1] - 15:17
**directly** [2] - 7:20, 18:11
**disagree** [1] - 22:9
**disclose** [2] - 28:22, 33:24
**disclosed** [2] - 11:11, 22:7
**discovery** [39] - 4:15, 4:17, 4:20, 6:25, 7:20, 7:22, 7:25, 8:2, 8:15, 8:20, 9:6, 11:9, 11:16, 11:17, 12:18, 12:19, 13:4, 18:24, 19:3, 21:10, 21:15, 23:6, 24:15, 24:18, 25:12, 25:15, 26:3, 26:19, 27:10, 27:12, 27:24, 28:22, 29:3, 29:14, 29:25, 32:22, 34:10, 35:21
**discussed** [1] - 26:6

**discussion** [1] - 32:8
**discussions** [2] - 7:13, 18:6
**dispositive** [1] - 14:2
**District** [2] - 13:12, 31:17
**division** [2] - 24:10, 25:5
**Docket** [2] - 36:2, 36:4
**documents** [9] - 6:1, 10:11, 10:23, 11:10, 24:22, 25:10, 30:3, 30:16, 34:16
**DOJ** [4] - 19:20, 19:23, 20:3, 24:10
**DOJ-FCPA** [2] - 19:20, 19:23
**done** [9] - 5:10, 5:18, 7:25, 16:15, 16:22, 16:24, 25:8, 35:21
**draft** [1] - 28:2
**dragging** [1] - 29:5
**drive** [1] - 5:22
**drives** [2] - 5:15, 5:24
**during** [4] - 5:1, 5:5, 12:5, 29:16

## E

**e-litigation-type** [1] - 7:24
**e-mail** [8] - 5:3, 5:9, 6:17, 9:11, 9:14, 20:22, 33:19, 35:17
**e-mailed** [1] - 28:2
**e-mails** [5] - 4:21, 6:3, 6:10, 8:21, 30:8
**early** [4] - 5:23, 13:18, 13:20, 14:4
**ed** [1] - 3:12
**effort** [2] - 14:8, 14:25
**efforts** [1] - 27:4
**electronic** [1] - 4:25
**electronically** [1] - 5:15
**Eleventh** [1] - 16:16
**embassy** [1] - 10:21
**end** [4] - 14:20, 17:22, 25:25
**ended** [1] - 17:21
**enforcement** [4] - 15:25, 17:11, 31:14, 32:2
**engaged** [1] - 6:25
**engaging** [1] - 11:3
**enter** [1] - 4:1
**entered** [1] - 28:5
**entirely** [1] - 12:11
**entirety** [1] - 6:16
**entitled** [1] - 11:5

**Entry** [2] - 36:3, 36:4
**ESQ** [3] - 2:1, 2:1, 2:2
**essentially** [1] - 9:18
**Ester** [1] - 15:12
**ester** [1] - 3:4
**Esther** [1] - 3:18
**ESTHER** [1] - 2:1
**et** [1] - 26:20
**evaluated** [1] - 12:22
**evaluating** [1] - 14:3
**events** [5] - 10:2, 10:11, 10:24, 11:3, 24:13
**evidence** [5] - 4:22, 5:1, 5:5, 5:6, 14:16
**exactly** [1] - 18:10
**example** [2] - 10:16, 28:23
**except** [1] - 34:10
**exception** [1] - 32:12
**exchanged** [1] - 34:10
**exchanging** [1] - 28:21
**excited** [2] - 35:9, 35:10
**excludable** [1] - 24:1
**excluded** [1] - 23:14
**exclusion** [1] - 23:20
**exculpatory** [4] - 6:6, 6:11, 6:14, 6:22
**executed** [1] - 20:14
**exhibit** [2] - 15:2, 17:8
**existed** [1] - 30:8
**existence** [1] - 10:9
**expanding** [2] - 9:23, 10:4
**expecting** [2] - 5:22, 9:16
**expects** [1] - 24:12
**experience** [2] - 12:13, 24:7
**exported** [1] - 5:13
**exports** [2] - 5:13, 5:18
**extensive** [3] - 9:5, 9:13, 19:17
**extent** [2] - 12:17, 29:14
**extraordinarily** [1] - 8:22
**Exxonmobil** [2] - 10:2, 12:5

**F**

**fact** [3] - 7:6, 13:20, 15:1
**facto** [1] - 29:15
**fair** [1] - 23:9
**fall** [2] - 25:12, 25:14

**falls** [1] - 26:18
**far** [3] - 7:9, 11:18, 35:16
**FARA** [1] - 12:8
**fast** [1] - 8:25
**FCPA** [2] - 19:20, 19:23
**fear** [1] - 28:23
**federal** [1] - 12:13
**feet** [1] - 29:5
**felt** [1] - 30:16
**file** [3] - 21:23, 30:14, 31:4
**filed** [7] - 15:2, 15:7, 30:24, 31:8, 31:12, 31:14
**filing** [4] - 14:2, 14:15, 15:7, 22:25
**filter** [12] - 5:6, 6:24, 7:2, 7:13, 7:15, 8:7, 16:13, 16:19, 17:2, 18:1, 18:8, 23:7
**financial** [1] - 4:22
**fine** [2] - 32:18, 32:20
**fining** [1] - 26:7
**fired** [1] - 33:6
**first** [7] - 3:24, 4:4, 5:18, 9:7, 22:5, 24:7, 33:13
**fitter** [1] - 16:12
**five** [1] - 20:17
**floor** [1] - 12:10
**FLORIDA** [1] - 2:4
**Florida** [1] - 31:17
**flow** [1] - 8:8
**flying** [1] - 6:14
**focus** [2] - 34:20, 35:17
**focussed** [1] - 4:24
**follow** [1] - 20:24
**following** [1] - 23:5
**FOR** [1] - 2:1
**foreign** [3] - 12:11, 12:15, 20:12
**foresee** [1] - 12:18
**foreseeable** [1] - 9:9
**formally** [1] - 26:10
**former** [1] - 12:3
**forth** [1] - 36:5
**forthcoming** [2] - 9:17, 13:1
**forward** [3] - 9:4, 11:17, 18:6
**four** [2] - 13:10, 27:16
**four-week** [1] - 27:16
**frankly** [1] - 22:24
**Friday** [2] - 33:7, 35:10
**front** [5] - 14:24,

15:25, 16:2, 16:20, 27:6

**G**

**gather** [1] - 29:16
**gathered** [2] - 5:1, 29:19
**gathering** [1] - 5:5
**Gayles** [1] - 31:10
**generally** [1] - 13:7
**gigabytes** [3] - 4:18, 6:19, 13:5
**gigs** [2] - 8:20, 9:6
**given** [1] - 13:4
**glad** [1] - 33:6
**Government** [11] - 3:7, 7:17, 10:13, 13:19, 14:19, 14:23, 15:17, 15:21, 16:18, 17:16, 18:2
**government** [36] - 9:11, 10:10, 11:1, 11:5, 11:7, 12:3, 12:15, 13:10, 15:13, 17:4, 17:21, 17:23, 17:24, 18:7, 22:9, 22:11, 22:14, 24:16, 26:16, 27:5, 27:14, 27:19, 27:24, 28:1, 28:2, 28:3, 28:10, 28:18, 28:20, 28:21, 28:25, 30:4, 31:12, 32:1, 33:9, 33:24
**government's** [14] - 4:20, 11:15, 11:25, 13:3, 13:15, 15:5, 21:22, 23:5, 24:8, 25:12, 25:15, 26:19, 29:4, 29:25
**grand** [8] - 16:1, 16:14, 16:20, 16:21, 17:22, 17:25, 19:20, 30:25
**granted** [1] - 17:5
**great** [1] - 4:9
**guess** [6] - 19:9, 20:12, 22:18, 23:15, 25:2, 34:19
**guys** [1] - 26:25

**H**

**hand** [1] - 17:2
**handed** [1] - 18:18
**handing** [1] - 32:22
**handled** [1] - 16:13
**handling** [1] - 16:12
**happy** [1] - 11:17
**hard** [5] - 5:15, 5:22,

5:24, 14:16, 22:23
**hare** [1] - 36:7
**Harry** [1] - 3:8
**head** [2] - 19:14, 20:2
**hear** [3] - 8:14, 8:19, 26:22
**hearing** [2] - 4:12, 8:23
**hearings** [1] - 11:10
**help** [1] - 30:8
**herself** [1] - 29:24
**highly** [1] - 14:9
**himself** [1] - 24:25
**hold** [2] - 20:5, 28:9
**hole** [2] - 33:1, 34:8
**honestly** [1] - 24:11
**Honor** [25] - 3:8, 3:12, 4:4, 4:16, 8:9, 8:18, 8:23, 14:12, 16:11, 18:18, 18:22, 23:10, 23:23, 25:3, 26:11, 26:25, 27:1, 27:7, 28:19, 29:12, 31:19, 31:22, 33:2, 35:8, 36:8
**hope** [1] - 26:8
**hopefully** [2] - 4:11, 8:1
**horizon** [2] - 12:2, 21:19
**horse** [1] - 14:18
**house** [1] - 4:10
**House** [1] - 12:5
**Hugo** [1] - 17:16
**hypothetical** [1] - 34:24

**I**

**idea** [3] - 6:15, 27:12, 35:9
**identified** [2] - 4:21, 6:2
**identify** [1] - 13:24
**ignoring** [1] - 21:16
**immediately** [1] - 15:15
**impact** [2] - 9:4, 13:25
**implicate** [3] - 9:8, 9:14, 10:9
**important** [3] - 27:9, 28:19, 35:18
**impractical** [1] - 6:13
**include** [2] - 9:24, 28:9
**included** [2] - 23:13, 33:22
**including** [2] - 13:13, 25:15
**inconceivable** [1] -

10:16, 10:25
**index** [6] - 13:3, 13:4, 13:13, 13:7, 13:9
**indicated** [1] - 9:17
**indicted** [1] - 27:3
**indictment** [12] - 9:22, 9:24, 10:2, 10:3, 10:6, 10:7, 10:18, 10:20, 10:22, 12:7, 30:7
**individual** [1] - 30:21
**individually** [1] - 8:22
**indulging** [1] - 4:5
**Information** [3] - 9:10, 9:14, 26:21
**information** [16] - 4:18, 5:8, 5:11, 5:19, 6:14, 6:22, 9:13, 22:23, 24:13, 25:17, 25:20, 28:21, 29:15, 29:20, 29:22
**initial** [2] - 9:18, 13:4
**initiated** [1] - 14:24
**instance** [2] - 7:9, 24:21
**instructions** [1] - 34:17
**intend** [1] - 15:18
**intended** [1] - 13:21
**intention** [1] - 4:8
**Interamerican** [4] - 13:12, 19:6, 19:24, 30:18
**interested** [3] - 19:21, 24:14, 24:17
**interview** [2] - 24:23, 27:13
**inventories** [1] - 12:22
**investigation** [4] - 5:2, 5:6, 19:25, 29:16
**invitation** [1] - 10:18
**involve** [2] - 15:24, 16:1
**involved** [1] - 7:1
**involvement** [3] - 10:2, 13:15, 21:22
**involves** [1] - 11:9
**involving** [1] - 14:8
**iPhone** [2] - 5:9, 20:23
**issuance** [1] - 12:1
**issue** [20] - 4:5, 12:12, 13:21, 14:5, 14:11, 18:16, 19:25, 21:12, 22:13, 25:13, 26:20, 27:21, 27:23, 29:5, 30:24, 31:13, 31:21, 33:8, 33:10, 34:15
**issued** [4] - 19:23, 20:16, 30:17, 36:2
**issues** [23] - 3:25,

8:24, 9:2, 9:7, 9:9, 11:14, 11:21, 12:10, 12:14, 12:19, 12:23, 13:14, 13:23, 13:25, 15:16, 20:7, 20:9, 20:13, 21:13, 21:14, 21:19, 22:18
**items** [3] - 6:4, 7:10, 30:6
**itself** [1] - 11:6

### J

**Jones** [1] - 3:13
**judge** [2] - 10:8, 29:2
**Judge** [30] - 8:16, 10:16, 11:4, 11:24, 12:9, 12:17, 13:3, 13:6, 14:24, 15:3, 15:9, 15:22, 16:2, 16:3, 16:5, 16:6, 16:8, 16:9, 16:20, 17:5, 17:7, 18:11, 29:24, 31:10, 31:11, 31:23, 31:25, 32:2
**jury** [8] - 16:2, 16:14, 16:20, 16:21, 17:22, 17:25, 19:20, 30:25
**justifying** [1] - 10:23

### K

**keep** [5] - 22:25, 23:5, 23:6, 26:17, 28:14
**keeping** [1] - 22:22
**key** [1] - 4:21
**kind** [2] - 17:10, 27:5
**Klugh** [1] - 15:1
**Klugh's** [1] - 17:7
**knowledge** [1] - 17:14

### L

**laid** [2] - 12:17, 13:19
**language** [17] - 28:10, 28:14, 28:18, 29:11, 33:4, 33:8, 33:9, 33:12, 33:13, 33:22, 34:2, 34:3, 34:4, 34:6, 34:21, 34:22, 35:7
**large** [5] - 4:22, 4:25, 7:17, 8:19, 27:16
**largely** [3] - 5:2, 7:19, 8:1
**law** [1] - 31:1
**lawfully** [1] - 29:16, 30:17
**lawsuit** [3] - 13:11, 13:12, 13:15, 14:16,

14:17, 15:7, 15:8, 29:23
**lawyer's** [1] - 14:10
**lawyers** [3] - 11:8, 15:24, 16:1
**least** [2] - 14:18, 32:25
**legal** [4] - 14:10, 32:13, 34:6, 34:12
**lengthily** [1] - 8:22
**less** [1] - 24:19
**letting** [1] - 4:13
**likelihood** [1] - 9:3
**limit** [1] - 29:15
**limited** [2] - 9:19, 19:15
**line** [1] - 10:25
**lines** [1] - 20:4
**literally** [1] - 4:20
**litigate** [1] - 15:20
**litigated** [8] - 14:11, 14:13, 14:14, 17:15, 18:17, 19:10, 29:23, 32:16
**litigating** [1] - 26:1
**litigation** [23] - 5:11, 7:24, 11:11, 11:24, 14:7, 14:13, 14:24, 15:2, 15:11, 15:16, 15:20, 16:12, 16:14, 16:21, 17:5, 17:10, 17:11, 17:17, 24:11, 25:2, 26:10, 30:19, 35:3
**LLP** [1] - 3:13
**load** [2] - 5:23, 6:20
**loaded** [1] - 5:11
**loading** [1] - 5:16
**local** [1] - 4:2
**log** [1] - 7:10
**look** [5] - 6:17, 30:10, 33:11, 34:3, 34:21
**looked** [1] - 33:13
**looped** [2] - 7:12, 24:10
**Louis** [3] - 29:24, 31:23, 32:2
**Louis'** [1] - 31:25

### M

**Madrigal** [1] - 3:18
**MADRIGAL** [1] - 2:2
**maduro** [1] - 9:21
**Maduro** [1] - 10:19
**mail** [8] - 5:3, 5:9, 6:17, 9:11, 9:14, 20:22, 33:19, 35:17
**mailed** [1] - 28:2
**mails** [5] - 4:21, 6:3, 6:10, 8:21, 30:8

**main** [1] - 4:19
**maintain** [1] - 34:9
**majority** [1] - 8:5
**Marco** [1] - 10:5
**MARCUS** [1] - 31:22
**Marcus** [3] - 26:22, 29:17, 33:19
**Margo** [1] - 3:17
**MARGOT** [1] - 2:1
**Markus** [3] - 3:17, 5:23, 35:19
**MARKUS** [8] - 2:1, 3:17, 26:24, 28:7, 32:17, 33:2, 33:5, 33:18
**MARKUS/MOSS** [1] - 2:2
**massive** [1] - 8:4
**material** [14] - 5:24, 6:5, 6:20, 7:3, 9:19, 13:6, 13:8, 19:15, 25:1, 25:21, 25:23, 27:18, 31:2
**materials** [9] - 6:1, 7:6, 7:12, 7:15, 11:12, 18:25, 19:8, 19:9, 19:23
**matter** [4] - 4:23, 15:11, 19:25, 34:20
**mean** [10] - 6:12, 16:25, 17:23, 20:15, 20:20, 24:8, 34:4, 35:9, 36:1
**meantime** [2] - 22:6, 35:14
**meat** [1] - 21:25
**meet** [1] - 10:18
**meeting** [2] - 9:20, 9:25
**meetings** [1] - 9:25
**MELISSA** [1] - 2:2
**Melissa** [1] - 3:18
**memo** [7] - 17:18, 17:22, 18:1, 18:7, 18:12, 18:17, 22:2
**memorandum** [11] - 14:9, 14:10, 14:20, 14:25, 15:4, 15:12, 15:13, 15:14, 15:19, 17:14, 22:13
**mentioned** [2] - 7:16, 19:1
**merits** [1] - 17:6
**messages** [4] - 4:21, 8:21, 30:8
**met** [2] - 10:20
**MIAMI** [1] - 2:4
**middle** [1] - 14:12
**might** [6] - 6:5, 6:11, 7:11, 19:23, 24:10,

34:15
**minimum** [1] - 25:21
**mirrored** [1] - 17:10
**missing** [1] - 8:13
**Mister** [2] - 13:16, 20:15
**modified** [5] - 22:24, 29:10, 34:7, 36:4, 36:5
**modify** [1] - 34:7
**modifying** [1] - 35:1
**moment** [2] - 13:24, 26:13
**month** [2] - 11:19, 33:8
**Moore** [9] - 14:24, 15:3, 16:2, 16:6, 16:8, 16:9, 16:21, 17:5
**morning** [1] - 3:10
**moss** [1] - 3:18
**MOSS** [1] - 2:1
**most** [3] - 9:9, 14:15, 27:9
**motion** [2] - 21:15, 21:23
**motions** [2] - 14:2, 22:25
**motivations** [1] - 14:17
**moved** [1] - 15:3
**moving** [1] - 4:16
**multiple** [2] - 11:10, 12:20
**must** [1] - 11:14
**mystery** [1] - 13:19

### N

**name** [1] - 14:8
**named** [1] - 25:24
**national** [4] - 24:9, 25:5, 26:7, 26:17
**nearly** [1] - 19:17
**necessarily** [1] - 24:16
**necessary** [4] - 4:2, 11:8, 11:11
**necessity** [1] - 11:24
**need** [11] - 7:20, 12:22, 13:13, 21:12, 24:5, 25:4, 25:22, 26:16, 34:14, 34:15, 36:7
**needs** [2] - 11:20, 34:6
**never** [2] - 14:13, 19:10
**new** [1] - 4:10
**New** [4] - 9:25, 13:12, 30:19
**news** [1] - 4:12

**next** [10] - 5:23, 6:19, 7:19, 8:1, 8:5, 10:21, 14:4, 21:3, 21:4, 26:9
**Nicolas** [2] - 9:21, 10:19
**none** [1] - 14:1
**normal** [1] - 32:14
**note** [1] - 30:18
**nothing** [1] - 26:18
**notice** [2] - 15:18, 22:15
**notify** [1] - 26:12
**NUHFER** [1] - 2:1
**Nuhfer** [9] - 3:5, 3:16, 3:18, 10:15, 11:3, 14:10, 14:22, 15:12, 17:18
**Nuhfer's** [1] - 21:16
**Number** [2] - 36:3, 36:4
**number** [4] - 3:3, 4:22, 13:8, 19:21
**nuts** [1] - 27:5
**nutshell** [3] - 8:4, 10:8, 22:18
**NW** [1] - 2:3

### O

**object** [1] - 30:19
**objected** [3] - 30:13, 30:21, 31:24
**objection** [2] - 23:20, 31:20
**objections** [2] - 17:8, 28:9
**objects** [1] - 32:15
**obligated** [2] - 29:23, 29:25
**obligation** [2] - 29:8, 34:9
**obligations** [8] - 23:6, 25:12, 25:15, 26:19, 32:9, 32:13, 34:6, 34:12
**obtain** [5] - 14:9, 14:19, 14:25, 15:13, 19:11
**obtained** [3] - 17:16, 18:12, 18:25
**obtaining** [1] - 11:7
**obvious** [1] - 7:1
**obviously** [6] - 6:12, 16:12, 20:21, 21:18, 24:9, 35:13
**office** [3] - 5:14, 6:24, 16:13
**officials** [7] - 10:12, 10:21, 11:7, 12:3,

12:5, 12:6, 12:15
**often** [1] - 11:9
**on-going** [1] - 14:7
**once** [1] - 11:10
**one** [14] - 9:8, 10:8, 14:5, 15:23, 15:24, 17:13, 20:5, 22:16, 23:12, 25:20, 26:13, 27:11, 34:22
**ONE** [1] - 2:3
**ones** [2] - 25:9, 25:11
**openly** [1] - 14:20
**opportunity** [4] - 4:6, 15:15, 15:20, 24:18
**opposed** [1] - 17:17
**orally** [1] - 12:25
**order** [29] - 6:10, 11:1, 15:3, 15:4, 19:5, 22:22, 23:4, 23:14, 27:22, 28:1, 28:4, 28:5, 28:8, 28:11, 28:16, 29:2, 29:5, 29:9, 31:1, 31:24, 31:25, 32:10, 32:12, 32:25, 34:18, 35:5, 36:1, 36:2
**order's** [1] - 28:25
**order-type** [1] - 19:5
**ordered** [3] - 29:24, 30:3, 33:2
**orders** [2] - 34:4, 34:12
**original** [1] - 28:16
**OSCAR** [1] - 2:1
**outcome** [1] - 15:11
**oversight** [1] - 23:18
**overt** [4] - 9:21, 10:1, 10:3, 10:5
**own** [4] - 5:25, 6:11, 14:17, 22:15

## P

**p.m** [2] - 3:1, 36:11
**pages** [1] - 13:6
**pans** [1] - 26:8
**papers** [1] - 15:2
**parallel** [1] - 6:24
**part** [10] - 5:17, 13:9, 14:18, 21:3, 23:18, 26:3, 27:16, 27:20, 33:23
**participants** [1] - 11:6
**particular** [1] - 31:21
**particularly** [2] - 13:8, 14:19
**parties** [6] - 5:4, 20:21, 27:23, 27:25, 33:17, 35:3
**partnered** [1] - 24:9

**partners** [1] - 26:6
**party** [6] - 20:25, 21:1, 29:25, 30:18, 33:25, 34:16
**patch** [1] - 32:25
**patched** [2] - 34:8, 34:20
**PDV** [18] - 13:11, 14:8, 14:16, 15:7, 15:11, 15:14, 18:18, 18:19, 18:25, 19:18, 19:19, 28:20, 28:24, 29:1, 29:6, 29:18, 30:4, 31:15
**PENTHOUSE** [1] - 2:3
**people** [1] - 25:6
**per** [1] - 28:4
**Perera** [2] - 17:16, 17:17
**perfectly** [1] - 23:9
**permanent** [1] - 4:1
**permission** [3] - 4:1, 14:5, 30:15
**permitted** [1] - 15:13
**personal** [1] - 17:14
**perspective** [1] - 8:15
**pertinent** [1] - 4:23
**Pete** [2] - 9:20, 10:17
**Petroleum** [1] - 19:22
**picked** [2] - 5:8, 6:4
**place** [9] - 22:22, 23:4, 23:7, 28:1, 28:17, 29:1, 32:25, 36:3, 36:5
**plan** [1] - 24:23
**plate** [1] - 34:19
**PLLC** [1] - 2:2
**podium** [1] - 8:16
**point** [9] - 6:12, 18:4, 18:10, 21:17, 22:10, 23:3, 23:21, 35:25, 36:6
**pointed** [1] - 9:13
**poor** [1] - 26:22
**portion** [2] - 4:19, 7:24
**portions** [2] - 12:7, 29:24
**position** [6] - 7:5, 7:18, 11:25, 25:18, 29:13, 30:23
**possession** [1] - 18:2
**possibilities** [1] - 34:24
**possible** [5] - 10:9, 12:10, 12:12, 12:23, 34:15
**possibly** [2] - 10:6, 13:16
**potential** [8] - 20:9, 20:10, 20:11, 20:12,

21:19, 21:22, 24:7, 24:11
**potentially** [4] - 5:7, 7:4, 16:22, 26:1
**powers** [1] - 24:5
**practicing** [1] - 26:24
**precedent** [1] - 31:2
**preliminary** [1] - 26:4
**prepared** [1] - 21:13
**preparing** [1] - 7:10
**present** [3] - 3:19, 11:21, 26:20
**president** [2] - 9:21, 10:19
**pretty** [2] - 20:8, 35:16
**previously** [1] - 19:19
**primarily** [1] - 4:24
**privilege** [2] - 7:11, 8:7
**privileged** [6] - 5:7, 7:5, 7:6, 7:10, 22:6, 22:12
**problem** [2] - 27:20, 28:13
**problematic** [1] - 18:19
**procedure** [1] - 34:18
**Procedures** [2] - 9:10, 9:15
**proceed** [1] - 18:6
**proceeding** [3] - 14:12, 16:19, 17:15
**proceedings** [5] - 16:20, 17:22, 17:25, 19:4, 19:16
**Proceedings** [2] - 3:1, 36:11
**process** [10] - 5:7, 5:17, 8:21, 8:23, 11:5, 11:12, 11:17, 12:24, 14:3, 27:15
**processes** [1] - 11:13
**produce** [8] - 25:22, 29:14, 29:22, 29:23, 29:24, 30:2, 30:3, 30:16
**produced** [2] - 7:23, 19:15
**production** [7] - 5:10, 6:18, 7:14, 21:4, 24:21, 26:8, 32:3
**progress** [1] - 3:23
**prohibit** [1] - 11:1
**prohibited** [1] - 34:11
**project** [1] - 9:5
**promote** [1] - 11:1
**promoting** [1] - 10:13
**proposed** [1] - 34:22
**prosecution** [2] - 18:16, 26:3

**prosecutor** [1] - 15:9
**protected** [1] - 31:2
**Protection** [1] - 26:21
**protective** [14] - 19:5, 27:22, 28:1, 28:5, 28:8, 28:11, 28:16, 28:25, 29:2, 29:5, 29:9, 31:1, 32:9, 32:12
**protects** [1] - 35:2
**provide** [3] - 5:14, 5:24, 29:20
**provided** [3] - 7:3, 17:15, 18:24
**provider** [1] - 5:13
**providers** [1] - 5:9
**provides** [1] - 13:8
**purpose** [3] - 10:12, 10:14, 10:24
**purposes** [1] - 26:3
**pursuant** [2] - 20:23, 30:16
**pushed** [1] - 27:7
**put** [5] - 9:2, 15:18, 21:10, 21:12, 21:15

## Q

**quietly** [1] - 26:23
**quite** [1] - 4:6

## R

**raise** [2] - 14:6, 15:15
**raised** [2] - 20:7, 27:23
**rather** [1] - 4:25
**reach** [1] - 31:3
**reached** [1] - 7:2
**read** [1] - 30:7
**real** [1] - 12:18
**realized** [1] - 9:1
**really** [5] - 13:7, 21:17, 22:20, 29:4, 32:23
**reason** [4] - 16:18, 28:19, 33:24, 35:1
**reasons** [1] - 7:1
**receive** [1] - 25:23
**received** [5] - 5:21, 9:15, 12:20, 13:2, 13:10, 13:22, 24:22
**recent** [1] - 14:15
**reciprocal** [4] - 29:8, 29:9, 32:9, 34:9
**recognizing** [1] - 14:3
**recollection** [2] - 29:12, 32:7
**record** [3] - 20:6, 26:14, 29:8
**records** [1] - 4:23

**referenced** [1] - 30:6
**referred** [2] - 12:19, 31:11
**refreshed** [1] - 32:7
**refusal** [1] - 30:2
**regarding** [2] - 13:14, 32:8
**regulation** [2] - 12:13, 12:14
**related** [4] - 9:19, 19:22, 19:24, 21:14
**relates** [2] - 14:1, 17:17
**relating** [2] - 20:22, 24:13
**relationship** [1] - 29:6
**relatively** [1] - 7:21
**Relativity** [4] - 5:12, 5:13, 5:16, 6:20
**relays** [1] - 14:1
**relevant** [3] - 6:3, 6:9, 11:12
**remain** [1] - 22:12
**remains** [2] - 18:1, 23:4
**remember** [6] - 27:2, 27:20, 28:7, 31:9, 33:14, 33:15
**reminding** [1] - 29:10
**renew** [1] - 18:6
**repeat** [1] - 16:4
**report** [1] - 24:23
**reports** [3] - 27:13, 27:17, 27:18
**representation** [1] - 22:10
**request** [8] - 9:19, 9:23, 10:4, 17:4, 19:3, 19:23, 24:7, 25:25
**requested** [3] - 9:18, 20:1, 25:19
**requesting** [1] - 23:19
**requests** [1] - 11:9
**required** [1] - 15:3
**respect** [8] - 12:23, 18:7, 18:22, 20:7, 21:9, 21:21, 22:2, 32:3
**respective** [1] - 10:12
**response** [8] - 9:15, 9:16, 11:19, 13:22, 20:3, 31:4, 34:21, 35:7
**revealing** [1] - 13:9
**reveals** [1] - 13:10
**review** [13] - 5:6, 5:15, 5:25, 6:5, 6:5, 6:11, 6:14, 6:21, 12:19, 24:18, 24:24, 25:7, 26:5,

26:18
**reviewed** [1] - 25:9
**reviewing** [5] - 8:21, 9:5, 11:10, 25:1, 25:22
**revisited** [1] - 16:22
**Richard** [1] - 15:1
**rights** [1] - 13:17
**Rivera** [12] - 3:4, 3:11, 3:14, 3:24, 5:3, 10:14, 10:20, 11:2, 13:24, 14:21, 17:15, 19:25
**rivera** [1] - 23:22, 29:21, 31:13, 31:15
**rivera's** [3] - 20:22, 30:2, 32:3
**Rivera's** [5] - 5:9, 6:15, 13:13, 13:17, 19:7
**roughly** [1] - 20:17
**Rubio** [2] - 10:5, 12:3
**Rule** [4] - 11:24, 12:1, 12:9, 20:11
**rule** [5] - 4:2, 12:10, 20:12, 21:13, 35:23
**ruled** [1] - 33:10
**rules** [2] - 18:18, 26:19
**ruling** [2] - 17:6, 33:14
**run** [1] - 14:20
**running** [1] - 6:21

## S

**schedule** [3] - 9:8, 11:14, 36:4
**scheduled** [1] - 35:25
**scheduling** [7] - 3:23, 8:23, 9:4, 13:25, 22:22, 23:4, 36:1
**SCHIMKAT** [35] - 3:8, 4:16, 8:6, 8:9, 8:12, 16:11, 16:18, 17:1, 17:13, 18:1, 18:4, 18:22, 19:13, 20:17, 20:20, 21:3, 23:9, 23:12, 23:23, 24:6, 25:18, 29:12, 31:6, 31:8, 31:17, 31:19, 31:23, 32:18, 33:13, 33:19, 33:22, 35:8, 35:12, 35:16, 36:10
**Schimkat** [9] - 3:9, 4:14, 9:17, 12:17, 13:1, 18:11, 24:4, 25:4, 33:6
**scope** [1] - 11:9
**sealed** [1] - 14:24
**search** [20] - 5:2, 5:8,

5:19, 6:4, 6:8, 6:21, 7:16, 12:20, 12:21, 12:22, 12:23, 20:14, 20:15, 20:22, 20:23, 20:24, 21:1, 21:5
**searchable** [2] - 5:12, 6:21
**searched** [1] - 20:23
**seated** [1] - 3:21
**second** [2] - 17:2, 20:5
**secrecy** [1] - 30:25
**security** [5] - 11:7, 24:9, 25:5, 26:7, 26:17
**see** [12] - 3:24, 6:8, 9:9, 11:5, 11:23, 12:1, 12:9, 12:18, 22:16, 24:24, 25:2, 26:7
**seeking** [1] - 30:15
**segregate** [1] - 5:7
**sell** [1] - 4:10
**Senator** [2] - 10:5, 12:2
**send** [2] - 33:19, 34:21
**sense** [1] - 17:11
**sent** [1] - 9:11
**separate** [3] - 15:24, 16:1, 20:1
**separately** [2] - 14:4, 22:13
**September** [4] - 9:11, 9:16, 13:18, 13:20
**served** [2] - 19:20, 30:4
**service** [1] - 5:11
**Sessions** [5] - 9:20, 10:17, 24:22, 24:23, 24:25
**sessions** [2] - 9:25, 12:2
**set** [5] - 3:22, 8:23, 9:21, 23:16, 36:5
**setting** [1] - 24:2, 36:2
**several** [1] - 11:20
**share** [1] - 19:9
**shared** [2] - 18:5, 19:1
**SHOHAT** [13] - 3:12, 4:4, 8:16, 8:18, 16:4, 16:8, 17:7, 17:12, 17:19, 18:10, 18:15, 23:22, 36:8
**Shohat** [2] - 3:13, 20:8
**shohat** [4] - 21:7, 24:12, 27:2, 27:4
**shortly** [2] - 5:22, 24:24
**showing** [1] - 28:23
**side** [10] - 7:15, 7:21,

8:3, 16:14, 16:22, 18:2, 19:25, 22:3, 24:8, 24:19
**sign** [1] - 29:10
**signed** [1] - 28:8
**significant** [1] - 11:21
**simply** [1] - 15:17
**sitting** [1] - 26:23
**situation** [1] - 18:19
**six** [1] - 20:17
**slammed** [1] - 4:11
**slightly** [1] - 20:20
**small** [1] - 7:22
**Smyrna** [1] - 4:10
**So..** [1] - 17:11
**sometimes** [1] - 33:23
**soon** [2] - 9:23, 22:17
**sorry** [3] - 16:4, 20:24, 35:4
**sort** [13] - 3:22, 6:13, 6:22, 17:2, 17:5, 19:5, 20:23, 21:10, 21:18, 26:5, 26:7, 32:9, 35:17
**sorts** [1] - 34:23
**sounds** [1] - 33:16
**source** [1] - 18:12
**Southern** [2] - 13:12, 31:17
**speaking** [1] - 19:14
**specific** [4] - 13:18, 19:8, 24:13, 25:23
**specifically** [2] - 25:24, 30:6
**speed** [3] - 8:25, 22:2, 22:4
**speedy** [1] - 23:13
**spelled** [1] - 14:15
**stalking** [1] - 14:18
**stands** [1] - 7:9
**started** [1] - 11:23
**starters** [2] - 8:20, 9:6
**starting** [2] - 3:6, 14:3
**state** [4] - 3:6, 10:9, 12:4, 26:8
**States** [2] - 3:4, 3:9
**status** [1] - 7:7
**stay** [1] - 3:23
**step** [1] - 26:4
**still** [9] - 7:20, 8:13, 10:7, 14:12, 27:14, 28:17, 35:25, 36:1, 36:3
**strategy** [1] - 13:15
**STREET** [1] - 2:3
**studying** [1] - 10:7
**stuff** [6] - 19:5, 29:19, 30:5, 35:14, 35:18
**subject** [3] - 12:4,

12:6, 13:18
**submitted** [2] - 17:4, 28:8
**subpoena** [24] - 15:25, 17:11, 19:11, 19:20, 19:22, 20:1, 20:3, 20:24, 29:22, 30:4, 30:9, 30:10, 30:12, 30:13, 30:17, 30:20, 30:22, 31:3, 31:13, 31:14, 32:1, 32:2, 32:15, 35:6
**subpoenaed** [4] - 29:20, 32:14, 32:21, 32:22
**subpoenas** [12] - 11:25, 12:1, 12:4, 12:6, 12:9, 12:12, 12:14, 12:15, 20:11, 20:13, 21:14, 34:13
**substantial** [2] - 10:22, 14:18
**suggested** [1] - 33:15
**summed** [1] - 20:8
**superseding** [2] - 9:24, 10:7
**support** [2] - 5:11, 20:19
**supporting** [1] - 10:13
**suspect** [1] - 27:17

## T

**table** [2] - 9:3, 12:16
**tables** [1] - 10:10
**task** [1] - 7:17
**team** [7] - 5:20, 7:4, 7:21, 8:3, 18:16, 23:7, 26:3
**tecum** [1] - 12:14
**teed** [1] - 22:14
**terms** [1] - 6:22
**testimony** [1] - 19:1
**Texas** [1] - 10:17
**text** [3] - 4:21, 8:21, 30:8
**THE** [50] - 2:1, 3:2, 3:10, 3:15, 3:20, 4:9, 8:4, 8:7, 8:10, 8:13, 8:17, 15:23, 16:6, 16:17, 16:24, 17:10, 17:20, 18:3, 18:9, 18:14, 18:21, 19:11, 20:5, 20:7, 20:18, 21:2, 21:6, 23:11, 23:17, 23:25, 25:4, 26:12, 26:15, 28:5, 29:7, 31:5, 31:7, 31:16, 31:18, 31:20, 32:6, 32:20, 33:4,

33:11, 33:21, 34:2, 35:10, 35:15, 35:20, 36:9
**themselves** [2] - 6:18, 11:21
**they've** [8] - 11:2, 11:16, 13:3, 15:19, 19:2, 19:3, 22:19, 25:19
**thinks** [1] - 19:18
**third** [8] - 5:3, 20:21, 20:25, 21:1, 27:23, 27:24, 33:25, 34:16
**THIRD** [1] - 2:3
**thousands** [5] - 4:20, 8:20, 9:5, 9:6
**three** [3] - 13:10, 21:1, 27:16
**time-consuming** [3] - 8:22, 11:4, 11:13
**today** [4] - 5:22, 9:3, 15:9, 15:22
**top** [5] - 3:23, 10:25, 19:14, 20:2
**Torres** [1] - 31:11
**Torres'** [1] - 31:25
**totally** [1] - 32:18
**Touhy** [1] - 12:14
**tranche** [1] - 13:4
**transferred** [1] - 31:10
**travelled** [1] - 10:18
**treated** [1] - 22:11
**trial** [8] - 11:13, 23:13, 23:16, 24:2, 26:24, 35:25, 36:2, 36:3
**trump** [1] - 12:5
**try** [2] - 35:8, 35:13
**trying** [5] - 4:10, 14:21, 27:13, 27:15, 35:14
**turn** [6] - 7:25, 15:14, 20:21, 23:6, 24:12, 30:5
**turned** [7] - 4:17, 6:2, 8:2, 18:23, 19:6, 24:14, 24:21
**turning** [1] - 32:5
**turnover** [1] - 15:4
**two** [8] - 5:17, 8:1, 13:20, 20:13, 20:25, 21:4, 26:9, 27:3
**two-part** [1] - 5:17
**type** [3] - 7:24, 19:5, 26:10

## U

**U.S** [6] - 9:20, 10:12, 10:17, 10:25, 11:5, 11:7

**ultimately** [1] - 30:3
**under** [6] - 9:9, 26:19,
   26:20, 32:9, 34:8,
   36:1
**underscore** [1] - 27:1
**undertake** [5] - 5:25,
   6:5, 6:21, 7:18, 26:4
**undertaken** [2] - 7:8,
   25:6
**undertakes** [1] - 26:18
**unforeseen** [1] - 33:25
**United** [2] - 3:4, 3:9
**unusual** [1] - 14:6
**up** [30] - 5:8, 6:4, 8:25,
   16:15, 17:22, 18:9,
   18:21, 20:8, 20:11,
   20:13, 20:24, 21:14,
   22:2, 22:4, 22:9,
   22:14, 23:5, 24:9,
   25:25, 26:10, 27:22,
   33:7, 34:14, 34:15,
   34:20, 34:24, 35:12,
   35:18
**updated** [1] - 26:17
**USA** [15] - 13:11, 14:8,
   15:7, 15:14, 18:18,
   18:19, 18:25, 19:19,
   28:20, 28:24, 29:1,
   29:6, 29:18, 30:4,
   31:15
**USA's** [1] - 14:16
**usual** [1] - 20:19
**utilizing** [1] - 11:12

# V

**vacate** [1] - 15:3
**vacated** [1] - 15:5
**various** [5] - 5:3, 5:19,
   6:8, 7:15
**Venezuela** [3] - 10:13,
   10:19, 11:2
**Venezuelan** [1] - 9:21
**versus** [2] - 3:4, 13:11
**voluntarily** [1] - 32:5

# W

**wait** [2] - 22:16, 31:5
**waiting** [4] - 26:7,
   27:9, 28:17, 33:7
**wake** [1] - 35:12
**walker** [1] - 3:13
**warrant** [2] - 12:21,
   20:14
**warranted** [1] - 21:15
**warrants** [16] - 5:2,
   5:8, 5:19, 6:4, 6:8,
   7:16, 12:20, 12:21,
   12:22, 12:24, 20:15,

20:16, 20:22, 20:25,
   21:1, 21:5
**Washington** [1] -
   19:21
**ways** [1] - 35:2
**week** [7] - 5:23, 6:19,
   7:19, 8:1, 21:4, 26:9,
   27:16
**weeks** [1] - 8:5
**Weinstein** [2] - 3:13,
   13:24
**whatnot** [2] - 6:22,
   7:11
**White** [1] - 12:4
**window** [1] - 18:19
**withdraw** [3] - 4:1,
   4:7, 17:4
**withdrawing** [1] - 4:8
**withdrawn** [1] - 17:21
**withdrew** [2] - 16:19,
   16:20
**withheld** [1] - 7:4
**witness** [2] - 12:14,
   27:17
**witnesses** [1] - 12:11
**words** [1] - 5:20
**worth** [1] - 25:1
**wrapped** [1] - 20:13
**writing** [2] - 12:25,
   21:12

# Y

**year** [1] - 14:4
**years** [1] - 27:3
**yesterday** [1] - 18:11
**York** [4] - 9:25, 13:12,
   30:19