```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          (MIAMI DIVISION)

 3
            CASE NO. 1:22-CR-20552-MD ALL DEFENDANTS
 4

 5
     UNITED STATES OF AMERICA,        Miami, Florida
 6
                    PLAINTIFF,         February 11, 2025
 7                                     Tuesday
     VS.
 8

 9

10   DAVID RIVERA AND,               Scheduled for 10:00 a.m.
     ESTHER NUHFER,                  10:00 a.m. to 10:47 a.m.
11
                    DEFENDANTS.
12
                                     Pages 1 - 32
13
     -----------------------------------------------------------
14

15                        STATUS CONFERENCE

16

17          BEFORE THE HONORABLE MELISSA DAMIAN
               UNITED STATES DISTRICT COURT JUDGE
18

19
     APPEARANCES:
20

21   ON BEHALF OF GOVERNMENT:      HAROLD E. SCHIMKAT, AUSA
                                    UNITED STATES ATTORNEY'S OFFICE
22

23

24

25
```

APPEARANCES (CONTINUED:)

ON BEHALF OF DEFENDANT        EDWARD ROBERT SHOHAT, ESQ.
DAVID RIVERA:                 DAVID STUART WEINSTEIN, ESQ.
                             THOMAS PATRICK BARDENWERPER, ESQ.
                             JONES WALKER, P.A.


ON BEHALF OF DEFENDANT        DAVID OSCAR MARKUS, ESQ.
ESTHER NUHFER:               ANITA MARGOT MOSS, ESQ.


STENOGRAPHICALLY             GLENDA M. POWERS, RPR, CRR, FPR
REPORTED BY:                 Official Court Reporter
                             United States District Court
                             400 North Miami Avenue
                             Miami, Florida  33128

1          (Call to the order of the Court:)

2          COURTROOM DEPUTY:  Please rise.

3          In the United States District Court for the Southern

4     District of Florida, the Honorable Melissa Damian presiding.

5          The Court calls Case Number 22-Criminal-20552-Damian,

6     United States of America versus David Rivera and Esther Nuhfer.

7          Counsel, please state your appearances, beginning with

8     the Government.

9          MR. SCHIMKAT:  Good morning, Your Honor.

10         Harry Schimkat for the United States.

11         My colleague, Dan Bernstein, is unable to be here, he's

12    covering trial in front of Judge Moreno.

13         THE COURT:  Good morning.

14         You look so lonely over there.

15         MR. SHOHAT:  We'll lend him some people, Judge.

16         THE COURT:  I bet you would.

17         And for the defense?

18         MR. SHOHAT:  Good morning, Your Honor.

19         Ed Shohat, David Weinstein and Buddy Bardenwerper on

20    behalf of David Rivera from Jones Walker, LLP.

21         David Rivera is in the courtroom.

22         THE COURT:  Good morning to you.

23         MR. MARKUS:  Good morning, Your Honor.

24         David Markus and Margot Moss, representing Ms. Nuhfer

25    here, to my left.

1        THE COURT:  And good morning to all of you.  All right,
2    thank you.  Everyone may be seated.
3        So there were two reasons for this status.  One is for,
4    you know, a continued check-in on the status of things for
5    purposes of where we are on the schedule to get this case to
6    trial, and then also, of course, to deal with this updated
7    discovery request and then the motion.
8        So, let's knockout this discovery issue first.
9        So, I think, Mr. Shohat, you were doing a majority of
10   the briefing.  So I see that after my last hearing and order,
11   you narrowed down your requests, as I requested to the
12   Government, and the Government has still not -- I guess,
13   provided to you what it is that you want.  I've read your
14   memorandum, so I feel like I'm pretty up to speed.
15       I will tell you that when I read your memorandum the
16   glaring question to me was what is happening in a civil case,
17   why are you not getting this information in the civil case, it
18   all seems like stuff that should be addressed in the civil
19   case, and the Government answered my questions on that.
20       You seem to have conveniently left out, why, what
21   happened in New York in the civil case regarding this very
22   issue; meaning, I think this issue has been litigated in the
23   civil case, meaning you asked -- all the lawyers in the civil
24   case already asked all of these question to the appropriate
25   people, insofar as what the Government's role has been

1    directing -- and I use air quotes when I say that -- the civil

2    litigation, pulling the strings back there -- what do you think

3    you're going to get here that wasn't already addressed in the

4    civil litigation that's going to prove to you the Government

5    had some sort of inappropriate control over what happens in a

6    civil case?

7         MR. SHOHAT:  Judge, we just got the Government's

8    response yesterday, I haven't even had a chance to read it yet.

9         THE COURT:  It's a problem.  And, Mr. Schimkat, I was

10   not happy that -- I actually went out yesterday afternoon and

11   didn't even know it came in until this morning.  I didn't even

12   note the timing insofar as, let's see, the motion was filed on

13   the 3rd.  It's not like it was untimely, but it was

14   inconveniently timed, we'll say.

15        But your motion, Mr. Shohat, was on the 3rd.

16        And the Government responded within seven days, but --

17   so I get your point, I just read it this morning myself, so you

18   haven't had a chance to review it.

19        MR. SHOHAT:  No, I have not even read it yet, Judge.

20        THE COURT:  So, really, the point is, when I read your

21   motion regarding the narrowed-down discovery requests, what you

22   really want is communications between the attorneys and parties

23   in the civil case and the Government because you want to know

24   if the Government is sort of improperly controlling, directing,

25   having any role in the civil litigation.

1          I agree that if they were -- and there's a lot of
2     courts that do -- for example, if there was some agreement
3     between the Government and PVD --
4          MR. SHOHAT:  PVD.
5          THE COURT:  -- that PVD, for example, wasn't the
6     subject of a criminal case because of its cooperation with the
7     Government, that would be information that your clients would
8     be entitled to, no doubt.
9          But you haven't given any indication that that is the
10    case.  If the Government was directing the civil litigation so
11    that they could obtain information through the civil
12    litigation, yeah, me telling the party it was in the civil
13    litigation to do things, get information to help the
14    Government's case, that also might be a problem, also, but my
15    response -- my gut to that was, okay, that should be addressed
16    in the civil case, and it was, the 30(b)(6) rep was deposed and
17    very clearly, you know, made it clear that they weren't
18    proceeding with that litigation or doing anything in that
19    litigation because of the Government.
20         Everybody's been pretty out in the open but they've
21    been communicating, and I think we talked about that last time,
22    there's nothing wrong with that, in fact, I think it would be
23    irresponsible of the Government not to try and find out what's
24    happening from the civil litigation.
25         But the Government's point, really, in the response, is

1  this is all information that should be addressed in the civil

2  case, which does provide for a lot more avenues of discovery,

3  and it has been, and you still don't have any more evidence

4  that something inappropriate is happening, or that there's

5  Brady material out there that you don't know about, that

6  there's potentially Jencks out there that you don't know about.

7      There is nothing -- this has all been addressed in the

8  civil litigation.  What could be done here that wasn't done

9  there?  What do you want?

10     MR. SHOHAT:  Judge, I'd like to look at the

11 Government's response.  They may have information there that

12 I'm not privy to at this point -- that we're not privy to, and

13 in due time, file our reply.  It may be that you're right, and

14 it may be that they're right, but I believe we have a right

15 under the rules to look at it, analyze it --

16     THE COURT:  Sure.

17     MR. SHOHAT:  -- and reply accordingly, and then have

18 the matter determined by the Court, not predetermined just on

19 the basis of what the Government says in its pleadings, so --

20     THE COURT:  Okay.

21     MR. SHOKAT:  -- we'd like to have the opportunity to do

22 that, and we'll do that in a timely fashion.

23     THE COURT:  How long do you need to file a reply?

24     MR. SHOHAT:  Say that all again.

25     THE COURT:  How long do you think you would need to

1   file a reply?

2           MR. SHOHAT:  Whatever the rules provide for.  Isn't it

3   a five-day business week?  It's to the 18th, I think it's to.

4   We'll do it by --

5           THE COURT:  It was filed yesterday -- yeah, it's at

6   seven days, so I'm not looking at a calendar, I don't want to

7   say --

8           MR. SHOHAT:  Monday's the 17th, I believe it should be

9   a holiday.

10          THE COURT:  A holiday?  I can always rely on

11  Mr. Weinstein to know the rules, yes.  So let's get your reply

12  in by the 18th.

13          MR. SHOHAT:  We'll have it in, Judge.

14          THE COURT:  Okay.  And then either I -- I think I will

15  take it up.  I know all discovery matters are generally

16  referred to Judge Torres, so I will talk to him, but one of us

17  will take it up at that point.  That's fine.  I think that's

18  fair.  I think it's important for you to know when you are

19  framing your reply that my big question when I read your

20  motion, you know, why isn't this all being taken up in the

21  civil case?  And was it?  And feel safe that the Government

22  directly addresses that.  Okay.

23          So, then tell me where we are on -- otherwise, and I

24  think maybe this should -- well, Mr. Markus, I'm sorry, I

25  didn't give you a chance to talk about.

1          MR. MARKUS:  Oh, no, I don't have anything about the

2    discovery; about the trial dates, I thought maybe I should

3    address, since Your Honor was kind enough to wait until now

4    because that other matter that we had scheduled for trial in

5    September, we could ask the Broward judge to continue it.

6          We had a two-hour hearing in Broward about whether that

7    case should be continued and much to our chagrin the judge

8    denied our motion to continue, so we're still scheduled for

9    trial September 18th.  So we would -- I think both Mr. Shohat's

10   team and our team would ask for this trial to be set sometime

11   in February, or later, of 2026.

12         Although, I must say, Your Honor, that -- I don't think

13   this case is going to end up in trial.  The Attorney General

14   last week issued a directive that these cases right on point

15   with the kind of case this is under FARA should not be

16   prosecuted anymore, so we've sent an e-mail to the U.S.

17   Attorney asking what his intentions are regarding this case

18   under the new Pam Bondi directive that these cases should not

19   be prosecuted.

20         We have not heard back from the U.S. Attorney.

21   Depending on what that response is, we hope he agrees with us,

22   but if not, we'll take that up, because we believe the

23   directive is very clear about these kinds of cases,

24   specifically these facts should not go forward, so I suspect

25   the case will be dismissed in short order, as it should be.

1    THE COURT:  Can you tell me a little bit more about

2  that, why this falls within --

3    MR. SHOHAT:  Judge, I have a memo, I can give it to the

4  Court.

5    THE COURT:  Yes, I'd like to see it.

6    MR. SHOHAT:  It's a memo from the Attorney General on

7  February 5th.

8    THE COURT:  I honestly don't know if I have read it.

9    MR. SHOHAT:  Judge, look at the section, I opened it to

10 the page, you see this is a memo from the Attorney General of

11 the United States, Pam Bondi, on February 5th, to all

12 department employees, there's a section that says "shifting

13 resources," in the National Security Division, I think if you

14 read that you'll see what we're talking about.

15    (Handing document to Judge Damian.)

16    THE COURT:  It's been so long, I'm trying to remember

17 the indictment.

18    MR. MARKUS:  There are no allegations of espionage, or

19 anything like that in the indictment, and it falls way outside

20 of anything in this memo, Your Honor.

21    THE COURT:  Interesting.  All right, well, we'll see.

22 I've got no dog in that fight.

23    MR. SHOHAT:  You can keep that version of the memo,

24 Judge, if you like, we have plenty of them.  We're printing

25 them now.

1    THE COURT:  Okay.  Thanks.  I think it's interesting.

2    I can't -- you know, I can't take action based on a memo, but

3    I'm sure Mr. Schimkat is awaiting instructions.

4    MR. SCHIMKAT:  So -- and that's the situation as it

5    stands, Your Honor.  The last I heard, in the last couple of

6    days -- I mean, obviously, it's a little more complicated than

7    just the U.S. Attorney's Office charging the case with the

8    National Security Division at DOJ, which is the FARA unit,

9    which is more than this case directly affected by this.

10    But there's multiple people involved in this process.

11   What I can tell you is, simply at this point, as of Friday

12   morning, my understanding from speaking to the DOJ FARA unit,

13   people in Washington, was that the current direction at DOJ,

14   was that this directive should not be a basis for dismissing

15   pending cases.

16    So, it was a bit informal, that guidance that I got,

17   things are very much day-by-day these days, and so, but that is

18   currently my understanding of where things stand.

19    Now, I'm sure they're going to make an effort to have

20   this particular case dismissed, but that's separate and apart,

21   I think, although perhaps, you know, influenced by this policy,

22   but it's just very conservative response, in my opinion.

23    THE COURT:  It's interesting, just because of this

24   particular case -- well, I only know what I read in the papers,

25   I guess, beyond this, so it's interesting.

1           So, I'm going to keep you on track, as far as the

2   deadline on the memorandum goes.  And as far as the schedule

3   goes, I think last time I was waiting to hear what was

4   happening in your -- in Mr. Markus' other case, so I don't

5   think I actually moved your schedule, right, I kept you on that

6   April schedule for now; right?

7           MR. MARKUS:  Right.

8           THE COURT:  And so, hypothetically speaking, what is

9   missing?  What more would you need in order to try this case

10  before your other trial?

11          MR. MARKUS:  Judge, I don't think I could physically do

12  it.  I'm set to begin a -- at least a month-long trial March

13  3rd in front of Judge Ruiz, and then Ms. Moss and I will be in

14  this September trial there.  I think there are 200 pending

15  depositions in that September trial, including 13 expert depos

16  that we need to depose, and then we have to propose our

17  experts, it's going to be more than a full-time job for

18  Ms. Moss and I from the end of my March trial until September,

19  so that's why I'm on my knees asking for a continuance.

20          THE COURT:  So, putting aside your conflicts, what

21  would the defense need -- imagine that you don't have all this

22  other work that you are so fortunate to have, what would the

23  defense need in order to prepare and get ready for trial, if

24  this was the only case you have?

25          MR. MARKUS:  Yes.  So we think, Your Honor, we just

1    received recently the bulk of the discovery, it's been rolling

2    in and Mr. Schimkat has been good about getting it to us, but

3    there is -- I mean, there is an enormous -- enormous --

4         MR. SHOHAT:  Over -- I believe it's 270 gigs of

5    discovery that we've calculated at this point, that's several

6    hundred thousand documents.  We haven't counted --

7         THE COURT:  But that you've had before?

8         MR. SHOHAT:  Well, we've had it not for that long.

9    We have had it for a couple months, but going through the

10   documents -- and believe me, Judge, I've been going through

11   these documents, it's very tedious to do.

12        You take an e-mail thread -- a single e-mail thread can

13   take the better part of a couple hours just to get through it.

14   So it's an enormous task.  That's why I think both the

15   Government and the defense recognize that a trial date any time

16   soon is just out of the question, it's just going to take --

17        THE COURT:  So you need to go through all of that

18   discovery; right?

19        MR. SHOHAT:  Yes.

20        MR. MARKUS:  And then file motions, Your Honor.

21        We've already identified some motions that we can file

22   based on our current review, but I'm sure there will be others.

23        One, for example, is there's a money laundering charge

24   that we believe is inadequate as a matter of law because it's

25   based on a FARA violation.  The FARA violation, of course, is a

 1   failure to register, so money laundering doesn't make sense for

 2   proceeds coming from a failure to register.

 3        So, as a matter of law, we believe money laundering,

 4   for example, goes out the window.  There are other motions that

 5   will become apparent after we go through the discovery, but

 6   that is a big part of the indictment that we believe will be

 7   changed.

 8        THE COURT:  Why do you need to review discovery in

 9   order to file a motion on that legal issue?

10        MR. MARKUS:  No, I'm not -- I'm not going to, right,

11   Your Honor -- in that one, no.

12        THE COURT:  Which doesn't really matter, I'm just

13   curious.

14        MR. MARKUS:  And one other thing Mr. Weinstein, of

15   course, reminds me of is, we've raised the CIPA issue with the

16   Government and we alluded to it, I think, at the last hearing.

17   There's going to be documents -- we've requested them -- that

18   we're going to have to get clearance to review.

19        We have not -- the Government has not started that

20   process, we believe it needs to be done, and that we

21   specifically believe it will be pertinent to the defense, those

22   documents.

23        MR. WEINSTEIN:  In that regard, Judge, we, the Rivera

24   team, have been working on a supplemental discovery request.

25   It's seriously delayed, implicate, we believe, CIPA issues.

1        We have not gotten that completed yet.  It's based in

2   part in our review of existing discovery, which as I've

3   indicated as ongoing, and we hope to have that ready shortly to

4   get them going, and it's going to, I think, increase markedly

5   the amount of CIPA issues involved in the case.

6        THE COURT:  On your end, does the Government need to

7   initiate the CIPA clearance, I mean --

8        MR. SCHIMKAT:  Your Honor, we do not believe there are

9   significant CIPA issues in this case.

10       THE COURT:  Even if there were any -- even if there was

11  any classified information?

12       MR. SCHIMKAT:  At this point, it's no.  We've made,

13  sort of, normal inquiries.  I'm going to be little careful

14  here, because CIPA --

15       THE COURT:  Okay.

16       MR. SCHIMKAT:  I've got items as far as what I can say.

17  But we have done the normal CIPA-type inquiries, and based on

18  that, we don't believe there are any CIPA issues here, because

19  we just don't know of any.

20       In furtherance of that, let me just say a couple things

21  so the Court has a better picture of this.  I think that the

22  CIPA argument that they're making is based on the fact that

23  this was, essentially, a lobbying effort engaged in by the

24  defendants on behalf of the Venezuelan Government and a

25  lobbying effort obviously targeted U.S. Government officials

1    how to influence that.

2         So no doubt there are U.S. Government officials

3    involved in this.  But we have interviewed those Government

4    officials and turned over those 302s summarizing those

5    interviews to the defendants; nothing I know in there, in the

6    CIPA.

7         We've also interviewed various employees at the State

8    Department and we have received a voluntary production from the

9    State Department during the course of our investigations, we've

10   turned over those 302s, as well as the documents that the State

11   Department produced to us, to this defense, fleshing out some

12   of the facts alleged in the indictment.

13        Again, none of that implicates CIPA, in our opinion.

14        So we have already provided them with sort of general

15   nature of the discoveries that are (inaudible), when it just

16   doesn't implicate CIPA.

17        THE COURT:  I mean, I don't want to speak for

18   Mr. Shohat or Mr. Weinstein or Mr. Markus, Ms. Moss, I'm

19   guessing there are concerns that there might be, for example --

20   the old-fashioned word -- jingles (phonetic), or intercepts,

21   things like that, they are not necessarily -- in my brain, the

22   CIPA stuff isn't necessarily U.S. Government officials on U.S.

23   soil being lobbied by, allegedly, by the defendants.

24        I'm guessing the defendants might be concerned that

25   there's communications to and from Venezuela, or other places,

1     or Venezuelan officials, that seems like the stuff that might

2     be in the classified zone, right?  I mean, what are you

3     thinking is going to be classified, Mr. Shohat?

4             MR. SHOHAT:  I'm sorry, Judge?

5             THE COURT:  What are you thinking is classified?

6             MR. SHOHAT:  We think that they're -- just generally

7     speaking, for example, one of the last acts in this case

8     alleged is a meeting with the President of Venezuela Maduro --

9     on April of 2018, which the Government alleged is part of the

10    conspiracy.  We believe there is probably cable traffic

11    involved in that meeting, and the setup for that meeting, in

12    the State Department's position with respect to that meeting.

13            Now, Mr. Schimkat has indicated that he doesn't believe

14    there is, but I'm not sure that the answer to that has been

15    completely flushed out; and part of what we were about to do

16    will add to that inquiry, give some additional fuel to it, and

17    we're going to send that to the Government, I hope, shortly,

18    and see how that plays out.

19            And there are a number of other areas of people that

20    have been involved in this type of conduct where we're going to

21    be -- and should have been involved and apparently were

22    involved in the overall conduct within the Government; people

23    within the Government who were involved and we're going to be

24    making very specific requests with respect to these people for

25    discovery.

1        THE COURT:  People in our Government isn't necessarily

2  going to be -- I mean --

3        MR. MARKUS:  Just to give you an example, Your Honor,

4  the current Secretary of State, former Senator Rubio, was all

5  over these meetings --

6        THE COURT:  But these meetings -- again, but these

7  meetings with people in the United States -- there's a process.

8  If it's going to be classified, you know, just because there's

9  meetings happening with Senators, or even White

10 House officials, my, you know, recollection of my days back in

11 National Security stuff doesn't mean it's necessarily going to

12 be classified, unless -- and I mean, that the Government is

13 telling me that there isn't classified stuff; like you have

14 what they have.

15       I guess if you -- Mr. Shohat is indicating you've got

16 some indication that there are classified documents; I think

17 Mr. Schimkat's point is, if there are, it's not a lot, it

18 shouldn't necessarily be a basis to hold up, you know, the

19 clearance -- you don't think there's any that they need to see,

20 the process needs to be started with CIPA to make sure you all

21 at some point have been cleared.

22       MR. SCHIMKAT:  Yeah, to that -- like, for instance,

23 with respect to Senator Rubio, we've alleged in the indictment

24 business, obviously, we didn't name him by name, but we've

25 alleged some facts regarding that.

1          THE COURT:  Right.

2          MR. SCHIMKAT:  We've turned over their own text

3    messages and e-mails with Senator Rubio setting up that

4    meeting.

5          THE COURT:  Right.

6          MR. SCHIMKAT:  We turned over the 302 report of our

7    interview with him where he explained how that meeting took

8    place and the circumstances.  We turned over interviews of his

9    staff members regarding those interviews.

10          So, you know, we read the evidence, and this was not a

11   U.S. Government under-taking effort to arrange these

12   proceedings between Mr. Rivera and Ms. Nuhfer and Senator Rubio

13   that was promised by the defendants.

14          We turned over their own e-mails and text messages that

15   were related to the substance of those meetings; and the

16   substance of those meetings, there's no reason to believe when

17   there was no State Department officials involved in those --

18          THE COURT:  Right.

19          MR. SCHIMKAT:  -- particular meetings that there's

20   anything there, so...

21          THE COURT:  And it's the Government's burden to prove

22   their case.  They're telling you they're not going to be using

23   classified documents to prove their cases.

24          If you believe that there's documents out there that

25   you need to be using as your shield, as it were, that are

1    classified, you're just going to have to make some sort of

2    showing in that regard; and just because there's meetings with

3    senators doesn't mean that there's classified documents,

4    necessarily.  I'm not saying it's not possible.

5         MR. SCHIMKAT:  The Brady (inaudible) -- it's really

6    astounding how much stuff they're asking for, from different

7    companies involving different people, some of who I don't have

8    any indication they're involved in any of this.  So, that's the

9    sort of situation we're faced with, we've given them what we

10   have.

11        THE COURT:  Right, so you've given them -- Mr.

12   Schimkat, you've given them to -- let's just go back to a

13   trial.  All right.  Let's get ready for trial.  The Government

14   has given you all of this discovery.  You've demanded the

15   things that the Government is obligated to give under the law

16   anyway.  Everyone's telling they've given it all to you.

17        MR. SCHIMKAT:  Yeah, and the way we view this, is it

18   sounds like they're trying to set up some sort of public

19   authority type of -- like somehow Mr. Rivera and Ms. Nuhfer

20   were operating that -- they weren't so much agents for the

21   Venezuelan Government, they were really acting in the interest,

22   not in the behest, of the U.S. Government.  And again --

23        THE COURT:  That may not help their civil case.

24        MR. SCHIMKAT:  Very true, Your Honor.

25        So -- but, you know, so we've looked through tens of

1  thousands of e-mails and text messages and Mr. Shohat had made

2  a document production to us last week pursuant to their

3  discovery obligation, and we have yet to see a single e-mail or

4  single text message from anybody from the U.S. Government

5  saying, Hey, you're really working for the U.S. Government

6  here, or we're authorizing you not to, you know, register under

7  FARA, or don't worry about that FARA registration requirement.

8  There's just nothing there, at least to say internally that

9  they were truly authorized by somebody in the U.S. Government,

10  they would know who that person is.

11       We've asked for disclosures in those regard.  We

12  haven't done a public-like demand filed with the Court yet.  So

13  we've asked them, you know, What are you really relying on?

14       What was the purpose of the Brady demands about the

15  internal communications that you believe might exist?  Who is

16  it that authorized your client to engage in this activity?

17       THE COURT:  So I guess -- I guess the point is you

18  suspect there's some stuff out there that you haven't gotten,

19  but, you know, at the end of the day, remember, it's the

20  Government's burden to prove its case, the Government is

21  obligated to provide you, you know, notice of the evidence that

22  they're going to use to prove their case.

23       You're not entitled to everything you think you might

24  be able to use to affirmatively, you know, creative a case on

25  your clients' behalf, that's more than you're entitled to

1   everything you need to defend against the Government's case,

2   and of course the Government's obligated to turn over, right,

3   everything we've gone over, everything in Rule 16, Brady, all

4   of that.

5           I get why, Mr. Markus, you need that much time because

6   it's really based on, you know, other obligations that you have

7   in other cases, but otherwise -- and I'm not not sympathetic to

8   it, I appreciate how busy you are, I've been there, you're only

9   human -- but I don't think that the discovery or the issues in

10  this case warrant such a long delay -- who's the judge on the

11  Ft. Lauderdale case?

12          MR. MARKUS:  State court, Lisa Carol Williams, she's

13  the Chief Judge.

14          THE COURT:  To-be, right?

15          MR. MARKUS:  Thanks.  Okay.

16          THE COURT:  So, you know, I hate to just pull you guys

17  off the calendar for, basically, almost a year and -- yet, it

18  will be a year, because I don't want to throw in everything

19  done, I just think it's crazy, this case has been sitting

20  around for as long as it has.

21          And the fact is, the Government also has a right to a

22  speedy trial.  It's not just the defendant who has that right.

23  I think we've exceeded the bounds of anybody's speedy trial

24  rights here.  I know your clients are waiving it and would love

25  to have this go on forever before we're actually going to trial

1   but, you know, I don't like the idea of continuing this to

2   February of 2026, but I don't know a way around it.

3        I don't want to strain you too much, Mr. Markus, that's

4   why I'm trying to think of the possibility of going before your

5   September case -- granted, we have to see what happens with the

6   Department of Justice.

7        I was looking for the indictment because other than the

8   FARA claims and the money laundering claims, let's say the

9   Department of Justice hold its FARA prosecutions and assume

10  them within it, or are there causes of action in here or would

11  that pretty much make the indictment go away?

12       MR. SCHIMKAT:  With respect to Mr. Rivera, there's also

13  tax charts.

14       THE COURT:  All right.  Let's -- I'm not going to pull

15  you off the -- you're not going anywhere, because clearly

16  there's a lot of discovery out there and we only have two

17  months and need to file pre-trial motions.  I don't need to

18  bother you for another year.  I would like to see your reply,

19  the discovery issue -- "you" being Mr. Shohat or the defense.

20       And, you know, let's see what happens with the other

21  issue.  I'm going to set you another 30 days 'cause I just

22  enjoy seeing you all.  That will put us in March.  Let's see

23  where we are at that point.  I don't want to let up the

24  pressure on the Government to be turning over everything, on

25  the defense to be turning over everything they might have.

1  Thank you.  People may be hiring experts, whatever it is.  I

2  don't want to relieve that pressure so much, so I'm going to

3  keep the pressure on you, because, who knows, it seems

4  unlikely, maybe their trials goes away, one of Mr. Markus' or

5  Ms. Moss' trials, maybe they go away.  It happens.

6          Let's just -- I just want to stay on top of this.

7  Really -- I think you all know, I'm just really uncomfortable

8  with this case floating around for another year.

9          What do I have in March?

10         COURTROOM DEPUTY:  We can do March 11th, Judge, here,

11 at 10 a.m.

12         THE COURT:  All right.  So we're going to put you back

13 on for March 11th at 10:00 a.m. for another status.

14         We're also going to have the defense's response to

15 reply in support of the discovery memorandum due on February

16 18th.

17         Is there anything else that's floating out there that

18 needs to be addressed for purposes -- I think we addressed all

19 of the travel motions?

20         MR. SHOHAT:  Nothing else from our standpoint, Judge.

21         THE COURT:  And the properties, is that all dealt with?

22         MR. SHOHAT:  Yes, Judge, all that is done.  That's

23 included in.

24         THE COURT:  I looked through the documents -- have

25 something in the civil case, but -- from your perspective,

1    Mr. Schimkat?

2         MR. SCHIMKAT:  No, nothing for the Court, Your Honor,

3    we're working on expert disclosures.  We will continue to try

4    to move on our end, where I'll have everything done the date

5    the trial was set for.  You know, one of the concerns we might

6    have -- it might be a little premature -- I'm just going to say

7    it -- when we left with the defendants, I don't know if they're

8    going to have the same defense when the case goes to trial.  I

9    don't know what they're going to decide to do about that -- a

10   lot can happen between now and, say, September with the state

11   court case.

12        I don't know if there's a motion for severance in this

13   case, but it's certainly something on the Government's side

14   that might come up.  I'm going to throw it out there for the

15   Court because there's a lot of moving parts.

16        THE COURT:  Yeah, it's not -- I thought about that

17   possibility as well, should the defendants have as well; and it

18   is something that may affect the ability of at least Mr. Rivera

19   in trial, should that become an issue; logically, I can see

20   that possibility, but it doesn't look like anything's come up

21   yet.  All right.  And the civil case, does anybody know?

22        I know nobody really is involved in that, does anybody

23   know the status of the civil case, what's going on with it?

24        MR. SHOKAT:  I do, Your Honor.

25        THE COURT:  Not that you're controlling it in any way.

1        MR. SHOHAT:  Go to the docket -- exhibit a 14 to

2   respond to their motion, I apologize.  To answer the Court, I

3   was actually trying to get something rushed to file rather than

4   take the full-time 14 days to respond in case the Court wanted

5   to discuss that today.

6        But going through the docket, my understanding is,

7   essentially, what is pending right now is InterAmerican's

8   attorneys are producing some of these text messages and e-mails

9   to PDD USA that arose in the criminal investigation.

10       That is a new process.  That is sort of -- until that's

11  done -- not done -- complete, infinite date there; the next

12  step would be a potential second deposition of Mr. Rivera, and

13  I think that's it for discovery, if I'm not mistaken.

14       THE COURT:  Are they set for trial?  Are they in trial?

15       MR. SHOHAT:  They had a scheduling order with summary

16  judgment dates and whatnot, that's, essentially, I think what's

17  going on there right now, Your Honor.

18       THE COURT:  All right.  Okay.  Well, if there's nothing

19  else, thank you all very much and we'll see you in March.

20       MR. SHOHAT:  Thank you, Your Honor.

21       MR. SCHIMKAT:  Thank you.

22       COURTROOM DEPUTY:  Thank you.  Court is adjourned.

23       (Proceedings concluded at 10:47 a.m.)

24

25

C E R T I F I C A T E


    I hereby certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.


    February 18th, 2025


                         S/Glenda M. Powers

                         GLENDA M. POWERS, RPR, CRR, FPR
                         United States District Court
                         400 North Miami Avenue
                         Miami, Florida  33128
                         Glenda_Powers@flsd.uscourts.gov

Case 1:22-cr-20552-MD   Document 271   Entered on FLSD Docket 02/18/2025   Page 28 of 32

28

**1**

**1** [1] - 1:12
**10** [1] - 24:11
**10:00** [3] - 1:10, 1:10, 24:13
**10:47** [2] - 1:10, 26:23
**11** [1] - 1:6
**11th** [2] - 24:10, 24:13
**13** [1] - 12:15
**14** [2] - 26:1, 26:4
**16** [1] - 22:3
**17th** [1] - 8:8
**18th** [5] - 8:3, 8:12, 9:9, 24:16, 27:7
**1:22-CR-20552-MD** [1] - 1:3

**2**

**200** [1] - 12:14
**2018** [1] - 17:9
**2025** [2] - 1:6, 27:7
**2026** [2] - 9:11, 23:2
**22-Criminal-20552-Damian** [1] - 3:5
**270** [1] - 13:4

**3**

**30** [1] - 23:21
**30(b)(6** [1] - 6:16
**302** [1] - 19:6
**302s** [2] - 16:4, 16:10
**32** [1] - 1:12
**33128** [2] - 2:14, 27:12
**3rd** [3] - 5:13, 5:15, 12:13

**4**

**400** [2] - 2:13, 27:11

**5**

**5th** [2] - 10:7, 10:11

**A**

**a.m** [6] - 1:10, 1:10, 24:11, 24:13, 26:23
**ability** [1] - 25:18
**able** [1] - 21:24
**above-entitled** [1] - 27:5
**accordingly** [1] - 7:17
**accurate** [1] - 27:4
**acting** [1] - 20:21
**action** [2] - 11:2, 23:10

**activity** [1] - 21:16
**acts** [1] - 17:7
**add** [1] - 17:16
**additional** [1] - 17:16
**address** [1] - 9:3
**addressed** [7] - 4:18, 5:3, 6:15, 7:1, 7:7, 24:18
**addresses** [1] - 8:22
**adjourned** [1] - 26:22
**affect** [1] - 25:18
**affected** [1] - 11:9
**affirmatively** [1] - 21:24
**afternoon** [1] - 5:10
**agents** [1] - 20:20
**agree** [1] - 6:1
**agreement** [1] - 6:2
**agrees** [1] - 9:21
**air** [1] - 5:1
**ALL** [1] - 1:3
**allegations** [1] - 10:18
**alleged** [5] - 16:12, 17:8, 17:9, 18:23, 18:25
**allegedly** [1] - 16:23
**alluded** [1] - 14:16
**almost** [1] - 22:17
**America** [1] - 3:6
**AMERICA** [1] - 1:5
**amount** [1] - 15:5
**analyze** [1] - 7:15
**AND** [1] - 1:10
**ANITA** [1] - 2:8
**answer** [2] - 17:14, 26:2
**answered** [1] - 4:19
**anyway** [1] - 20:16
**apart** [1] - 11:20
**apologize** [1] - 26:2
**apparent** [1] - 14:5
**APPEARANCES** [2] - 1:19, 2:1
**appearances** [1] - 3:7
**appreciate** [1] - 22:8
**appropriate** [1] - 4:24
**April** [2] - 12:6, 17:9
**areas** [1] - 17:19
**argument** [1] - 15:22
**arose** [1] - 26:9
**arrange** [1] - 19:11
**aside** [1] - 12:20
**assume** [1] - 23:9
**astounding** [1] - 20:6
**Attorney** [5] - 9:13, 9:17, 9:20, 10:6, 10:10
**Attorney's** [1] - 11:7
**ATTORNEY'S** [1] -

1:21
**attorneys** [2] - 5:22, 26:8
**AUSA** [1] - 1:21
**authority** [1] - 20:19
**authorized** [2] - 21:9, 21:16
**authorizing** [1] - 21:6
**Avenue** [2] - 2:13, 27:11
**avenues** [1] - 7:2
**awaiting** [1] - 11:3

**B**

**BARDENWERPER** [1] - 2:5
**Bardenwerper** [1] - 3:19
**based** [7] - 11:2, 13:22, 13:25, 15:1, 15:17, 15:22, 22:6
**basis** [3] - 7:19, 11:14, 18:18
**become** [2] - 14:5, 25:19
**BEFORE** [1] - 1:17
**begin** [1] - 12:12
**beginning** [1] - 3:7
**behalf** [3] - 3:20, 15:24, 21:25
**BEHALF** [3] - 1:21, 2:4, 2:7
**behest** [1] - 20:22
**Bernstein** [1] - 3:11
**bet** [1] - 3:16
**better** [2] - 13:13, 15:21
**between** [4] - 5:22, 6:3, 19:12, 25:10
**beyond** [1] - 11:25
**big** [2] - 8:19, 14:6
**bit** [2] - 10:1, 11:16
**Bondi** [2] - 9:18, 10:11
**bother** [1] - 23:18
**bounds** [1] - 22:23
**Brady** [4] - 7:5, 20:5, 21:14, 22:3
**brain** [1] - 16:21
**briefing** [1] - 4:10
**Broward** [2] - 9:5, 9:6
**Buddy** [1] - 3:19
**bulk** [1] - 13:1
**burden** [2] - 19:21, 21:20
**business** [2] - 8:3, 18:24
**busy** [1] - 22:8
**BY** [1] - 2:12

**C**

**cable** [1] - 17:10
**calculated** [1] - 13:5
**calendar** [2] - 8:6, 22:17
**careful** [1] - 15:13
**Carol** [1] - 22:12
**CASE** [1] - 1:3
**Case** [1] - 3:5
**case** [48] - 4:5, 4:16, 4:17, 4:19, 4:21, 4:23, 4:24, 5:6, 5:23, 6:6, 6:10, 6:14, 6:16, 7:2, 8:21, 9:7, 9:13, 9:15, 9:17, 9:25, 11:7, 11:9, 11:20, 11:24, 12:4, 12:9, 12:24, 15:5, 15:9, 17:7, 19:22, 20:23, 21:20, 21:22, 21:24, 22:1, 22:10, 22:11, 22:19, 23:5, 24:8, 24:25, 25:8, 25:11, 25:13, 25:21, 25:23, 26:4
**cases** [6] - 9:14, 9:18, 9:23, 11:15, 19:23, 22:7
**causes** [1] - 23:10
**certainly** [1] - 25:13
**certify** [1] - 27:3
**chagrin** [1] - 9:7
**chance** [3] - 5:8, 5:18, 8:25
**changed** [1] - 14:7
**charge** [1] - 13:23
**charging** [1] - 11:7
**charts** [1] - 23:13
**check** [1] - 4:4
**check-in** [1] - 4:4
**Chief** [1] - 22:13
**CIPA** [14] - 14:15, 14:25, 15:5, 15:7, 15:9, 15:14, 15:17, 15:18, 15:22, 16:6, 16:13, 16:16, 16:22, 18:20
**CIPA-type** [1] - 15:17
**circumstances** [1] - 19:8
**civil** [23] - 4:16, 4:17, 4:18, 4:21, 4:23, 5:1, 5:4, 5:6, 5:23, 5:25, 6:10, 6:11, 6:12, 6:16, 6:24, 7:1, 7:8, 8:21, 20:23, 24:25, 25:21, 25:23
**claims** [2] - 23:8
**classified** [11] - 15:11,

17:2, 17:3, 17:5, 18:8, 18:12, 18:13, 18:16, 19:23, 20:1, 20:3
**clear** [2] - 6:17, 9:23
**clearance** [3] - 14:18, 15:7, 18:19
**cleared** [1] - 18:21
**clearly** [2] - 6:17, 23:15
**client** [1] - 21:16
**clients** [2] - 6:7, 22:24
**clients'** [1] - 21:25
**colleague** [1] - 3:11
**coming** [1] - 14:2
**communicating** [1] - 6:21
**communications** [3] - 5:22, 16:25, 21:15
**companies** [1] - 20:7
**complete** [1] - 26:11
**completed** [1] - 15:1
**completely** [1] - 17:15
**complicated** [1] - 11:6
**concerned** [1] - 16:24
**concerns** [2] - 16:19, 25:5
**concluded** [1] - 26:23
**conduct** [2] - 17:20, 17:22
**CONFERENCE** [1] - 1:15
**conflicts** [1] - 12:20
**conservative** [1] - 11:22
**conspiracy** [1] - 17:10
**continuance** [1] - 12:19
**continue** [3] - 9:5, 9:8, 25:3
**CONTINUED** [1] - 2:1
**continued** [2] - 4:4, 9:7
**continuing** [1] - 23:1
**control** [1] - 5:5
**controlling** [2] - 5:24, 25:25
**conveniently** [1] - 4:20
**cooperation** [1] - 6:6
**Counsel** [1] - 3:7
**counted** [1] - 13:6
**couple** [4] - 11:5, 13:9, 13:13, 15:20
**course** [5] - 4:6, 13:25, 14:15, 16:9, 22:2
**COURT** [53] - 1:1, 1:17, 3:13, 3:16, 3:22, 4:1, 5:9, 5:20,

6:5, 7:16, 7:20, 7:23, 7:25, 8:5, 8:10, 8:14, 10:1, 10:5, 10:8, 10:16, 10:21, 11:1, 11:23, 12:8, 12:20, 13:7, 13:17, 14:8, 14:12, 15:6, 15:10, 15:15, 16:17, 17:5, 18:1, 18:6, 19:1, 19:5, 19:18, 19:21, 20:11, 20:23, 21:17, 22:14, 22:16, 23:14, 24:12, 24:21, 24:24, 25:16, 25:25, 26:14, 26:18
**court** [3] - 22:12, 25:11, 26:22
**Court** [14] - 2:12, 2:13, 3:1, 3:3, 3:5, 7:18, 10:4, 15:21, 21:12, 25:2, 25:15, 26:2, 26:4, 27:11
**courtroom** [1] - 3:21
**COURTROOM** [3] - 3:2, 24:10, 26:22
**courts** [1] - 6:2
**covering** [1] - 3:12
**crazy** [1] - 22:19
**creative** [1] - 21:24
**criminal** [2] - 6:6, 26:9
**CRR** [2] - 2:12, 27:10
**curious** [1] - 14:13
**current** [3] - 11:13, 13:22, 18:4

**D**

**Damian** [2] - 3:4, 10:15
**DAMIAN** [1] - 1:17
**Dan** [1] - 3:11
**date** [3] - 13:15, 25:4, 26:11
**dates** [2] - 9:2, 26:16
**David** [5] - 3:6, 3:19, 3:20, 3:21, 3:24
**DAVID** [4] - 1:10, 2:4, 2:7
**day-by-day** [1] - 11:17
**days** [7] - 5:16, 8:6, 11:6, 11:17, 18:10, 23:21, 26:4
**deadline** [1] - 12:2
**deal** [1] - 4:6
**dealt** [1] - 24:21
**decide** [1] - 25:9
**defend** [1] - 22:1
**DEFENDANT** [2] - 2:4, 2:7
**defendant** [1] - 22:22

**DEFENDANTS** [2] - 1:3, 1:11
**defendants** [7] - 15:24, 16:5, 16:23, 16:24, 19:13, 25:7, 25:17
**defense** [9] - 3:17, 12:21, 12:23, 13:15, 14:21, 16:11, 23:19, 23:25, 25:8
**defense's** [1] - 24:14
**delay** [1] - 22:10
**delayed** [1] - 14:25
**demand** [1] - 21:12
**demanded** [1] - 20:14
**demands** [1] - 21:14
**denied** [1] - 9:8
**Department** [6] - 16:8, 16:9, 16:11, 19:17, 23:6, 23:9
**department** [1] - 10:12
**Department's** [1] - 17:12
**depos** [1] - 12:15
**depose** [1] - 12:16
**deposed** [1] - 6:16
**deposition** [1] - 26:12
**depositions** [1] - 12:15
**DEPUTY** [3] - 3:2, 24:10, 26:22
**determined** [1] - 7:18
**different** [2] - 20:6, 20:7
**directing** [3] - 5:1, 5:24, 6:10
**direction** [1] - 11:13
**directive** [4] - 9:14, 9:18, 9:23, 11:14
**directly** [2] - 8:22, 11:9
**disclosures** [2] - 21:11, 25:3
**discoveries** [1] - 16:15
**discovery** [21] - 4:7, 4:8, 5:21, 7:2, 8:15, 9:2, 13:1, 13:5, 13:18, 14:5, 14:8, 14:24, 15:2, 17:25, 20:14, 21:3, 22:9, 23:16, 23:19, 24:15, 26:13
**discuss** [1] - 26:5
**dismissed** [2] - 9:25, 11:20
**dismissing** [1] - 11:14
**District** [4] - 2:13, 3:3, 3:4, 27:11
**DISTRICT** [3] - 1:1,

1:1, 1:17
**Division** [2] - 10:13, 11:8
**DIVISION** [1] - 1:2
**docket** [2] - 26:1, 26:6
**document** [2] - 10:15, 21:2
**documents** [11] - 13:6, 13:10, 13:11, 14:17, 14:22, 16:10, 18:16, 19:23, 19:24, 20:3, 24:24
**dog** [1] - 10:22
**DOJ** [3] - 11:8, 11:12, 11:13
**done** [10] - 7:8, 14:20, 15:17, 21:12, 22:19, 24:22, 25:4, 26:11
**doubt** [2] - 6:8, 16:2
**down** [2] - 4:11, 5:21
**due** [2] - 7:13, 24:15
**during** [1] - 16:9

**E**

**e-mail** [4] - 9:16, 13:12, 21:3
**e-mails** [4] - 19:3, 19:14, 21:1, 26:8
**Ed** [1] - 3:19
**EDWARD** [1] - 2:4
**effort** [4] - 11:19, 15:23, 15:25, 19:11
**either** [1] - 8:14
**employees** [2] - 10:12, 16:7
**end** [5] - 9:13, 12:18, 15:6, 21:19, 25:4
**engage** [1] - 21:16
**engaged** [1] - 15:23
**enjoy** [1] - 23:22
**enormous** [3] - 13:3, 13:14
**entitled** [4] - 6:8, 21:23, 21:25, 27:5
**espionage** [1] - 10:18
**ESQ** [5] - 2:4, 2:4, 2:5, 2:7, 2:8
**essentially** [3] - 15:23, 26:7, 26:16
**ESTHER** [2] - 1:10, 2:8
**Esther** [1] - 3:6
**evidence** [3] - 7:3, 19:10, 21:21
**example** [7] - 6:2, 6:5, 13:23, 14:4, 16:19, 17:7, 18:3
**exceeded** [1] - 22:23
**exhibit** [1] - 26:1
**exist** [1] - 21:15

**existing** [1] - 15:2
**expert** [2] - 12:15, 25:3
**experts** [2] - 12:17, 24:1
**explained** [1] - 19:7

**F**

**faced** [1] - 20:9
**fact** [3] - 6:22, 15:22, 22:21
**facts** [3] - 9:24, 16:12, 18:25
**failure** [2] - 14:1, 14:2
**fair** [1] - 8:18
**falls** [2] - 10:2, 10:19
**far** [3] - 12:1, 12:2, 15:16
**FARA** [9] - 9:15, 11:8, 11:12, 13:25, 21:7, 23:8, 23:9
**fashion** [1] - 7:22
**fashioned** [1] - 16:20
**February** [7] - 1:6, 9:11, 10:7, 10:11, 23:2, 24:15, 27:7
**fight** [1] - 10:22
**file** [8] - 7:13, 7:23, 8:1, 13:20, 13:21, 14:9, 23:17, 26:3
**filed** [3] - 5:12, 8:5, 21:12
**fine** [1] - 8:17
**first** [1] - 4:8
**five** [1] - 8:3
**five-day** [1] - 8:3
**fleshing** [1] - 16:11
**floating** [2] - 24:8, 24:17
**FLORIDA** [1] - 1:1
**Florida** [4] - 1:5, 2:14, 3:4, 27:12
**flushed** [1] - 17:15
**foregoing** [1] - 27:3
**forever** [1] - 22:25
**former** [1] - 18:4
**fortunate** [1] - 12:22
**forward** [1] - 9:24
**FPR** [2] - 2:12, 27:10
**framing** [1] - 8:19
**Friday** [1] - 11:11
**front** [2] - 3:12, 12:13
**Ft** [1] - 22:11
**fuel** [1] - 17:16
**full** [2] - 12:17, 26:4
**full-time** [2] - 12:17, 26:4
**furtherance** [1] - 15:20

**G**

**general** [1] - 16:14
**General** [3] - 9:13, 10:6, 10:10
**generally** [2] - 8:15, 17:6
**gigs** [1] - 13:4
**given** [6] - 6:9, 20:9, 20:11, 20:12, 20:14, 20:16
**glaring** [1] - 4:16
**GLENDA** [2] - 2:12, 27:10
**Glenda_Powers@ flsd.uscourts.gov** [1] - 27:12
**Government** [41] - 3:8, 4:12, 4:19, 5:4, 5:16, 5:23, 5:24, 6:3, 6:7, 6:10, 6:19, 6:23, 7:19, 8:21, 13:15, 14:16, 14:19, 15:6, 15:24, 15:25, 16:2, 16:3, 16:22, 17:9, 17:17, 17:22, 17:23, 18:1, 18:12, 19:11, 20:13, 20:15, 20:21, 20:22, 21:4, 21:5, 21:9, 21:20, 22:21, 23:24
**GOVERNMENT** [1] - 1:21
**Government's** [10] - 4:25, 5:7, 6:14, 6:25, 7:11, 19:21, 21:20, 22:1, 22:2, 25:13
**granted** [1] - 23:5
**guess** [5] - 4:12, 11:25, 18:15, 21:17
**guessing** [2] - 16:19, 16:24
**guidance** [1] - 11:16
**gut** [1] - 6:15
**guys** [1] - 22:16

**H**

**handing** [1] - 10:15
**happy** [1] - 5:10
**HAROLD** [1] - 1:21
**Harry** [1] - 3:10
**hate** [1] - 22:16
**hear** [1] - 12:3
**heard** [2] - 9:20, 11:5
**hearing** [4] - 4:10, 9:6, 14:16
**help** [2] - 6:13, 20:23
**hereby** [1] - 27:3
**hiring** [1] - 24:1

**hold** [2] - 18:18, 23:9
**holiday** [2] - 8:9, 8:10
**honestly** [1] - 10:8
**Honor** [17] - 3:9, 3:18, 3:23, 9:3, 9:12, 10:20, 11:5, 12:25, 13:20, 14:11, 15:8, 18:3, 20:24, 25:2, 25:24, 26:17, 26:20
**HONORABLE** [1] - 1:17
**Honorable** [1] - 3:4
**hope** [3] - 9:21, 15:3, 17:17
**hour** [1] - 9:6
**hours** [1] - 13:13
**House** [1] - 18:10
**human** [1] - 22:9
**hundred** [1] - 13:6
**hypothetically** [1] - 12:8

### I

**idea** [1] - 23:1
**identified** [1] - 13:21
**imagine** [1] - 12:21
**implicate** [2] - 14:25, 16:16
**implicates** [1] - 16:13
**important** [1] - 8:18
**improperly** [1] - 5:24
**inadequate** [1] - 13:24
**inappropriate** [2] - 5:5, 7:4
**inaudible** [2] - 16:15, 20:5
**included** [1] - 24:23
**including** [1] - 12:15
**inconveniently** [1] - 5:14
**increase** [1] - 15:4
**indicated** [2] - 15:3, 17:13
**indicating** [1] - 18:15
**indication** [3] - 6:9, 18:16, 20:8
**indictment** [7] - 10:17, 10:19, 14:6, 16:12, 18:23, 23:7, 23:11
**infinite** [1] - 26:11
**influence** [1] - 16:1
**influenced** [1] - 11:21
**informal** [1] - 11:16
**information** [7] - 4:17, 6:7, 6:11, 6:13, 7:1, 7:11, 15:11
**initiate** [1] - 15:7
**inquiries** [2] - 15:13, 15:17

**inquiry** [1] - 17:16
**insofar** [2] - 4:25, 5:12
**instance** [1] - 18:22
**instructions** [1] - 11:3
**intentions** [1] - 9:17
**InterAmerican's** [1] - 26:7
**intercepts** [1] - 16:20
**interest** [1] - 20:21
**interesting** [1] - 10:21, 11:1, 11:23, 11:25
**internal** [1] - 21:15
**internally** [1] - 21:8
**interview** [1] - 19:7
**interviewed** [2] - 16:3, 16:7
**interviews** [3] - 16:5, 19:8, 19:9
**investigation** [1] - 26:9
**investigations** [1] - 16:9
**involved** [11] - 11:10, 15:5, 16:3, 17:11, 17:20, 17:21, 17:22, 17:23, 19:17, 20:8, 25:22
**involving** [1] - 20:7
**irresponsible** [1] - 6:23
**issue** [8] - 4:8, 4:22, 14:9, 14:15, 23:19, 23:21, 25:19
**issued** [1] - 9:14
**issues** [5] - 14:25, 15:5, 15:9, 15:18, 22:9
**items** [1] - 15:16

### J

**Jencks** [1] - 7:6
**jingles** [1] - 16:20
**job** [1] - 12:17
**Jones** [1] - 3:20
**JONES** [1] - 2:5
**Judge** [16] - 3:12, 3:15, 5:19, 8:13, 8:16, 10:3, 10:15, 10:24, 12:13, 13:10, 14:23, 17:4, 22:13, 24:10, 24:20, 24:22
**JUDGE** [1] - 1:17
**judge** [7] - 5:7, 7:10, 9:5, 9:7, 10:9, 12:11, 22:10
**judgment** [1] - 26:16
**Justice** [2] - 23:6, 23:9

### K

**keep** [3] - 10:23, 12:1, 24:3
**kept** [1] - 12:5
**kind** [2] - 9:3, 9:15
**kinds** [1] - 9:23
**knees** [1] - 12:19
**knockout** [1] - 4:8
**knows** [1] - 24:3

### L

**last** [9] - 4:10, 6:21, 9:14, 11:5, 12:3, 14:16, 17:7, 21:2
**Lauderdale** [1] - 22:11
**laundering** [4] - 13:23, 14:1, 14:3, 23:8
**law** [3] - 13:24, 14:3, 20:15
**lawyers** [1] - 4:23
**least** [3] - 12:12, 21:8, 25:18
**left** [3] - 3:25, 4:20, 25:7
**legal** [1] - 14:9
**lend** [1] - 3:15
**Lisa** [1] - 22:12
**litigated** [1] - 4:22
**litigation** [10] - 5:2, 5:4, 5:25, 6:10, 6:12, 6:13, 6:18, 6:19, 6:24, 7:8
**LLP** [1] - 3:20
**lobbied** [1] - 16:23
**lobbying** [2] - 15:23, 15:25
**logically** [1] - 25:19
**lonely** [1] - 3:14
**look** [5] - 3:14, 7:10, 7:15, 10:9, 25:20
**looked** [2] - 20:25, 24:24
**looking** [2] - 8:6, 23:7
**love** [1] - 22:24

### M

**Maduro** [1] - 17:8
**mail** [4] - 9:16, 13:12, 21:3
**mails** [4] - 19:3, 19:14, 21:1, 26:8
**majority** [1] - 4:9
**March** [7] - 12:12, 12:18, 23:22, 24:9, 24:10, 24:13, 26:19
**MARGOT** [1] - 2:8
**Margot** [1] - 3:24

**markedly** [1] - 15:4
**MARKUS** [13] - 2:7, 3:23, 9:1, 10:18, 12:7, 12:11, 12:25, 13:20, 14:10, 14:14, 18:3, 22:12, 22:15
**Markus** [5] - 3:24, 8:24, 16:18, 22:5, 23:3
**Markus'** [2] - 12:4, 24:4
**material** [1] - 7:5
**matter** [8] - 7:18, 9:4, 13:24, 14:3, 14:12, 27:5
**matters** [1] - 8:15
**mean** [9] - 11:6, 13:3, 15:7, 16:17, 17:2, 18:2, 18:11, 18:12, 20:3
**meaning** [2] - 4:22, 4:23
**meeting** [6] - 17:8, 17:11, 17:12, 19:4, 19:7
**meetings** [8] - 18:5, 18:6, 18:7, 18:9, 19:15, 19:16, 19:19, 20:2
**MELISSA** [1] - 1:17
**Melissa** [1] - 3:4
**members** [1] - 19:9
**memo** [6] - 10:3, 10:6, 10:10, 10:20, 10:23, 11:2
**memorandum** [4] - 4:14, 4:15, 12:2, 24:15
**message** [1] - 21:4
**messages** [4] - 19:3, 19:14, 21:1, 26:8
**MIAMI** [1] - 1:2
**Miami** [5] - 1:5, 2:13, 2:14, 27:11, 27:12
**might** [10] - 6:14, 16:19, 16:24, 17:1, 21:15, 21:23, 23:25, 25:5, 25:6, 25:14
**missing** [1] - 12:9
**mistaken** [1] - 26:13
**Monday's** [1] - 8:8
**money** [4] - 13:23, 14:1, 14:3, 23:8
**month** [1] - 12:12
**month-long** [1] - 12:12
**months** [2] - 13:9, 23:17
**Moreno** [1] - 3:12
**morning** [9] - 3:9,

3:13, 3:18, 3:22, 3:23, 4:1, 5:11, 5:17, 11:12
**Moss** [4] - 3:24, 12:13, 12:18, 16:18
**MOSS** [1] - 2:8
**Moss'** [1] - 24:5
**motion** [9] - 4:7, 5:12, 5:15, 5:21, 8:20, 9:8, 14:9, 25:12, 26:2
**motions** [5] - 13:20, 13:21, 14:4, 23:17, 24:19
**move** [1] - 25:4
**moved** [1] - 12:5
**moving** [1] - 25:15
**MR** [55] - 3:9, 3:15, 3:18, 3:23, 5:7, 5:19, 6:4, 7:10, 7:17, 7:21, 7:24, 8:2, 8:8, 8:13, 9:1, 10:3, 10:6, 10:9, 10:18, 10:23, 11:4, 12:7, 12:11, 12:25, 13:4, 13:8, 13:19, 13:20, 14:10, 14:14, 14:23, 15:8, 15:12, 15:16, 17:4, 17:6, 18:3, 18:22, 19:2, 19:6, 19:19, 20:5, 20:17, 20:24, 22:12, 22:15, 23:12, 24:20, 24:22, 25:2, 25:24, 26:1, 26:15, 26:20, 26:21
**multiple** [1] - 11:10
**must** [1] - 9:12

### N

**name** [2] - 18:24
**narrowed** [2] - 4:11, 5:21
**narrowed-down** [1] - 5:21
**National** [3] - 10:13, 11:8, 18:11
**nature** [1] - 16:15
**necessarily** [6] - 16:21, 16:22, 18:1, 18:11, 18:18, 20:4
**need** [15] - 7:23, 7:25, 12:9, 12:16, 12:21, 12:23, 13:17, 14:8, 15:6, 18:19, 19:25, 22:1, 22:5, 23:17
**needs** [3] - 14:20, 18:20, 24:18
**New** [1] - 4:21
**new** [2] - 9:18, 26:10
**next** [1] - 26:11

**NO** [1] - 1:3
**nobody** [1] - 25:22
**none** [1] - 16:13
**normal** [2] - 15:13, 15:17
**North** [2] - 2:13, 27:11
**note** [1] - 5:12
**nothing** [7] - 6:22, 7:7, 16:5, 21:8, 24:20, 25:2, 26:18
**notice** [1] - 21:21
**NUHFER** [2] - 1:10, 2:8
**Nuhfer** [4] - 3:6, 3:24, 19:12, 20:19
**number** [1] - 17:19
**Number** [1] - 3:5

## O

**obligated** [3] - 20:15, 21:21, 22:2
**obligation** [1] - 21:3
**obligations** [1] - 22:6
**obtain** [1] - 6:11
**obviously** [3] - 11:6, 15:25, 18:24
**OF** [5] - 1:1, 1:5, 1:21, 2:4, 2:7
**Office** [1] - 11:7
**OFFICE** [1] - 1:21
**Official** [1] - 2:12
**officials** [7] - 15:25, 16:2, 16:4, 16:22, 17:1, 18:10, 19:17
**old** [1] - 16:20
**old-fashioned** [1] - 16:20
**ON** [3] - 1:21, 2:4, 2:7
**one** [7] - 8:16, 13:23, 14:11, 14:14, 17:7, 24:4, 25:5
**One** [1] - 4:3
**ongoing** [1] - 15:3
**open** [1] - 6:20
**opened** [1] - 10:9
**operating** [1] - 20:20
**opinion** [2] - 11:22, 16:13
**opportunity** [1] - 7:21
**order** [7] - 3:1, 4:10, 9:25, 12:9, 12:23, 14:9, 26:15
**OSCAR** [1] - 2:7
**otherwise** [2] - 8:23, 22:7
**outside** [1] - 10:19
**overall** [1] - 17:22
**own** [2] - 19:2, 19:14

## P

**P.A** [1] - 2:5
**page** [1] - 10:10
**Pages** [1] - 1:12
**Pam** [2] - 9:18, 10:11
**papers** [1] - 11:24
**part** [5] - 13:13, 14:6, 15:2, 17:9, 17:15
**particular** [3] - 11:20, 11:24, 19:19
**parties** [1] - 5:22
**parts** [1] - 25:15
**party** [1] - 6:12
**PATRICK** [1] - 2:5
**PDD** [1] - 26:9
**pending** [3] - 11:15, 12:14, 26:7
**people** [11] - 3:15, 4:25, 11:10, 11:13, 17:19, 17:22, 17:24, 18:1, 18:7, 20:7, 24:1
**perhaps** [1] - 11:21
**person** [1] - 21:10
**perspective** [1] - 24:25
**pertinent** [1] - 14:21
**phonetic** [1] - 16:20
**physically** [1] - 12:11
**picture** [1] - 15:21
**place** [1] - 19:8
**places** [1] - 16:25
**PLAINTIFF** [1] - 1:6
**plays** [1] - 17:18
**pleadings** [1] - 7:19
**plenty** [1] - 10:24
**point** [13] - 5:17, 5:20, 6:25, 7:12, 8:17, 9:14, 11:11, 13:5, 15:12, 18:17, 18:21, 21:17, 23:23
**policy** [1] - 11:21
**position** [1] - 17:12
**possibility** [3] - 23:4, 25:17, 25:20
**possible** [1] - 20:4
**potential** [1] - 26:12
**potentially** [1] - 7:6
**Powers** [1] - 27:9
**POWERS** [2] - 2:12, 27:10
**pre** [1] - 23:17
**pre-trial** [1] - 23:17
**predetermined** [1] - 7:18
**premature** [1] - 25:6
**prepare** [1] - 12:23
**President** [1] - 17:8

**presiding** [1] - 3:4
**pressure** [3] - 23:24, 24:2, 24:3
**pretty** [3] - 4:14, 6:20, 23:11
**printing** [1] - 10:24
**privy** [2] - 7:12
**problem** [2] - 5:9, 6:14
**proceeding** [1] - 6:18
**proceedings** [3] - 19:12, 26:23, 27:4
**proceeds** [1] - 14:2
**process** [5] - 11:10, 14:20, 18:7, 18:20, 26:10
**produced** [1] - 16:11
**producing** [1] - 26:8
**production** [2] - 16:8, 21:2
**promised** [1] - 19:13
**properties** [1] - 24:21
**propose** [1] - 12:16
**prosecuted** [2] - 9:16, 9:19
**prosecutions** [1] - 23:9
**prove** [5] - 5:4, 19:21, 19:23, 21:20, 21:22
**provide** [3] - 7:2, 8:2, 21:21
**provided** [2] - 4:13, 16:14
**public** [2] - 20:18, 21:12
**public-like** [1] - 21:12
**pull** [2] - 22:16, 23:14
**pulling** [1] - 5:2
**purpose** [1] - 21:14
**purposes** [2] - 4:5, 24:18
**pursuant** [1] - 21:2
**put** [2] - 23:22, 24:12
**putting** [1] - 12:20
**PVD** [3] - 6:3, 6:4, 6:5

## Q

**questions** [1] - 4:19
**quotes** [1] - 5:1

## R

**raised** [1] - 14:15
**rather** [1] - 26:3
**read** [11] - 4:13, 4:15, 5:8, 5:17, 5:19, 5:20, 8:19, 10:8, 10:14, 11:24, 19:10
**ready** [3] - 12:23, 15:3, 20:13

**really** [12] - 5:20, 5:22, 6:25, 14:12, 20:5, 20:21, 21:5, 21:13, 22:6, 24:7, 25:22
**reason** [1] - 19:16
**reasons** [1] - 4:3
**received** [2] - 13:1, 16:8
**recently** [1] - 13:1
**recognize** [1] - 13:15
**recollection** [1] - 18:10
**referred** [1] - 8:16
**regard** [1] - 14:23, 20:2, 21:11
**regarding** [5] - 4:21, 5:21, 9:17, 18:25, 19:9
**register** [3] - 14:1, 14:2, 21:6
**registration** [1] - 21:7
**related** [1] - 19:15
**relieve** [1] - 24:2
**rely** [1] - 8:10
**relying** [1] - 21:13
**remember** [2] - 10:16, 21:19
**reminds** [1] - 14:15
**rep** [1] - 6:16
**reply** [8] - 7:13, 7:17, 7:23, 8:1, 8:11, 8:19, 23:18, 24:15
**report** [1] - 19:6
**REPORTED** [1] - 2:12
**Reporter** [1] - 2:12
**representing** [1] - 3:24
**request** [2] - 4:7, 14:24
**requested** [2] - 4:11, 14:17
**requests** [3] - 4:11, 5:21, 17:24
**requirement** [1] - 21:7
**resources** [1] - 10:13
**respect** [4] - 17:12, 17:24, 18:23, 23:12
**respond** [2] - 26:2, 26:4
**responded** [1] - 5:16
**response** [7] - 5:8, 6:15, 6:25, 7:11, 9:21, 11:22, 24:14
**review** [5] - 5:18, 13:22, 14:8, 14:18, 15:2
**rights** [1] - 22:24
**rise** [1] - 3:2
**RIVERA** [2] - 1:10, 2:4
**Rivera** [9] - 3:6, 3:20,

**3:21, 14:23, 19:12, 20:19, 23:12, 25:18, 26:12
**ROBERT** [1] - 2:4
**role** [4] - 4:25, 5:25
**rolling** [1] - 13:1
**RPR** [2] - 2:12, 27:10
**Rubio** [4] - 18:4, 18:23, 19:3, 19:12
**Ruiz** [1] - 12:13
**Rule** [1] - 22:3
**rules** [3] - 7:15, 8:2, 8:11
**rushed** [1] - 26:3

## S

**s/Glenda** [1] - 27:9
**safe** [1] - 8:21
**schedule** [4] - 4:5, 12:2, 12:5, 12:6
**Scheduled** [1] - 1:10
**scheduled** [2] - 9:4, 9:8
**scheduling** [1] - 26:15
**Schimkat** [7] - 3:10, 5:9, 11:3, 13:2, 17:13, 20:12, 25:1
**SCHIMKAT** [1] - 1:21, 3:9, 11:4, 15:8, 15:12, 15:16, 18:22, 19:2, 19:6, 19:19, 20:5, 20:17, 20:24, 23:12, 25:2, 26:21
**Schimkat's** [1] - 18:17
**seated** [1] - 4:2
**second** [1] - 26:12
**Secretary** [1] - 18:4
**section** [2] - 10:9, 10:12
**Security** [3] - 10:13, 11:8, 18:11
**see** [15] - 4:10, 5:12, 10:5, 10:10, 10:14, 10:21, 17:18, 18:19, 21:3, 23:5, 23:18, 23:20, 23:22, 25:19, 26:19
**seeing** [1] - 23:22
**seem** [1] - 4:20
**Senator** [4] - 18:4, 18:23, 19:3, 19:12
**senators** [1] - 20:3
**Senators** [1] - 18:9
**send** [1] - 17:17
**sense** [1] - 14:1
**sent** [1] - 9:16
**separate** [1] - 11:20
**September** [7] - 9:5, 9:9, 12:14, 12:15,

12:18, 23:5, 25:10
**seriously** [1] - 14:25
**set** [6] - 9:10, 12:12, 20:18, 23:21, 25:5, 26:14
**setting** [1] - 19:3
**setup** [1] - 17:11
**seven** [2] - 5:16, 8:6
**several** [1] - 13:5
**severance** [1] - 25:12
**shield** [1] - 19:25
**shifting** [1] - 10:12
**Shohat** [8] - 3:19, 4:9, 5:15, 16:18, 17:3, 18:15, 21:1, 23:19
**SHOHAT** [26] - 2:4, 3:15, 3:18, 5:7, 5:19, 6:4, 7:10, 7:17, 7:24, 8:2, 8:8, 8:13, 10:3, 10:6, 10:9, 10:23, 13:4, 13:8, 13:19, 17:4, 17:6, 24:20, 24:22, 26:1, 26:15, 26:20
**Shohat's** [1] - 9:9
**SHOKAT** [2] - 7:21, 25:24
**short** [1] - 9:25
**shortly** [2] - 15:3, 17:17
**showing** [1] - 20:2
**side** [1] - 25:13
**significant** [1] - 15:9
**simply** [1] - 11:11
**single** [3] - 13:12, 21:3, 21:4
**sitting** [1] - 22:19
**situation** [2] - 11:4, 20:9
**so..** [1] - 19:20
**soil** [1] - 16:23
**sometime** [1] - 9:10
**soon** [1] - 13:16
**sorry** [2] - 8:24, 17:4
**sort** [8] - 5:5, 5:24, 15:13, 16:14, 20:1, 20:9, 20:18, 26:10
**sounds** [1] - 20:18
**SOUTHERN** [1] - 1:1
**Southern** [1] - 3:3
**speaking** [3] - 11:12, 12:8, 17:7
**specific** [1] - 17:24
**specifically** [2] - 9:24, 14:21
**speed** [1] - 4:14
**speedy** [2] - 22:22, 22:23
**staff** [1] - 19:9
**stand** [1] - 11:18

**standpoint** [1] - 24:20
**stands** [1] - 11:5
**started** [2] - 14:19, 18:20
**state** [3] - 3:7, 22:12, 25:10
**State** [6] - 16:7, 16:9, 16:10, 17:12, 18:4, 19:17
**States** [7] - 2:13, 3:3, 3:6, 3:10, 10:11, 18:7, 27:11
**STATES** [1] - 1:1, 1:5, 1:17, 1:21
**status** [4] - 4:3, 4:4, 24:13, 25:23
**STATUS** [1] - 1:15
**stay** [1] - 24:6
**sTENOGRAPHICALL Y** [1] - 2:12
**step** [1] - 26:12
**still** [3] - 4:12, 7:3, 9:8
**strain** [1] - 23:3
**strings** [1] - 5:2
**STUART** [1] - 2:4
**stuff** [7] - 4:18, 16:22, 17:1, 18:11, 18:13, 20:6, 21:18
**subject** [1] - 6:6
**substance** [2] - 19:15, 19:16
**summarizing** [1] - 16:4
**summary** [1] - 26:15
**supplemental** [1] - 14:24
**support** [1] - 24:15
**suspect** [2] - 9:24, 21:18
**sympathetic** [1] - 22:7

## T

**targeted** [1] - 15:25
**task** [1] - 13:14
**tax** [1] - 23:13
**team** [3] - 9:10, 14:24
**tedious** [1] - 13:11
**tens** [1] - 20:25
**text** [5] - 19:2, 19:14, 21:1, 21:4, 26:8
**THE** [52] - 1:17, 3:13, 3:16, 3:22, 4:1, 5:9, 5:20, 6:5, 7:16, 7:20, 7:23, 7:25, 8:5, 8:10, 8:14, 10:1, 10:5, 10:8, 10:16, 10:21, 11:1, 11:23, 12:8, 12:20, 13:7, 13:17, 14:8, 14:12, 15:6,

15:10, 15:15, 16:17, 17:5, 18:1, 18:6, 19:1, 19:5, 19:18, 19:21, 20:11, 20:23, 21:17, 22:14, 22:16, 23:14, 24:12, 24:21, 24:24, 25:16, 25:25, 26:14, 26:18
**they've** [2] - 6:20, 20:16
**thinking** [2] - 17:3, 17:5
**THOMAS** [1] - 2:5
**thousand** [1] - 13:6
**thousands** [1] - 21:1
**thread** [2] - 13:12
**throw** [2] - 22:18, 25:14
**timed** [1] - 5:14
**timely** [1] - 7:22
**timing** [1] - 5:12
**to-be** [1] - 22:14
**today** [1] - 26:5
**took** [1] - 19:7
**top** [1] - 24:6
**Torres** [1] - 8:16
**track** [1] - 12:1
**traffic** [1] - 17:10
**transcription** [1] - 27:4
**travel** [1] - 24:19
**trial** [25] - 3:12, 4:6, 9:2, 9:4, 9:9, 9:10, 9:13, 12:10, 12:12, 12:14, 12:15, 12:18, 12:23, 13:15, 20:13, 22:22, 22:23, 22:25, 23:17, 25:5, 25:8, 25:19, 26:14
**trials** [2] - 24:4, 24:5
**true** [1] - 20:24
**truly** [1] - 21:9
**try** [3] - 6:23, 12:9, 25:3
**trying** [4] - 10:16, 20:18, 23:4, 26:3
**Tuesday** [1] - 1:7
**turn** [1] - 22:2
**turned** [6] - 16:4, 16:10, 19:2, 19:6, 19:8, 19:14
**turning** [2] - 23:24, 23:25
**two** [3] - 4:3, 9:6, 23:16
**two-hour** [1] - 9:6
**type** [3] - 15:17, 17:20, 20:19

## U

**U.S** [12] - 9:16, 9:20, 11:7, 15:25, 16:2, 16:22, 19:11, 20:22, 21:4, 21:5, 21:9
**unable** [1] - 3:11
**uncomfortable** [1] - 24:7
**under** [6] - 7:15, 9:15, 9:18, 19:11, 20:15, 21:6
**under-taking** [1] - 19:11
**unit** [2] - 11:8, 11:12
**united** [1] - 2:13
**UNITED** [4] - 1:1, 1:5, 1:17, 1:21
**United** [6] - 3:3, 3:6, 3:10, 10:11, 18:7, 27:11
**unless** [1] - 18:12
**unlikely** [1] - 24:4
**untimely** [1] - 5:13
**up** [12] - 4:14, 8:15, 8:17, 8:20, 9:13, 9:22, 18:18, 19:3, 20:18, 23:23, 25:14, 25:20
**updated** [1] - 4:6
**USA** [1] - 26:9

## V

**various** [1] - 16:7
**Venezuela** [2] - 16:25, 17:8
**Venezuelan** [3] - 15:24, 17:1, 20:21
**version** [1] - 10:23
**versus** [1] - 3:6
**view** [1] - 20:17
**violation** [2] - 13:25
**voluntary** [1] - 16:8
**VS** [1] - 1:7

## W

**wait** [1] - 9:3
**waiting** [1] - 12:3
**waiving** [1] - 22:24
**Walker** [1] - 3:20
**WALKER** [1] - 3:20
**warrant** [1] - 22:10
**Washington** [1] - 11:13
**week** [3] - 8:3, 9:14, 21:2
**Weinstein** [4] - 3:19, 8:11, 14:14, 16:18

**WEINSTEIN** [2] - 2:4, 14:23
**whatnot** [1] - 26:16
**White** [1] - 18:9
**Williams** [1] - 22:12
**window** [1] - 14:4
**word** [1] - 16:20
**worry** [1] - 21:7

## Y

**year** [4] - 22:17, 22:18, 23:18, 24:8
**yesterday** [3] - 5:8, 5:10, 8:5
**York** [1] - 4:21

## Z

**zone** [1] - 17:2