```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO. 1:22-cr-20552-MD


UNITED STATES OF AMERICA,        Miami, Florida

        Plaintiff,               April 3, 2025

        vs.                      12:05 p.m. to 12:25 p.m.

DAVID RIVERA and ESTHER NUHFER,

        Defendants.              Pages 1 to 14
_____


                       STATUS CONFERENCE
            BEFORE THE HONORABLE MELISSA DAMIAN
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:        HAROLD SCHIMKAT, ESQ.
                          United States Attorney's Office
                          99 NE 4th Street
                          4th Floor
                          Miami, FL 33132
                          Harold.schimkat@usdoj.gov


                          DAVID J. RYAN, ESQ.
                          U.S. Department of Justice
                          950 Pennsylvania Avenue NW
                          Room 7700
                          Washington, DC  20530
                          David.ryan2@usdoj.gov


FOR DEFENDANT RIVERA:     EDWARD ROBERT SHOHAT, ESQ.
                          Jones Walker LLP
                          Miami Center
                          201 S. Biscayne Boulevard
                          Suite 3000
                          Miami, FL  33131
                          Eshohat@joneswalker.com
```

```
 1

 2    Appearances (Cont'd):

 3    FOR DEFENDANT RIVERA:
                                THOMAS WALKER BARDENWERPER, ESQ
 4                              Jones Walker LLP
                                Miami Center
 5                              201 S. Biscayne Boulevard
                                Suite 3000
 6                              Miami, FL  33131
                                Tbardenwerper@joneswalker.com

 7

 8    FOR DEFENDANT NUHFER:

 9                              DAVID OSCAR MARKUS, ESQ.
                                Markus/Moss PLLC
10                              40 N.W. Third Street
                                Penthouse 1
11                              Miami, FL  33128
                                Dmarkus@markuslaw.com

12

13                              ANITA MARGOT MOSS, ESQ.
                                Markus/Moss PLLC
14                              40 NW Third Street
                                Penthouse One
15                              Miami, FL  33128
                                Mmoss@markuslaw.com

16

17                              EDWARD ROBERT SHOHAT, esq.
                                Jones Walker LLP
18                              201 S. Biscayne Blvd.
                                Suite 3000
19                              Miami, FL  33131
                                Eshohat@joneswalker.com

20

21    STENOGRAPHICALLY REPORTED BY:

22                              SHARON VELAZCO, RPR, FPR
                                Official Court Reporter
23                              United States District Court
                                400 North Miami Avenue
24                              9th Floor
                                Miami, Florida 33128
25                              (305) 523-5636
```

1          (Call to the Order of the Court:)
2          THE SECURITY OFFICER:  All rise.
3          THE COURTROOM DEPUTY:  United States District
4    Court in and for the Southern District of Florida is now
5    in session with the honorable Melissa Damian presiding.
6          The Court calls Case Number 22-criminal-20552
7    Damian, United States of America versus David Rivera and
8    Esther Nuhfer.
9          Counsel, please announce your appearances,
10   starting with the Government.
11         MR. SCHIMKAT:  Good afternoon, your Honor.
12   David Schimkat for the United States.
13         With me is cocounsel Dave Ryan, who is trial
14   attorney with the Department of Justice's National
15   Security Division.  Mr. Bernstein couldn't be here
16   today, your Honor.  I apologize.
17         THE COURT:  Thank you.
18         Good afternoon.
19         MR. SHOHAT:  Good afternoon, your Honor.  Ed
20   Shohat, David Weinstein and Buddy Bardenwerper for David
21   Rivera, Jones Walker LLC.
22         Mr. Rivera is in court.
23         THE COURT:  All right.  Good afternoon to all of
24   you.  Everybody can be seated.
25         MR. MARKUS:  And, good afternoon, your Honor.

1    David Markus and Margot Moss for Ms. Nuhfer --
2            THE COURT:  Oh, I'm sorry.
3            MR. MARKUS:  That is okay.  We are always going
4    to be in the back on this one, anyway.
5            THE COURT:  Good afternoon to all of you.
6            We are in the middle of a trial here.
7            So a couple of things.  I wanted to first let
8    everybody know that I am in touch with Judge Torres.  I
9    had referred a discovery motion to Judge Torres.  I also
10   understand that he reviewed it, but he is issuing an
11   order today.  So it will probably be filed tomorrow.  So
12   rather than having duplicating efforts, we will just let
13   his order come on first and go from there on this issue.
14           And then I wanted to follow up also on two
15   things:  I'm assuming, since I haven't heard from
16   anybody, that the Department of Justice is still
17   pursuing this case.  There hasn't been any change, based
18   on any changes in policies or anything like that?
19           MR. SCHIMKAT:  On our end, no.  My understanding
20   is defense counsel had communications also, and I will
21   just let them inform the Court of what those were.
22           THE COURT:  Okay.
23           MR. SHOHAT:  Judge, our understanding is that
24   they have the case under constant review.  And that, for
25   now, they are not acting on the case.  We have a pending

4

1    request for a meeting.  And, that's the status as we
2    know it.
3            THE COURT:  Okay.  And then the next question
4    is -- I was looking for my notes, which I must have
5    changed pads on this case -- because I was looking for
6    my notes on scheduling, and also to know if there were
7    any updates.
8            I believe it was Mr. Markus who had the primary
9    scheduling issue.  Has anything changed with that?
10           MR. MARKUS:  Unfortunately not, Ms. Moss and I
11   are still scheduled for a two-month trial starting
12   September 18th.  So our request -- and it may last
13   longer than that.  It is a monster case in Broward.  We
14   are asking for a trial for February of 2026.  I know
15   Mr. Shohat has no objection to that.  The clients have
16   no objection, and they've waived speedies.  And, I have
17   spoken to the Government, and I'm hoping he is not going
18   to fight us too hard on it.
19           MR. SCHIMKAT:  That's correct, your Honor.  At
20   this point, in light of the trial schedule, for us, we
21   are in a situation where I think, most important for us,
22   on our side, is to have just a trial date set that we
23   know we are actually going to go on.
24           That would, in our view, be better for us than
25   to try to set it for sometime in September, gearing up

5

```
 1   for that, and then having it to get pushed back anyway
 2   and defense counsel opposing that September trial date.
 3            So at this point, we are actually okay with a
 4   trial date set certain, definitely, going in early 2026.
 5            THE COURT:  And I don't recall if I asked you
 6   this before, Mr. Markus, but when was that trial set?
 7            MR. MARKUS:  A long, long time ago.  It is a --
 8            THE COURT:  No, when was it set by that judge?
 9            MS. MOSS:  I think over a year ago, your Honor.
10            THE COURT:  Okay.  I know you all know that I'm
11   not happy about delaying this any further.  So I think
12   what we will do is special set it.  And, you are just
13   going to have to -- that is a risk that you are going to
14   have to deal with in your other case.
15            You said it is -- it is definitely going
16   September 18th?
17            MR. MARKUS:  Yes, your Honor.  It is going
18   September 18th.  And, we should be done by the end of
19   the year.  That is why I was hoping to have a few weeks
20   off between that one and this one.  So I was requesting
21   a February trial date.
22            THE COURT:  So -- okay.  She just gave me the
23   date and I lost it.  Sorry.  I believe it was
24   February 9th -- is the beginning --
25            Let me just make sure of that.
```

```
 1              MR. MARKUS:  And, your Honor, while you are
 2    looking, maybe the Government could give us a sense of
 3    how long the trial is going to last, so -- for a special
 4    setting, we can just mark out those weeks.
 5              MR. SCHIMKAT:  For the Government's
 6    case-in-chief, at this point, I would say a month.
 7              We are hoping to trim as much as possible.  We
 8    are also starting -- putting our trial exhibits
 9    together, a lot of stuff, we are going to trim it down
10    as much as possible.  But, for planning purposes, I
11    would say a month.
12              THE COURT:  I feel like it should be less than
13    that, especially if you guys can agree to exhibits.
14              Okay.  So I think she said February 9th, but I
15    will issue an order, whatever the beginning of the trial
16    period is.  So I could be off by a week.  I will give
17    you a special set by the end of today.  You will have
18    that exact date.
19              MR. MARKUS:  Thank you, your Honor.  A month
20    sounds crazy.  Maybe DOGE should look at that, but --
21              MR. SCHIMKAT:  Maybe they will.
22              THE COURT:  They may have taken care of the case
23    by the time we get to February.  So we will go ahead and
24    special set during that time.
25              Anything else?
```

```
 1              MR. MARKUS:  No, your Honor.
 2              MR. SHOHAT:  I think you should recite the
 3    excludable period mantra.
 4              MR. SCHIMKAT:  Somebody should.
 5              THE COURT:  So just to make sure, Mr. Rivera and
 6    Ms. Nuhfer, I know you've already waived all your speedy
 7    trial rights.  But, I just want to make sure you are
 8    still in agreement with the delay of this case through
 9    February of 2026.
10              Mr. Rivera?
11              DEFENDANT RIVERA:  Yes.
12              THE COURT:  Ms. Nuhfer?
13              DEFENDANT NUHFER:  Yes, your Honor.
14              THE COURT:  So what was the date you gave me?
15              THE COURTROOM DEPUTY:  February 9th.
16              THE COURT:  I think it was the 9th.
17              Do you need anything from me on that?
18              THE COURTROOM DEPUTY:  Not yet.
19              THE COURT:  Okay.  All right.
20              So then everybody is continuing to maintain that
21    they have waived their rights to speedy, the Government
22    not vehemently objecting to the continuance -- I think I
23    had the biggest objection to a continuance of anyone,
24    and I will still grant it, give you the special set and
25    give you an exact date, probably by the end of today.
```

1              With that, we will redo the trial order and all
2     of the pretrials deadlines.
3              So any deadlines that were in place for motions
4     in limine, pleas, things like that will all be
5     restarted.
6              But, that won't restart your -- wherever we were
7     on dispositive motions.  I don't recall what that trial
8     order looked like.  We should have passed dispositive
9     motion deadlines a while ago.
10             Have we not?
11             MR. MARKUS:  We passed them, but I think at some
12    of the last status conferences, we agreed they would be
13    tolled while we figured out the trial date.
14             THE COURT:  Okay.  So then do you want me to put
15    a new dispositive motion deadline?
16             MR. SHOHAT:  Yes, your Honor.  Please do that,
17    because we are still going through the discovery, and it
18    makes it very difficult.
19             THE COURT:  So, we will put one in there.
20             I'm not going to say it is going to be very far
21    out because I don't want to risk that those come in and
22    I back myself up against the trial date.
23             But, now we have a lot of time.
24             So okay.
25             MR. SHOHAT:  Thanks, your Honor.

```
 1              THE COURT:  So we will just do a whole new trial
 2    order.  So you guys are off the hook on any current
 3    deadlines.
 4              Wait.
 5              -- I keep saying that, and then I have an
 6    exception --
 7              Except discovery.  Those obligations, nothing is
 8    changing on those, both ways.
 9              MR. SHOHAT:  Yes, your Honor.
10              THE COURT:  You look like you are about to say
11    something.
12              MR. SCHIMKAT:  No.
13              That is fine.  We are -- just for instance, we
14    just got in a supplemental production from the State
15    Department.  So we are in the process of turning it
16    over.  But, I understand, your Honor.
17              THE COURT:  Okay.  Sounds good.
18              All right.  Thank you, everybody.
19              MR. MARKUS:  Thank you.
20              MR. SCHIMKAT:  Thank you, your Honor.
21              MR. RYAN:  Thank you, your Honor.
22              COURT SECURITY OFFICER:  All rise.
23              (Proceedings concluded at 12:25 P.M.)
24                           _   _   _
25
```

```
 1                    C E R T I F I C A T E

 2

 3     I hereby certify that the foregoing is an accurate

 4     transcription of the proceedings in the above-entitled

 5     matter.

 6

 7     May 21, 2025         /s/Sharon Velazco

 8     DATE                 SHARON VELAZCO, RPR, FPR
                            Official Court Reporter
 9                          United States District Court
                            400 North Miami Avenue
10                          9th Floor
                            Miami, Florida 33128
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## /

**/s/Sharon** [1] - 11:7

## 1

**1** [2] - 1:8, 2:10
**12:05** [1] - 1:6
**12:25** [2] - 1:6, 10:23
**18th** [3] - 5:12, 6:16, 6:18
**1:22-cr-20552-MD** [1] - 1:2

## 2

**201** [3] - 1:22, 2:4, 2:17
**2025** [2] - 1:5, 11:7
**2026** [3] - 5:14, 6:4, 8:9
**20530** [1] - 1:19
**21** [1] - 11:7
**22-criminal-20552** [1] - 3:6

## 3

**3** [1] - 1:5
**3000** [3] - 1:23, 2:5, 2:18
**305** [1] - 2:25
**33128** [4] - 2:10, 2:14, 2:24, 11:10
**33131** [3] - 1:23, 2:5, 2:18
**33132** [1] - 1:15

## 4

**40** [2] - 2:9, 2:13
**400** [2] - 2:23, 11:9
**4th** [2] - 1:14, 1:14

## 5

**523-5636** [1] - 2:25

## 7

**7700** [1] - 1:18

## 9

**950** [1] - 1:18
**99** [1] - 1:14
**9th** [6] - 2:24, 6:24, 7:14, 8:15, 8:16, 11:10

## A

**above-entitled** [1] - 11:4
**accurate** [1] - 11:3
**acting** [1] - 4:25
**afternoon** [6] - 3:11, 3:18, 3:19, 3:23, 3:25, 4:5
**ago** [3] - 6:7, 6:9, 9:9
**agree** [1] - 7:13
**agreed** [1] - 9:12
**agreement** [1] - 8:8
**ahead** [1] - 7:23
**America** [1] - 3:7
**AMERICA** [1] - 1:4
**ANITA** [1] - 2:12
**announce** [1] - 3:9
**anyway** [2] - 4:4, 6:1
**apologize** [1] - 3:16
**APPEARANCES** [1] - 1:12
**Appearances** [1] - 2:1
**appearances** [1] - 3:9
**April** [1] - 1:5
**assuming** [1] - 4:15
**attorney** [1] - 3:14
**Attorney's** [1] - 1:13
**Avenue** [3] - 1:18, 2:23, 11:9

## B

**Bardenwerper** [1] - 3:20
**BARDENWERPER** [1] - 2:3
**based** [1] - 4:17
**BEFORE** [1] - 1:10
**beginning** [2] - 6:24, 7:15
**Bernstein** [1] - 3:15
**better** [1] - 5:24
**between** [1] - 6:20
**biggest** [1] - 8:23
**Biscayne** [3] - 1:22, 2:4, 2:17
**Blvd** [1] - 2:17
**Boulevard** [2] - 1:22, 2:4
**Broward** [1] - 5:13
**Buddy** [1] - 3:20
**BY** [1] - 2:21

## C

**care** [1] - 7:22
**CASE** [1] - 1:2
**Case** [1] - 3:6
**case** [9] - 4:17, 4:24, 4:25, 5:5, 5:13, 6:14, 7:6, 7:22, 8:8
**case-in-chief** [1] - 7:6
**Center** [2] - 1:22, 2:4
**certain** [1] - 6:4
**certify** [1] - 11:3
**change** [1] - 4:17
**changed** [2] - 5:5, 5:9
**changes** [1] - 4:18
**changing** [1] - 10:8
**chief** [1] - 7:6
**clients** [1] - 5:15
**cocounsel** [1] - 3:13
**communications** [1] - 4:20
**concluded** [1] - 10:23
**CONFERENCE** [1] - 1:10
**conferences** [1] - 9:12
**constant** [1] - 4:24
**Cont'd** [1] - 2:1
**continuance** [2] - 8:22, 8:23
**continuing** [1] - 8:20
**correct** [1] - 5:19
**counsel** [3] - 3:9, 4:20, 6:2
**couple** [1] - 4:7
**COURT** [24] - 1:1, 3:17, 3:23, 4:2, 4:5, 4:22, 5:3, 6:5, 6:8, 6:10, 6:22, 7:12, 7:22, 8:5, 8:12, 8:14, 8:16, 8:19, 9:14, 9:19, 10:1, 10:10, 10:17, 10:22
**court** [1] - 3:22
**Court** [8] - 2:22, 2:23, 3:1, 3:4, 3:6, 4:21, 11:8, 11:9
**COURTROOM** [3] - 3:3, 8:15, 8:18
**crazy** [1] - 7:20
**current** [1] - 10:2

## D

**Damian** [2] - 3:5, 3:7
**DAMIAN** [1] - 1:10
**date** [10] - 5:22, 6:2, 6:4, 6:21, 6:23, 7:18, 8:14, 8:25, 9:13, 9:22
**DATE** [1] - 11:8
**Dave** [1] - 3:13
**DAVID** [3] - 1:7, 1:17, 2:8
**David** [5] - 3:7, 3:12, 3:20, 4:1
**david.ryan2@usdoj.gov** [1] - 1:19
**DC** [1] - 1:19
**deadline** [1] - 9:15
**deadlines** [4] - 9:2, 9:3, 9:9, 10:3
**deal** [1] - 6:14
**DEFENDANT** [5] - 1:21, 2:2, 2:7, 8:11, 8:13
**defendants** [1] - 1:8
**defense** [2] - 4:20, 6:2
**definitely** [2] - 6:4, 6:15
**delay** [1] - 8:8
**delaying** [1] - 6:11
**Department** [4] - 1:17, 3:14, 4:16, 10:15
**DEPUTY** [3] - 3:3, 8:15, 8:18
**difficult** [1] - 9:18
**discovery** [3] - 4:9, 9:17, 10:7
**dispositive** [3] - 9:7, 9:8, 9:15
**District** [4] - 2:23, 3:3, 3:4, 11:9
**DISTRICT** [3] - 1:1, 1:1, 1:11
**Division** [1] - 3:15
**DIVISION** [1] - 1:2
**dmarkus@markuslaw.com** [1] - 2:11
**DOGE** [1] - 7:20
**done** [1] - 6:18
**down** [1] - 7:9
**duplicating** [1] - 4:12
**during** [1] - 7:24

## E

**early** [1] - 6:4
**Ed** [1] - 3:19
**EDWARD** [2] - 1:21, 2:16
**efforts** [1] - 4:12
**end** [4] - 4:19, 6:18, 7:17, 8:25
**entitled** [1] - 11:4
**eshohat@joneswalker.com** [2] - 1:24, 2:19
**especially** [1] - 7:13
**ESQ** [6] - 1:13, 1:17, 1:21, 2:3, 2:8, 2:12
**esq** [1] - 2:16
**Esther** [1] - 3:8
**ESTHER** [1] - 1:7
**exact** [2] - 7:18, 8:25
**except** [1] - 10:7
**exception** [1] - 10:6
**excludable** [1] - 8:3
**exhibits** [2] - 7:8, 7:13

## F

**far** [1] - 9:20
**February** [7] - 5:14, 6:21, 6:24, 7:14, 7:23, 8:9, 8:15
**few** [1] - 6:19
**fight** [1] - 5:18
**figured** [1] - 9:13
**filed** [1] - 4:11
**fine** [1] - 10:13
**first** [2] - 4:7, 4:13
**FL** [6] - 1:15, 1:23, 2:5, 2:10, 2:14, 2:18
**Floor** [3] - 1:14, 2:24, 11:10
**FLORIDA** [1] - 1:1
**Florida** [4] - 1:4, 2:24, 3:4, 11:10
**follow** [1] - 4:14
**FOR** [4] - 1:13, 1:21, 2:2, 2:7
**foregoing** [1] - 11:3
**FPR** [2] - 2:22, 11:8

## G

**gearing** [1] - 5:25
**Government** [4] - 3:10, 5:17, 7:2, 8:21
**Government's** [1] - 7:5
**grant** [1] - 8:24
**guys** [2] - 7:13, 10:2

## H

**happy** [1] - 6:11
**hard** [1] - 5:18
**HAROLD** [1] - 1:13
**harold.schimkat@usdoj.gov** [1] - 1:15
**heard** [1] - 4:15
**hereby** [1] - 11:3
**Honor** [17] - 3:11, 3:16, 3:19, 3:25, 5:19, 6:9, 6:17, 7:1, 7:19, 8:1, 8:13, 9:16, 9:25, 10:9, 10:16, 10:20,

1

10:21
**HONORABLE** [1] - 1:10
**honorable** [1] - 3:5
**hook** [1] - 10:2
**hoping** [3] - 5:17, 6:19, 7:7

### I

**important** [1] - 5:21
**inform** [1] - 4:21
**instance** [1] - 10:13
**issue** [3] - 4:13, 5:9, 7:15
**issuing** [1] - 4:10

### J

**Jones** [4] - 1:21, 2:3, 2:17, 3:21
**Judge** [2] - 4:8, 4:9
**JUDGE** [1] - 1:11
**judge** [2] - 4:23, 6:8
**Justice** [2] - 1:17, 4:16
**Justice's** [1] - 3:14

### K

**keep** [1] - 10:5

### L

**last** [3] - 5:12, 7:3, 9:12
**less** [1] - 7:12
**light** [1] - 5:20
**limine** [1] - 9:4
**LLC** [1] - 3:21
**LLP** [3] - 1:21, 2:3, 2:17
**look** [2] - 7:20, 10:10
**looked** [1] - 9:8
**looking** [3] - 5:4, 5:5, 7:2
**lost** [1] - 6:23

### M

**maintain** [1] - 8:20
**mantra** [1] - 8:3
**Margot** [1] - 4:1
**MARGOT** [1] - 2:12
**mark** [1] - 7:4
**MARKUS** [11] - 2:8, 3:25, 4:3, 5:10, 6:7, 6:17, 7:1, 7:19, 8:1, 9:11, 10:19
**Markus** [3] - 4:1, 5:8, 6:6
**Markus/Moss** [2] - 2:9, 2:13
**matter** [1] - 11:5
**meeting** [1] - 5:1
**Melissa** [1] - 3:5
**MELISSA** [1] - 1:10
**MIAMI** [1] - 1:2
**Miami** [13] - 1:4, 1:15, 1:22, 1:23, 2:4, 2:5, 2:10, 2:14, 2:18, 2:23, 2:24, 11:9, 11:10
**middle** [1] - 4:6
**mmoss@markuslaw.com** [1] - 2:15
**monster** [1] - 5:13
**month** [4] - 5:11, 7:6, 7:11, 7:19
**Moss** [1] - 4:1
**moss** [1] - 5:10
**MOSS** [2] - 2:12, 6:9
**most** [1] - 5:21
**motion** [3] - 4:9, 9:9, 9:15
**motions** [2] - 9:3, 9:7
**MR** [25] - 3:11, 3:19, 3:25, 4:3, 4:19, 4:23, 5:10, 5:19, 6:7, 6:17, 7:1, 7:5, 7:19, 7:21, 8:1, 8:2, 8:4, 9:11, 9:16, 9:25, 10:9, 10:12, 10:19, 10:20, 10:21
**MS** [1] - 6:9
**must** [1] - 5:4

### N

**N.W** [1] - 2:9
**National** [1] - 3:14
**NE** [1] - 1:14
**need** [1] - 8:17
**new** [2] - 9:15, 10:1
**next** [1] - 5:3
**NO** [1] - 1:2
**North** [2] - 2:23, 11:9
**notes** [2] - 5:4, 5:6
**nothing** [1] - 10:7
**NUHFER** [3] - 1:7, 2:7, 8:13
**Nuhfer** [4] - 3:8, 4:1, 8:6, 8:12
**Number** [1] - 3:6
**NW** [2] - 1:18, 2:13

### O

**objecting** [1] - 8:22
**objection** [3] - 5:15, 5:16, 8:23
**obligations** [1] - 10:7
**OF** [2] - 1:1, 1:4
**Office** [1] - 1:13
**OFFICER** [2] - 3:2, 10:22
**Official** [1] - 11:8
**official** [1] - 2:22
**one** [4] - 4:4, 6:20, 9:19
**One** [1] - 2:14
**opposing** [1] - 6:2
**order** [6] - 4:11, 4:13, 7:15, 9:1, 9:8, 10:2
**Order** [1] - 3:1
**OSCAR** [1] - 2:8

### P

**P.M** [1] - 10:23
**p.m** [2] - 1:6
**pads** [1] - 5:5
**Pages** [1] - 1:8
**passed** [2] - 9:8, 9:11
**pending** [1] - 4:25
**Pennsylvania** [1] - 1:18
**Penthouse** [2] - 2:10, 2:14
**period** [2] - 7:16, 8:3
**place** [1] - 9:3
**Plaintiff** [1] - 1:5
**PLAINTIFF** [1] - 1:13
**planning** [1] - 7:10
**pleas** [1] - 9:4
**PLLC** [2] - 2:9, 2:13
**point** [3] - 5:20, 6:3, 7:6
**policies** [1] - 4:18
**possible** [2] - 7:7, 7:10
**presiding** [1] - 3:5
**pretrials** [1] - 9:2
**primary** [1] - 5:8
**Proceedings** [1] - 10:23
**proceedings** [1] - 11:4
**process** [1] - 10:15
**production** [1] - 10:14
**purposes** [1] - 7:10
**pursuing** [1] - 4:17
**pushed** [1] - 6:1
**put** [2] - 9:14, 9:19
**putting** [1] - 7:8

### R

**rather** [1] - 4:12
**recite** [1] - 8:2
**redo** [1] - 9:1
**referred** [1] - 4:9
**REPORTED** [1] - 2:21
**Reporter** [2] - 2:22, 11:8
**request** [2] - 5:1, 5:12
**requesting** [1] - 6:20
**restart** [1] - 9:6
**restarted** [1] - 9:5
**review** [1] - 4:24
**reviewed** [1] - 4:10
**rights** [2] - 8:7, 8:21
**rise** [2] - 3:2, 10:22
**risk** [2] - 6:13, 9:21
**Rivera** [5] - 3:7, 3:21, 3:22, 8:5, 8:10
**RIVERA** [4] - 1:7, 1:21, 2:2, 8:11
**ROBERT** [2] - 1:21, 2:16
**Room** [1] - 1:18
**RPR** [2] - 2:22, 11:8
**RYAN** [2] - 1:17, 10:21
**Ryan** [1] - 3:13

### S

**schedule** [1] - 5:20
**scheduled** [1] - 5:11
**scheduling** [2] - 5:6, 5:9
**Schimkat** [1] - 3:12
**SCHIMKAT** [9] - 1:13, 3:11, 4:19, 5:19, 7:5, 7:21, 8:4, 10:12, 10:20
**seated** [1] - 3:24
**SECURITY** [2] - 3:2, 10:22
**Security** [1] - 3:15
**sense** [1] - 7:2
**September** [5] - 5:12, 5:25, 6:2, 6:16, 6:18
**session** [1] - 3:5
**set** [9] - 5:22, 5:25, 6:4, 6:6, 6:8, 6:12, 7:17, 7:24, 8:24
**setting** [1] - 7:4
**SHARON** [2] - 2:22, 11:8
**Shohat** [1] - 3:20
**shohat** [1] - 5:15
**SHOHAT** [8] - 1:21, 2:16, 3:19, 4:23, 8:2, 9:16, 9:25, 10:9
**side** [1] - 5:22
**situation** [1] - 5:21
**sometime** [1] - 5:25
**sorry** [2] - 4:2, 6:23
**sounds** [2] - 7:20, 10:17
**Southern** [1] - 3:4
**SOUTHERN** [1] - 1:1
**special** [5] - 6:12, 7:3, 7:17, 7:24, 8:24
**speedies** [1] - 5:16
**speedy** [2] - 8:6, 8:21
**spoken** [1] - 5:17
**starting** [3] - 3:10, 5:11, 7:8
**State** [1] - 10:14
**STATES** [3] - 1:1, 1:4, 1:11
**States** [6] - 1:13, 2:23, 3:3, 3:7, 3:12, 11:9
**status** [2] - 5:1, 9:12
**STATUS** [1] - 1:10
**STENOGRAPHICALLY** [1] - 2:21
**still** [5] - 4:16, 5:11, 8:8, 8:24, 9:17
**Street** [3] - 1:14, 2:9, 2:13
**stuff** [1] - 7:9
**Suite** [3] - 1:23, 2:5, 2:18
**supplemental** [1] - 10:14

### T

**tbardenwerper@joneswalker.com** [1] - 2:6
**THE** [27] - 1:10, 1:13, 3:2, 3:17, 3:23, 4:2, 4:5, 4:22, 5:3, 6:5, 6:8, 6:10, 6:22, 7:12, 7:22, 8:5, 8:12, 8:14, 8:15, 8:16, 8:18, 8:19, 9:14, 9:19, 10:1, 10:10, 10:17
**they've** [1] - 5:16
**Third** [2] - 2:9, 2:13
**THOMAS** [1] - 2:3
**today** [4] - 3:16, 4:11, 7:17, 8:25
**together** [1] - 7:9
**tolled** [1] - 9:13
**tomorrow** [1] - 4:11

**Torres** [2] - 4:8, 4:9
**touch** [1] - 4:8
**transcription** [1] - 11:4
**trial** [19] - 3:13, 4:6, 5:11, 5:14, 5:20, 5:22, 6:2, 6:4, 6:6, 6:21, 7:3, 7:8, 7:15, 8:7, 9:1, 9:7, 9:13, 9:22, 10:1
**trim** [2] - 7:7, 7:9
**try** [1] - 5:25
**turning** [1] - 10:15
**two** [2] - 4:14, 5:11
**two-month** [1] - 5:11

## U

**U.S** [1] - 1:17
**under** [1] - 4:24
**unfortunately** [1] - 5:10
**UNITED** [3] - 1:1, 1:4, 1:11
**united** [1] - 2:23
**United** [5] - 1:13, 3:3, 3:7, 3:12, 11:9
**up** [3] - 4:14, 5:25, 9:22
**updates** [1] - 5:7

## V

**vehemently** [1] - 8:22
**Velazco** [1] - 11:7
**VELAZCO** [2] - 2:22, 11:8
**versus** [1] - 3:7
**view** [1] - 5:24
**vs** [1] - 1:6

## W

**wait** [1] - 10:4
**waived** [3] - 5:16, 8:6, 8:21
**Walker** [4] - 1:21, 2:3, 2:17, 3:21
**WALKER** [1] - 2:3
**Washington** [1] - 1:19
**ways** [1] - 10:8
**week** [1] - 7:16
**weeks** [2] - 6:19, 7:4
**Weinstein** [1] - 3:20
**whole** [1] - 10:1

## Y

**year** [2] - 6:9, 6:19