UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CR-20552-DAMIAN

UNITED STATES OF AMERICA

vs.

ESTHER NUHFER
_____/

**ESTHER NUHFER'S UNOPPOSED MOTION TO TRAVEL**

Esther Nuhfer respectfully requests that this Court grant her permission to travel, and states as follows:

Esther Nuhfer was charged on November 16, 2022, with violations of FARA and money laundering. She is currently out on bond and has been compliant with all conditions that have been set by the Court for over a year.

Ms. Nuhfer would like to travel with her family from October 27, 2025 through October 31, 2025. She will provide her itinerary to Probation and the Government.

Ms. Nuhfer has traveled previously with permission from the Court and consent by the Government. Ms. Nuhfer had no issues while traveling and returned when expected.

The Government has no objection to this Motion.

Wherefore Esther Nuhfer respectfully requests the entry of an order granting her Motion for Permission to Travel.

                                          Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By:  /s/ David Oscar Markus
      David Oscar Markus
      dmarkus@markuslaw.com

      /s/ A. Margot Moss
      A. Margot Moss
      mmoss@markuslaw.com
      *for Defendant Nuhfer*