✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

**ESTHER NUHFER'S
WITNESS LIST**

V.

DAVID RIVERA, ESTHER NUHFER          Case Number: 22-CR-20552-DAMIAN

| PRESIDING JUDGE<br>MELISSA DAMIAN | | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY<br>MARKUS/MOSS | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TRIAL DATE (S)<br>March 23, 2026 | | | | COURT REPORTER | | COURTROOM DEPUTY | |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | | |
| | | | | | Henry Ramos Allup | | |
| | | | | | Arnaldo Arcay | | |
| | | | | | Brian Ballard | | |
| | | | | | Maureen Blum | | |
| | | | | | Caroline Boothe | | |
| | | | | | Julio Borges | | |
| | | | | | Viviana Bovo | | |
| | | | | | Joel Brakha | | |
| | | | | | Donna Brown | | |
| | | | | | Bertica Cabrera Morris | | |
| | | | | | Gustavo Cardenas | | |
| | | | | | Kellyanne Conway | | |
| | | | | | Gina Coon | | |
| | | | | | Fernando Cutz | | |
| | | | | | Randall Ebner | | |
| | | | | | Raul Gorrin | | |
| | | | | | Sylvester Lukis | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Nicolas Maduro |
| | | | | | Kyle Matous |
| | | | | | Brian Naranjo |
| | | | | | Bridget Nocco |
| | | | | | Edoardo Orsoni |
| | | | | | Hugo Perrera |
| | | | | | Jose Angel Pereira |
| | | | | | Otto Reich |
| | | | | | JJ Rendon |
| | | | | | Jeannette Rubio |
| | | | | | Marco Rubio |
| | | | | | Pete Sessions |
| | | | | | Carolina Sivoli |
| | | | | | Willard Smith |
| | | | | | |
| | | | | | |