UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20552-DAMIAN

UNITED STATES OF AMERICA,

v.

DAVID RIVERA and
ESTHER NUHFER,

    Defendants.
_____/

## ORDER

**PLEASE TAKE NOTICE** that Jury Selection in this matter is set to begin on **Monday, March 16, 2026, at 9:00 a.m.**, in Courtroom 4, on the 10th Floor, at the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Miami, Florida, 33132, to continue day by day until completed.

The Jury Trial will commence with opening statements on **Monday, March 23, 2026, at 9:30 a.m.**, in Courtroom 4, on the 10th Floor, at the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Miami, Florida, 33132.

All interested persons are advised to review Administrative Orders 2019-87-A and 2018-79 pertaining to the Court's current policies regarding the use of electronic devices in the federal courthouse facilities within the Southern District of Florida.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 13th day of March, 2026.

                                                              **MELISSA DAMIAN**
                                                               **UNITED STATES DISTRICT JUDGE**