# EXHIBIT A

## COMPILATION OF LETTERS ON BEHALF OF ESTHER NUHFER

Georgelynn "Gina" Alonso

Cire Andino

Aimee Artiles

Anthony Bustamante

Esther Caravia

Alexander Enriquez

Alexander Micheal Enriquez

Guerlin "Luly" Escar

Alyn Fernandez

Alina Garcia

Christian A. Gonzalez

Christopher A. Gonzalez

Santiago Gonzalez, Jr.

Ernie Hernandez

JonAnthony Hernandez

Mary Juncadella-Ferreiro

Jusett Kamberger

Angelica Lastra

Juan C. Mendieta

Bianca Nuhfer

Brenda Nuhfer

John Nuhfer

Julie Nuhfer-Gonzalez

Rosa Ortega

Ivette Pinto

Jeanie Hernandez-Porter

Alicia Riesgo

Maria Sanchez

Carolina Sivoli

Nury Valerie Soler

Eugenia Torres

July 21, 2026


Honorable Melissa Damian
The James Lawrene King
Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132


Dear Judge Damian,

My name is Georgelynn "Gina" Alonso, and I have had the profound blessing of knowing Esther Nuhfer-Henriquez for more than twenty-three years. It is difficult to capture the depth of her impact on my life, my family, and our community, because Esther is one of those rare individuals whose goodness is not occasional... it is constant, unwavering, and deeply rooted in her faith and her love for people.

I met Esther during a dark chapter of my life. I was a young mother of four, walking through a painful divorce, and trying to hold my family together. We met at a mutual friends' house where we also participated in bible study.  Esther stepped into my life with compassion, strength, and a quiet, steady presence that helped me survive those years. Through countless nights of prayer, reflection, and encouragement, she became not just a friend, but a sister in faith. Esther is a woman of God in the truest sense... she lives her faith through action, service, and sacrifice.

One of the most difficult seasons my family ever faced was when my youngest daughter became very ill and spent nearly five years in and out of the hospital. Those were terrifying years filled with uncertainty, exhaustion, and fear. Esther was there every single time. She would sit with me in the hospital, pray over my daughter, relieve me when I needed rest, and on several occasions even helped care for her. She showed up without being asked, without hesitation, and without ever making me feel like a burden. Her presence brought comfort, strength, and peace during a time when I felt like I had none left. I will never forget what she did for my daughter and for me.

As I rebuilt my life after my divorce I spent twelve years serving the community through Senator Rubio's office.  I served constituents throughout our community in cases involving individuals in crisis. Through these years, Esther became one of the people I relied on in many occasions. Whenever I encountered a constituent in crisis, especially cases outside federal jurisdiction, Esther never hesitated. Her immediate response was always, *"We need to help."* And she meant it.  She consistently assisted through personal contacts and community networks.  Her willingness to help was immediate and unwavering.  She always used to say to me "God blesses

us with resources and places us in positions not only to bless us but to use those blessings to help others that are in need"

I remember a single mother who came to my office in tears, facing eviction from her trailer. Esther helped raise the money needed to keep her housed and even connected us with an attorney who took her case pro bono. In another case, a mother discovered while traveling to the U.S to care for her own mother, that she had breast cancer. I called Esther heartbroken, and she rallied her contacts to raise the funds needed for treatment. These are only two stories from many others that are a small glimpse into the countless lives she has touched.

Her service extends beyond individual cases.  Many times, she joined me in serving victims in Domestic Violence shelters.  Every time the lead person would call me with a need for these ladies whether it was individually or a need for the shelter, Esther always donated what was needed.  She helped support church ministries that I was a part of and contributed financially and materially to whichever mission or ministry I would bring to her.

Her generosity extended to my own children as well. As a single mother, I wanted to teach them to serve others, and we participated in mission trips to Haiti, the Dominican Republic, El Salvador, Guatemala, Colombia, and even within the United States. I could never have afforded these trips alone. Esther supported every single mission... raising funds, gathering supplies, and encouraging my children to live out their faith. I often told her that without her obedience, I could not have fulfilled God's calling for my family.

Esther is selfless, loyal, faithful, and deeply compassionate. She does not serve for recognition; she serves because her heart cannot ignore suffering. She has been a lifeline to strangers, to families in crisis, to victims of domestic violence, and to my own family. I treasure the knowledge that whenever there is a need, whether mine or someone else's... Esther will show up. It is an honor to speak on her behalf. She is an extraordinary woman, friend and the world is better because she is in it.

Respectfully,
Georgelynn "Gina" Alonso

July 20, 2026

The Honorable Melissa Damian
United States District Court
99 N.E. Fourth Street
Miami, Florida 33132

Dear Judge Damian:

My name is Cire Andino, and I respectfully submit this letter on behalf of Esther J. Nuhfer. I have had the privilege of knowing Esther for many years, both personally and professionally, and I consider her one of my closest and dearest friends.

During my career with Miami-Dade County, Esther worked under my supervision in the Communications Department. Throughout that time, she consistently demonstrated professionalism, integrity, and a remarkable work ethic. She was dependable, conscientious, and always willing to go above and beyond to support our team and serve the public with excellence. I knew I could always rely on Esther to approach her responsibilities with honesty, compassion, and dedication.

Our relationship extended well beyond the workplace. For many years, Esther was also an active participant in a Bible study group that I led. Through those years, I came to know her on a much deeper level. I witnessed her unwavering faith, her compassion for others, and her sincere desire to encourage and support those around her. She was always willing to listen, offer words of comfort, and lend a helping hand to anyone in need.

One of Esther's greatest qualities is her genuine kindness. She has always put the needs of others before her own, often helping people quietly and without seeking recognition. Whether she was supporting a coworker, encouraging a friend, or volunteering her time to help someone facing difficult circumstances, she consistently demonstrated humility, generosity, and a servant's heart.

Based on my many years of knowing Esther in both professional and personal settings, the circumstances that bring her before the Court are inconsistent with the character I have witnessed throughout our friendship. My experience has always been that Esther is an honest, caring, and compassionate woman

whose life has been defined by her commitment to her faith, her work, and the people she loves.

I respectfully ask the Court to consider Esther's lifelong character, the positive influence she has had on those around her, and the many years she has devoted to serving others with integrity and compassion.

Thank you for your time and consideration.

Respectfully,

Cire Andino

July 21, 2026

Honorable Melissa Damian
The James Lawrence King
Federal Justice Building
99 NE Fourth St
Miami, FL 33132

The Honorable Judge Damian,

I am writing in support of Esther Nuhfer as you consider her sentencing. I understand the seriousness of these proceedings and offer this letter with great respect for the Court. My purpose is to share my personal experience with Esther's character over the past twenty-four years.

I first met Esther when we worked together in the Communications Department at Miami-Dade County. Over the years, our professional relationship developed into a lasting friendship, giving me the opportunity to know her both as a colleague and as a friend. In addition, Esther and I are Emmaus sisters and have shared time together participating in Bible studies and growing in our faith. These experiences have allowed me to know her in both professional and personal settings and have given me a broad perspective on the consistency of her character.

From the day I met Esther, one quality has consistently stood out to me: her genuine willingness to help others. Whether it is family, friends, coworkers, or members of our faith community, she treats people with empathy, kindness, and respect. She was an outstanding coworker. One that was dependable, thoughtful, and always willing to lend a hand without expecting anything in return. She was the kind of person others naturally turned to because they knew she would listen, offer support, and never make them feel like they were asking too much.

I have also had the privilege of spending time with Esther and her family, and I have witnessed firsthand the love and responsibility she demonstrates toward those closest to her. She takes an active and hands-on role in caring for her family. For example, she ensured that her younger sister had a safe and comfortable place to live by arranging for her to rent one of my family's residential properties. Esther has also assumed significant responsibility for her elderly parents. She not only helps support them financially but also personally takes them to medical appointments, follows up on their healthcare needs, and makes sure they receive the care and attention they deserve. These are responsibilities she has embraced consistently, not out of obligation, but out of love and commitment.

Perhaps the most meaningful example I can share is one that is deeply personal to me. Several years ago, my family and I experienced an extremely difficult period involving both financial and legal challenges. It was a time when many people we considered friends quietly distanced themselves or were simply unavailable. Esther was different.

She consistently showed up for me. She came and sat with me when I needed someone most, regularly checked on me to see how my family and I were doing, and provided emotional support during one of the most difficult seasons of our lives. She also offered to lend us money if

we needed it, despite having her own family responsibilities. Although we did not ultimately need to accept her offer, I will never forget that she made it without hesitation. She expected nothing in return and simply wanted to help my family through an incredibly challenging time.

To me, that speaks volumes about Esther's character. She is not someone who simply offers words of encouragement—she takes action. She is the type of friend who remains present during life's hardest moments, generously giving her time, compassion, and even her own resources to help others. In my experience, those are not qualities that can be taught; they reflect who a person truly is.

Perhaps what has impressed me most is that these qualities have remained unwavering over the twenty-four years I have known Esther. The compassionate, dependable, and generous person I met all those years ago is the very same person I know today. Whether I have known her as a coworker, a friend, an Emmaus sister, or through our Bible studies, I have seen the same caring, faithful, and selfless person in every setting.

I respectfully ask that you also consider the person I have come to know over the last twenty-four years. The Esther I know is a caring daughter, devoted sister, loyal friend, and compassionate individual who has made a meaningful difference in the lives of many people, including my own. I have every confidence that she will continue to be a positive presence in the lives of her family and those around her. In my opinion, she is defined not by one chapter of her life, but by decades of compassion, responsibility, loyalty, and service to others.

Thank you for taking the time to consider my perspective and for the care with which you approach this important responsibility.

Respectfully,

**Aimee Artiles**
Nonprofit Consultant
8392 SW 165 Terrace
Palmetto Bay, FL 33157
aimeenartiles@icloud.com

07/22/2026

Honorable Melissa Damian
The James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL. 33132

Dear Judge Damian,

I am writing on behalf of my dear friend, Esther Nuhfer.

I have had the privilege of knowing Esther for many years, and throughout that time I have come to know her as a woman of exceptional character, integrity, and compassion. She is someone who consistently puts others before herself and approaches life with honesty, kindness, and a genuine desire to do what is right. These qualities are not something she displays only when it is convenient, they are the foundation of who she is.

On April 8th, 2018, I experienced a great loss in my life, I lost my wife of 14 years in a tragic accident. The days and weeks that followed were the most difficult of my life. I was blessed to be surrounded by loving family and friends, one of those friends was Esther Nuhfer. In the wake of an unexpected death, you realize that you are not prepared to handle all that is required to start the healing process. In my grieving, I couldn't bring myself to do all the things that needed to be done, purchase a plot, make the burial arrangements, and schedule a wake. In all the madness Esther Nuhfer stepped up and helped bare the weight of my cross. I didn't ask her to; she just did it. As the funeral expenses piled up, I asked Esther how we could take care of all the bills, and her response to me was "don't worry about it". She went as far as to arrange a temporary visa for my wife's dad to be allowed to attend his daughter's funeral. I can continue to tell you all the ways my dear friend stepped up to be of service, this is a small part of all those selfless acts of kindness my friend demonstrated, but I believe this story sums up who Esther Nuhfer is as a person. No one in my life stepped up like Esther Nuhfer. Even as I write this letter I am moved to tears at this incredible act of love by my friend. In all that darkness, Esther Nuhfer was a shining light.

I believe it is important to consider the entirety of who Esther Nuhfer is as a person. A woman of integrity, loving and cares deeply for those around her. While I recognize and respect the seriousness of these proceedings, I also believe that Esther possesses the character, humility, and strength to move forward in a positive and productive way.

I respectfully ask the Court to consider not only the circumstances before it, but also the person I have had the privilege of knowing. Esther is someone who has earned the respect and admiration of those fortunate enough to know her, and I sincerely believe she deserves every opportunity to continue contributing positively to her family, friends, and community.

Thank you for your time, your service, and your thoughtful consideration of this letter.

Respectfully,
Anthony Bustamante

July 20, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132

Reference: Esther Nuhfer-Enriquez

Dear Judge Damian,

I am writing to share my perspective on Esther Nuhfer-Enriquez, whom I have had the privilege of knowing for approximately twenty-five years. Over the course of our friendship, I have come to know Esther as a woman of deep faith, unwavering integrity, and genuine compassion for others.

One of the qualities that has always stood out to me is Esther's instinct to help people without expecting anything in return. Throughout the years, I have watched her repeatedly set aside her own time and priorities whenever someone was facing a challenge. Whether it was supporting a friend through a difficult family situation, volunteering her time to help organize community efforts, or simply being present for someone in need, Esther has never hesitated to step forward. She is the kind of person who does not ask, "What's in it for me?" She simply asks, "How can I help?"

Throughout the many years I have known Esther, I have also always found her to be honest and forthright. She has consistently conducted herself with sincerity and integrity, and I have always been able to trust her word. Those qualities, combined with her strong work ethic and unwavering loyalty, have defined her character for as long as I have known her. Once Esther commits to something or someone, she follows through with dedication and consistency. She approaches her responsibilities with seriousness and care and is someone others can depend on.

Equally important is Esther's faith. She strives to live according to her Christian values, treating others with kindness, respect, and grace. Her faith is not something she merely talks about—it is reflected in the way she lives her life and in the compassion she extends to those around her.

After twenty-five years of friendship, I can say without hesitation that Esther has been a positive influence on the lives of many people, including my own. I hope this letter provides some insight into the character of the woman I have known for so many years.

Thank you for taking the time to consider my thoughts.

Respectfully,

Esther Caravia

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132


Dear Judge Damian,

I write to you today with the utmost respect for the Judicial process to ask that this Court have Mercy and Compassion as your Honor determines Her fate in this Matter.
Judge please allow me to tell you a little bit about My Esther ,The Love of my life, I met Esther in 2011 during the most difficult time of my life , I was a single parent launching my Restaurant and being a single Parent to my Son Alex Jr Whom Esther helped me shape from a small boy into a young Man , Esther instilled in him Morals and Values that helped raise him to who he is Today, she helped me raise him as her own and taught him love and compassion for your fellow man.
We just recently participated in my son and his wife's gender reveal and soon we will be grandparents to baby Chloe ,a little ray of light and happiness during such dark days.
Judge while the events that brought her before this Court today have been extremely difficult for our entire Family and everyone involved.
Your Honor when I first met my wife she was involved with an Organization called AGAPE it is a center that provides assistance to homeless and abused woman , and I would always ask her why do you spend so much of your time there volunteering Till one day she asked me to go with her and see for myself , I knew that very day I had to Marry this Woman , Esther is the single most caring and selfless person I have ever met.
Judge the last couple of years have been extremely difficult for our entire Family but we have kept it together through our Faith , Judge I Beg you you today to have Mercy on my Wife ,the fact that I may have to surrender her to Custody and she be handcuffed and taken away is Gut wrenching to say the least

Esther is not a bad person she is a very loving, compassionate and selfless person , I respectfully ask that this court consider Esthers history,Character,and support she has from so many friends and family and the collateral consequences she has already endured.
Thank you for your time and careful consideration and the fairness you bring to these difficult decisions ,I appreciate the opportunity to share with your Honor my prospective and respectfully ask for leniency on behalf of My Wife , My beloved Wife Esther

Respectfully

Alexander Enriquez

July 23, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 NE 4th Street
Miami, Florida 33132

Honorable Judge Melissa Damian

My name is Alex Enriquez, and I am writing this letter in support of my stepmother, Esther Nuhfer Enriquez. I have had the privilege of knowing Esther for many years, and during that time she has consistently demonstrated exceptional character, compassion, and integrity.

Esther has always been a selfless and caring person who puts the needs of others before her own. She is someone who is always willing to help family, friends, and even strangers whenever she can. Whether offering guidance during difficult times, providing emotional support, or simply being someone people can depend on, she has always shown kindness and generosity without expecting anything in return.

As my stepmother, Esther has had a positive influence on my life. She has always treated me with love, respect, and encouragement. She has shown me the importance of honesty, responsibility, hard work, and compassion through both her words and her actions. She has been a constant source of support for our family and has always worked to create a loving and stable environment for those around her.

One of the qualities I admire most about Esther is her strength and resilience. Throughout the years, I have seen her face challenges with grace, determination, and unwavering faith. She approaches every situation with a positive attitude and strives to do what is right, even when it is difficult. Her integrity and moral character are evident in the way she treats others—with fairness, respect, and genuine care.

In my experience, Esther is an honest, trustworthy, and compassionate individual whose presence has positively impacted the lives of many people. I have never known her to act with anything other than kindness and sincerity. She is someone who is deeply devoted to her family and committed to helping others whenever possible.

Thank you for your time and consideration.

Respectfully,
Alexander Micheal Enriquez

July 20, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132

Dear Judge Damian,

I am honored to write this letter on behalf of my dear friend, Esther Nurfer. I have known Esther for over twenty-eight years, having first met her while we both worked for Miami-Dade County. During the many years that I have known her, I have witnessed firsthand the extraordinary compassion, generosity, and selflessness that define who she is as a person.

There is one chapter in my life that I will never forget because Esther was one of the people who helped carry me through it.

After fifteen years of public service with Miami-Dade County, I accepted a position at Jackson Memorial Hospital. Unfortunately, during my time there, the hospital experienced severe budget cuts and massive layoffs, and I lost my job. It was one of the most frightening and uncertain periods of my life. I was worried about how I would support my family, pay my bills, and rebuild my career. The emotional and financial burden felt overwhelming.

Throughout that difficult season, Esther never let me face it alone.

She called me almost every day simply to ask how I was doing. She listened without judgment when I was discouraged, reminded me not to lose faith when I questioned my future, and constantly encouraged me to keep believing that better days were ahead. She even offered to help me pay my bills if I needed it—an act of generosity that I will never forget. Although her emotional support alone meant the world to me, knowing she was willing to make such a personal sacrifice for my family demonstrated the depth of her compassion and the genuine love she has for others.

Her kindness gave me hope when I had very little left. She believed in me at a time when I struggled to believe in myself.

With her encouragement and the support of others, I persevered. I eventually found an opportunity in the private environmental services industry. That opportunity became the foundation for a career I could never have imagined at the time. Years later, I had the privilege of becoming Vice President of a global environmental services company, leading governmental affairs and waste-to-energy business development across North America.

When I look back on that journey, I often think about the people who helped me reach the other side of one of the darkest periods of my life. Esther is at the very top of that list. Her compassion, generosity, and unwavering encouragement changed the trajectory of my life. She helped save not only me, but my family, by giving me hope when hope was difficult to find.

Esther has always been the kind of person who quietly steps forward when others are hurting. She gives without expecting anything in return, encourages people when they are at their lowest, and has a remarkable ability to make others feel valued and loved. These are not isolated acts— they are the way she has lived her life for as long as I have known her.

It is with the utmost respect that I offer this letter so the Court may have a fuller understanding of Esther's character. I will always be grateful for her friendship and for the profound difference she has made in my life. I sincerely hope the Court will consider the exceptional person I have had the privilege of knowing for nearly three decades.

Thank you for your time and consideration.

Respectfully,

Guerlin "Luly" Escar
Vice President, Governmental Affairs & Waste-to-Energy Business Development
FCC Environmental Services

Guerlinescar7@gmail.com

786-486-7554

July 28, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132

Dear Judge Damian,

My name is Alyn Fernandez, and I have known Esther Nuhfer-Enriquez for approximately 20 years. I first came to know Esther as a family friend long before we had the opportunity to work together professionally. Over the years, our friendship grew, and I had the privilege of seeing firsthand the kind of person she is—someone who genuinely cares about others and is always willing to lend her time, knowledge, and support.

Our professional relationship began when we worked together on a U.S. Senate campaign. Esther played a key role in the campaign's fundraising operation, and it was during that time that she became one of my mentors. She patiently taught me the fundamentals of political fundraising, from donor outreach and fundraising calls to planning successful events. She never viewed teaching as a burden; instead, she generously shared her experience and wanted those around her to succeed. The skills and confidence she helped me develop have stayed with me throughout my career.

In 2023 and 2024, I had the opportunity to serve alongside Esther once again, this time as a CCD teacher at St. Timothy Catholic School. Together, we prepared children for their First Holy Communion. Every week I watched Esther lead with patience, kindness, and faith. She helped teach Bible lessons, prayed with the children, and encouraged each student with genuine compassion. She had a remarkable ability to make every child feel welcomed and valued, and it was evident that serving our parish and helping young people grow in their faith brought her great joy.

Another quality that has always stood out to me is Esther's commitment to helping others, regardless of who they are. While I served as Regional Director for a US Senator, Esther frequently contacted me—not for personal reasons—but to seek assistance for people in her community who needed help with passports, immigration matters, or other federal issues. Those requests came on behalf of friends, neighbors, accountants, housekeepers, and people from every walk of life. She consistently looked for ways to connect people with the resources they needed, expecting nothing in return. That selflessness is simply who Esther is.

Over the past two decades, I have known Esther as a mentor, a friend, a woman of faith, and someone whose life has been dedicated to serving others. Her generosity, compassion, and willingness to invest in people have left a lasting impact on my life and on countless others in our community. I am grateful to have known her for so many years and respectfully share these experiences with the Court.

Thank you for your time and consideration.

Respectfully,
Alyn Fernandez



1824 SW 100 Avenue - Miami, Florida 33165
Mobile: 305 905 4154   Email: alinagarcia@bellsouth.net

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99, N.E Fourth Street
Miami, Florida 33132

Re: Mrs. Esther Nuhfer Enriquez

Dear Judge Damian:

I am writing to you to ask for clemency for my friend Esther Nuhfer Enriquez. She is a great human being. I have known her for over 30 years.  Esther is a committed daughter, wife, stepmom, aunt, sister, siter in law and friend. She has a good heart and is always willing to help others. Esther and I have served in many Emmaus retreats. Esther is a is a woman of faith and committed to doing good in every way she possibly can.

I also know Esther professionally and have worked with her for many years before I ran for office. She did all my fundraising from the time I ran for the State House of Representatives and for Supervisor of Elections. Thanks to her efforts I won and I 'm now serving as Supervisor of Elections for Miami Dade County.  Esther is Professional, Ethical and always willing to do the work needed.

Every day, I ask myself how she got here. I am sure Esther didn't know she needed to file any federal paperwork or she would have. I have always known Esther to be a law-abiding citizen and prominent member of our community

I am begging you for mercy for Esther. She doesn't belong behind bars. This is a horrible situation, and you have the power to show her leniency.  Esther has no criminal record and is not a danger to anyone.

Please be compassionate. Esther's parents are fragile, elderly. Esther takes her parents to medical appointments and is always there for them. She won't be able to do anything for them behind bars. I respectfully ask your consideration of my request. Thank you for your service to our community.

Sincerely,

Alina Garcia

July 21, 2026

Honorable Judge Melissa Damian
The James Lawrence King Federal Justice Building
99 NE 4th Street
Miami, Florida 33132

Dear Judge Damian,

My name is Christian A. Gonzalez, I am 29 years old and work for Miami-Dade County Public Schools, where I assist Kindergarten students. I am writing this letter on behalf of my Godmother, Esther Joanne Nuhfer, who I call my Madrina.

My relationship with my Madrina is unlike any other. I was the firstborn male in a family full of girls, and because my Madrina was never able to have children of her own, I have always felt like I was her firstborn son. My mom has told me that my Madrina was by her side at the hospital the entire day I was born, and from that day forward, she has always been there for me. I honestly would never admit this to my other aunts, but Joanne is my favorite aunt. I love her a lot, and I am still trying to process and understand the circumstances she is facing today.

Over the years, my Madrina and I have shared countless memories. We have so many things in common. We both love sports, trying new restaurants, and spending time together around town. Every time my dad, my brother, and I go golfing, she is part of our foursome. She isn't just my Godmother; she has always been part of my friends' group.

Many of my favorite childhood memories involve my Madrina. She took me to see my very first Harry Potter movie. She invited my dad and me to my very first Miami Marlins game. As a teenager, she took me to Halloween Horror Nights for the first time. Looking back, I realize that many of the "firsts" in my life were experiences I shared with her, and those memories are ones I will cherish forever.

I have played baseball since I was four years old and continued playing through college. Throughout every stage of my baseball career, my Madrina was one of my biggest supporters. She attended countless games, traveled long distances to watch me play, bought whatever my school teams needed, and helped find funding whenever my teams needed financial support. Youth sports can be expensive, and there were times when my parents simply could not afford everything. Whenever that happened, my Madrina stepped in without ever expecting anything in return. She always found a way to help.

One example that has always stayed with me happened when I was in middle school. I was selected to travel to Washington, D.C., as part of Future Leaders of America. My parents wanted me to have that opportunity, but it was expensive. My Madrina helped raise the funds so I could attend. Not only that, but she, my parents, and even my grandparents traveled to Washington so they could be nearby while I experienced something so important. She wouldn't have missed it for the world.

Another unforgettable memory came when the Baseball World Series was held in Miami. My Madrina helped my parents get tickets so our family could attend together. That experience is something I will never forget.

Even today, she continues to be incredibly generous. Because of her, I have been able to enjoy Miami Heat games using her tickets. She has even allowed me to use her second home so I could take vacations with my friends or my girlfriend. She understands how difficult it can be financially for young working adults today and has always looked for ways to make life a little easier for the people she loves. She is simply the most selfless person I know. She always thinks of others before herself and finds joy in seeing the people she loves happy.

What has always meant the most to me is that my Madrina has stood beside me during some of the hardest moments of my life.

During my second year of college, I was cut from my baseball team. I was devastated, angry, and unsure whether I should remain at that university or transfer somewhere else to continue playing. I remember my Madrina driving to my school, taking me and several of my teammates out to dinner, and reminding me that one disappointment would not define my future. She didn't tell me what decision to make. Instead, she told me that she believed in me and would support me no matter what I decided.

Another moment changed the direction of my life forever. A few years ago, I planned on leaving my family to marry a young woman who was joining the military and moving to Texas. My Madrina stepped in immediately. She talked with me for days, then weeks, then months. I know she prayed for me all the time. She asked me to think carefully and reminded me that I had other options. She never tried to control my life, but she loved me enough to tell me difficult truths that I needed to hear. She is tough. She does not sugarcoat anything. At times, I didn't appreciate her honesty, but today I recognize those conversations were important.

Looking back now, I thank God that I listened to her. I never married that young woman, and today I am truly happy. I understand why my Madrina fought so hard for me, and I will always be grateful for the love she showed me during that time. Our relationship has never changed. We still spend time together regularly. We vacation together, go out to eat together, attend sporting events together, and if she hasn't heard from me in a while, she calls to check on me. She knows my close friends personally, keeps up with my life, follows what I post on social media, and has always taken a genuine interest in making sure I am doing well.

My Madrina is one of the strongest people I know. I understand that her career has required her to be tough, especially as a woman in a demanding profession. People who don't know her might only see that strength, but those of us who truly know her also know the incredibly compassionate, loving, and generous person underneath. She has dedicated her life to helping other people, often putting their needs ahead of her own. It is impossible for me to fully express how much of an impact she has had on my life.

I pray that God gives her strength, peace, and comfort during these difficult circumstances, just as she has prayed for me so many times throughout my life. Thank you for taking the time to read my letter and for allowing me the opportunity to share what my Madrina has meant to me. I hope my words help provide a glimpse into the person she really is.

Thank you,

Christian A. Gonzalez

July 21, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 NE 4th Street
Miami, Florida 33132

Dear Judge Melissa Damian,

My name is Christopher A. Gonzalez, and I am 25 years old. I am currently a graduate student at Florida International University pursuing a Doctorate in Physical Therapy. I wanted to write to share a little about my aunt (Tia), Esther Joanne Nuhfer, and the kind of person she has been throughout my life.

Tia Joanne has been successful in her career, and I want to be able to have the same success as she has. My Tia has always supported my dreams and encouraged me to pursue my goals.

One example that perfectly describes who my Tia is, is what happened when I was applying to Florida International University. FIU was the school I always wanted to attend. Unfortunately, due to some paperwork being misplaced during the admissions process, I was not accepted into the doctoral program. I was discouraged and didn't know what to do next.

When I told Joanne what happened, she immediately told me not to give up. She said that misunderstandings and problems are often resolved when you speak to people face-to-face. She told me to make an appointment with the Dean of the program and explain my situation in person. I took her advice. I met with the Dean, we had a great conversation, and everything cleared up. I was accepted into the program that I had worked so hard to get into. Today, I am on track to graduate in the summer of 2027. If I had not listened to my Tia's advice, I honestly don't know where I would be attending school today. I truly hope she can be there for my White Coat Ceremony and then celebrate with me again at my graduation next year.

That story is a perfect example of who my Tia is. She is not a quitter, and she has taught me never to quit either. She has always encouraged me to fight for the things I want and believe in instead of walking away when life becomes difficult. She always tells my brother and me that our reputation and our word to people makes us the men we are. She has always made sure we stay on track with our lives.

Beyond that, my Tia has instilled in her nephews and nieces the importance of our faith. She taught us that going to church, praying, and trusting God should always be part of our lives. Those values have stayed with me and continue to guide me every day.

She is very involved in the lives of all her nieces and nephews. She follows everything I post on social media and isn't afraid to call me if she thinks something shouldn't be posted. She keeps an eye on all of us because she genuinely cares and wants us to make good decisions. She even joins my brother and I for our annual Fantasy Football gathering because she loves being involved in what we're doing.

To my brother and I, she has always been another mother. She has spoiled us from time to time, but she has also reprimanded us when we needed it. That is how she was raised, and she has always believed that real love means holding people accountable while supporting them. I have even seen her have that same concern for others. She once had a conversation with my girlfriend and encouraged her to go back to school and finish her degree because she wanted her to have every opportunity to succeed.

My Tia is loving, caring, generous, and incredibly supportive. She can also be blunt and brutally honest, which isn't always easy to hear. But I do not get upset with her because I know every piece of advice she gives comes from a place of love and a genuine desire to see me become better.

I am blessed to have my Tia Joanne in my life; she has my back. If you are lucky enough to have someone like my Tia in your life, you too are very fortunate.  I love her very much, and I pray that everything works out for her. Thank you for taking the time to read my letter and for considering what I have shared about my aunt.

Sincerely,

Christopher A. Gonzalez

Honorable Melissa Damian,

The James Lawrence King Federal Justice Building

99 N.E. Fourth Street

Miami Florida, 33132

Dear Judge Damian,

I am writing this letter on behalf of my sister-in-law, Esther Nuhfer. I have had the privilege of knowing her for 42 years, and during that time I have come to know her as a kind, compassionate, and hardworking person with a caring heart.

She is devoted family member who is always willing to help those around her. Whether someone needs emotional support, a helping hand, or encouragement during difficult times, she is one of the people to step in. She treats others with respect and kindness and consistently puts other needs before her own.

She is also a responsible and dependable individual. When she makes a commitment, she follows through, and she works hard to provide for herself and those she loves. Her family is extremely important to her, and she takes great pride in being a positive influence in their lives.

Like anyone, she has faced challenges, but I have seen her demonstrate resilience, determination, and a sincere desire to learn and grow from her experiences. She has shown that she can make positive decisions and move forward in a constructive way.

I truly believe she has many positive qualities that reflect her character. She is honest, respectful, caring, generous, and thoughtful. She has touched the lives of many people through her kindness and willingness to help others without expecting anything in return. Year after year she volunteers and donates to multiple charities, not for a tax write off, but because she wants to make a difference.

I respectfully ask the Court to consider her character, the positive impact she has on her own family and community, and her commitment to continuing a positive path. I appreciate your time and consideration of this letter.

Thank you for your attention.

Respectfully,

Santiago Gonzalez Jr.

July 20, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132

Dear Judge Damian,

I am writing this letter in support of my sister-in-law, Esther J. Nuhfer.

I have had the privilege of knowing Esther for nearly 30 years. From the very first day I met her, she welcomed me with kindness, compassion, and a genuine willingness to help others. Over the years, I have come to know her as one of the most selfless and caring people I have ever met. She has been a true pillar of our family, always placing the needs of others before her own.

One experience that has always stayed with me occurred when my business was going through an incredibly difficult time. There were moments when I wasn't sure how we were going to keep things going. Esther stepped in without hesitation. She generously shared her knowledge, experience, and practical advice, and she invested her time and energy into helping us find solutions. Her encouragement and wisdom gave us hope during one of the most challenging seasons of our lives. Thanks in large part to her support, we were able to stay afloat and continue moving forward.

What makes Esther truly remarkable is that this was not an isolated act of kindness. Helping others is simply who she is. Whether someone needs guidance, emotional support, or practical assistance, Esther is often the first person to offer her help. She gives without expecting anything in return, and she has touched the lives of countless family members, friends, and people in her community through her generosity and compassion.

If I had to describe Esther in one sentence, I would say that her heart is bigger than her body could ever contain. She has spent her life lifting others up, encouraging those who are struggling, and showing love through her actions. Her integrity, work ethic, generosity, and unwavering commitment to helping others have inspired everyone fortunate enough to know her.

I am deeply grateful to have Esther as part of my family. She has been a blessing not only to me but to so many others whose lives have been made better because of her kindness and selfless spirit. I respectfully ask the Court to consider the extraordinary character of the woman I have known for almost three decades.

Thank you for taking the time to read my letter and for your thoughtful consideration.

Respectfully,

Ernie Hernández

7/20/2026


Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132

Dear Judge Damian,

My name is JonAnthony Hernandez and I am writing this letter in regards to my Aunt, Esther Nuhfer. She has been a very big part of my life since I was born and has always treated me and my cousins very well. She never had her own kids so she always spoiled us and treated us like we were hers. Furthermore, I'd consider spending weekends at her house as one of my most cherished memories because every time my cousins and I went over, she made sure we were always comfortable, happy, and took care of us if we got sick or hurt in any way.

My Aunt means the world to me and her presence in my life is nothing short of enormous. I am twenty-six years old and I am currently holding a full-time job; I owe it all to my Aunt. Even before I got a job, she attended every major milestone I made in my life and has always been one of my biggest supporters when I set my sights on a new goal. She also has been a massive help when it came to my educational needs. When I was about to transition into high school, Joanne helped me get evaluated and enrolled with special services that gave me the aid I needed to pass my classes. I owe my success in school to her, without her aid I would've been set back.

My Aunt had an even bigger impact on the rest of our family, she regularly goes out of her way to help the family with whatever needs even if it isn't always convenient for her. She was willing to help my Mom and other Aunts take my grandparents to their appointments even though she has to drive far to pick them up. She was more than happy to provide that service since it can sometimes be difficult for my Mom and Aunts to plan for my grandparents' needs.

My Aunt Esther is a vital part of our family who has been nothing but kind and selfless to us and her community as a whole. It hurts me that she has to go through this situation. She has always abided by the law and never did anything that was even remotely illegal, so it was beyond shocking to find her put in such a hard predicament when she hasn't done anything wrong. My hope is that with this letter, the court will come to see her as the kind, loving, and exceedingly generous woman my family knows her to be.

Thank you for taking the time to read this letter, it means a lot to me and my family. I deeply appreciate you for giving this case great care.

Respectfully,

JonAnthony Hernandez

**Mary Juncadella-Ferreiro**
7300 SW 149 Court
Miami, Florida 33193
(786) 299-7568

July 20, 2026

The Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132

Dear Judge Damian,

My name is Mary Juncadella-Ferreiro, and I have had the privilege of knowing Esther Nufer-Henriquez for approximately 30 years. We met through work around 1995 or 1996, and what began as a professional relationship quickly blossomed into a close and lasting friendship. From the very first conversation we had, I remember thinking that she was someone I could trust completely. She had warmth and sincerity that made me feel as though I had known her for years.

Over the past three decades, I have come to know Esther not just as a friend, but as someone whose kindness is woven into who she is. She is the type of person who naturally looks for the good in others. She listens without judgment, encourages people when they are discouraged, and quietly steps in to help without expecting anything in return.

One of the greatest examples of her character is the support she has given me as a mother. Throughout the years, whenever I struggled with challenges involving my son, Esther was one of the first people I could turn to. There were moments when I felt exhausted, worried, and unsure of what to do next. She never offered criticism or made me feel inadequate. Instead, she would patiently listen, remind me to have faith, encourage me not to give up, and reassure me that my love and perseverance mattered. Her words gave me strength during some of my most difficult moments, and I have never forgotten that.

Our friendship has extended far beyond work. We have shared life's joys and disappointments, celebrated milestones together, prayed for one another, and remained present through difficult seasons. Esther has always been someone whose faith inspires the way she treats people, with compassion, humility, grace, and genuine love.

In a world where it is easy to become cynical, Esther has always chosen kindness. She has spent her life encouraging others, lifting people up, and making those around her feel valued. I consider myself incredibly fortunate to call her my friend, and I am deeply grateful for the positive influence she has had on my life and the lives of so many others.

Thank you for taking the time to consider my thoughts and my personal experience with Esther. It is an honor to share my perspective on the character of someone I have been blessed to know for so many years.

Respectfully,

Mary Juncadella-Ferreiro

July 22, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132

Dear Judge Damian,

My name is Jusett Kamberger, and I have had the privilege of being a close friend of Esther Nuhfer Enriquez for more than 25 years. During that time, I have come to know Esther not only as a loyal and devoted friend but also as one of the most compassionate, selfless, and faith-filled people I have ever met.

Throughout our friendship, I have watched Esther consistently put the needs of others before her own. She is the kind of person who quietly steps in to help whenever someone is struggling, never expecting recognition or anything in return. Whether it is preparing a meal for a family in need, offering encouragement to someone facing difficult circumstances, or simply making herself available to listen, Esther gives of herself wholeheartedly because that is who she is.

One quality that has always stood out to me is her commitment to serving her community through her faith. For many years, Esther has volunteered her time teaching CCD classes, helping children learn about God's love, kindness, and compassion. She approaches this responsibility with patience, humility, and genuine joy. I have seen how seriously she takes the opportunity to be a positive influence in the lives of young people, leading not only through her words but by the example she sets every day.

Esther is also deeply devoted to her family. She is a loving daughter, a caring sister, and a devoted wife who values her relationships and consistently puts her loved ones first. She has always demonstrated integrity, generosity, and unwavering support for those closest to her.

After more than two decades of friendship, I can say without hesitation that Esther has been a tremendous blessing in my life and in the lives of so many others. It has truly been an honor to call her my friend!

Thank you for taking the time to read my letter and for considering my thoughts regarding Esther's character.

Respectfully,
Jusett Kamberger

July 21, 2026

The Honorable Melissa Damian
The James Lawrence King Federal Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Re: Esther J. Nuhfer

Dear Judge Damian:

My name is Angelica Lastra, and I am writing on behalf of my best friend, Esther Joanne Nuhfer. I have known Joanne for 24 years, and during that time, I have come to know her as a devoted daughter, sister, aunt, friend, woman of faith, and member of her community.

When I first met Joanne, one of the first things I noticed was her positive energy. Although she is younger than I am, she has always carried herself with a maturity that stood out to me. Over the years, I came to understand that her maturity was closely connected to the strong sense of responsibility she feels toward the people around her.

Joanne is the third of four sisters. I have watched her look out for her younger sister, offering guidance and making sure she stayed on the right path. At the same time, she has always remained concerned about the well-being of her older sisters. She pays attention to the people she loves and steps in wherever she believes she can help.

That same care extends to her nieces and nephews. Throughout the years I have known Joanne, she has consistently helped, guided, and supported them, and she continues to do so today. She has been a dependable presence in their lives, offering her time, advice, and assistance whenever needed. Her commitment to her family is not temporary or based on convenience. It is a consistent part of who she is.

Joanne's influence reaches far beyond her immediate family. Over the years, she has created an entire network of people who rely on her, trust her judgment, and look up to her. This includes relatives, friends, younger family members, members of her community, and people she has helped along the way. She has become the person many people turn to when they need guidance, reassurance, practical help, or simply someone who will listen and tell them the truth.

One of the most telling things about Joanne is what happens when her name is mentioned. People always have something positive to say about her because she has either helped them personally or helped someone they know. Her generosity has had a ripple effect. The support she has given one person has often helped an entire family or circle of people.

Joanne does not simply say that she cares about others; she demonstrates it through her actions. She checks in, gives honest advice, makes herself available, and follows through when she says she will be there. She gives her time without making people feel like a burden, and she helps without seeking attention or recognition.

As an only child, I did not grow up knowing what it was like to have sisters. Through Joanne, I learned what that kind of relationship could look like. She taught me how to be more than just a friend. She taught me how to be a sister to someone, how to show up, how to listen, how to be honest, and how to remain present during difficult times.

Joanne also comes from a close and loving family. When I met them, I began to understand where her generosity and strong sense of responsibility came from. The way they care for one another was something I had not experienced growing up. Their family bond made a lasting impression on me and helped me understand why Joanne gives so much of herself to others.

Her faith is also an important part of who she is. It is reflected in the way she treats people and, in her willingness to serve others. She has volunteered her time to help those who are less fortunate and has consistently shown compassion toward people in need. Her faith is not something she merely speaks about; it is visible in the way she lives and treats those around her.

Over the past 24 years, what has remained most consistent about Joanne is that she shows up for people. She understands that being dependable requires more than kind words. It requires giving your time, accepting responsibility, offering honest guidance, and remaining present when circumstances are difficult.

Joanne has had a meaningful impact on my life. She has not only been my best friend, but she has also taught me what loyalty, sisterhood, generosity, and genuine friendship look like. I am a better friend and a better person because of the example she has given me. I know I am not alone in feeling that way. There is a large network of people whose lives have been made better because Joanne was present in them.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

*Angelica Lastra*

Angelica Lastra

1650 NW 9th Street
Miami, FL 33125
(305)302-3444
angie8812@gmail.com

July 21, 2026

The Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 NE Fourth Street
Miami, Florida 33132

Dear Judge Damian:

It is my privilege to write this letter on behalf of Esther Nuhfer, whom I have known professionally and personally for more than two decades.

Over the course of nearly 40 years in senior leadership positions in both the media and government, I have had the opportunity to hire, supervise, mentor, and work alongside hundreds of talented professionals. Among them, Esther has always stood out for her integrity, professionalism, compassion, and unwavering commitment to serving others.

I had the pleasure of supervising Esther when she served as Special Events Manager in the Miami-Dade County Communications Department, an organization I was honored to lead. In that highly visible role, she coordinated major community events involving elected officials, civic organizations, business leaders, and residents throughout Miami-Dade County. She approached every project with exceptional organization, sound judgment, attention to detail, and genuine respect for everyone she encountered. It was common for me to receive unsolicited compliments about her professionalism, positive attitude, and ability to bring people together.

Although Esther later pursued a successful career in government relations, our friendship has endured. Over the years, we have remained in regular contact, and our conversations have consistently centered on family, faith, service, and the importance of giving back to the community.

Throughout the years I have known her, Esther has remained deeply involved in her church and in serving others. She is a person of compassion who naturally encourages those around her with kindness, optimism, and generosity. Her warm spirit, engaging personality, and genuine concern for others have made a lasting impression on everyone fortunate enough to know her.

Based on my many years of knowing Esther, I can say without reservation that she is a woman of good character, strong values, and sincere faith. I have always known her to be honest, respectful, hardworking, and deeply committed to her family, her community, and the people whose lives she touches.

Thank you for taking the time to consider my thoughts. If I can provide any additional information that may be helpful, please do not hesitate to contact me at mendieta.juan@ymail.com or (305) 323-0033.

Respectfully,

Juan C. Mendieta

July 20, 2026

Honorable Melissa Damian
The James Lawrence King
Federal Justice Building
99 NE Fourth Street
Miami, Florida 33132

              Re:     Esther Nuhfer

Dear Judge Damian:

      My name is Bianca Nuhfer, and I am writing this letter in support of my sister, Esther Nuhfer, and to share with you the woman I have known and admired my entire life. While I understand that the Court must carefully consider all of the facts before it, I hope my perspective as her younger sister will help the Court better understand the woman she truly is.

      I am the youngest of four sisters. From the time I was a little girl, I have looked up to my sister, Esther. She is one of the hardest-working people I have ever known. She approaches every responsibility with determination, integrity, and humility, and has never been someone who seeks recognition or praise. Instead, she is always willing to step in and help wherever she is needed, never expecting praise in return. ███████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████ ██████████████████████ Although that loss brought deep sorrow, she never allowed it to make her bitter or diminish her capacity to love. Instead, she poured the love she had longed to give her own children into the lives of those around her.

      When I became a single mother and welcomed my two daughters, Victoria and Valentina, into the world, my sister immediately stepped in without ever being asked. She became a constant source of love, guidance, and support for both me and my girls. My daughters absolutely adore their aunt. They share their accomplishments, joys and even their worries with her because they know she will always be there for them. When my second daughter was born, I asked Esther to become her godmother. It was one of the happiest moments of her life, and she embraced that role with tremendous love and responsibility. Victoria and Valentina are now 11 and 12 years old. My sister has never missed an important milestone in my daughters' lives. From school performances to fundraisers to graduations and special events, she has always been there cheering them on. They love spending time with her, and I truly believe they have helped fill part of the void left by the children she was never able to have. She loves my daughters as though they were her own, and they love her just the same.

      Esther is also the person our family depends on when someone needs help. Our parents are elderly and require a lot of assistance. ███████████████████

████████████████████████████████████ While my oldest sister works in a school, my other sister works in a medical clinic, and I work full-time at a law firm, Esther has consistently been the one who rearranges her schedule to care for our parents. She coordinates their medical appointments, helps manage their healthcare needs and is always the first person to respond whenever they need assistance. She has done all of this without complaint or expectation of recognition because caring for our parents is simply part of who she is.

My sister's compassion also extends into her faith community. Esther has been an active participant in the Emmaus Women's Retreats through St. Timothy Catholic Church in Miami. Not only did she attend these retreats to strengthen her own faith, but she also volunteered her time to help make these experiences meaningful for other women. Her faith has always been the foundation of her life, shaping the way she treats others with kindness, humility, forgiveness, and a genuine desire to serve. Whether helping a stranger, supporting a friend in need, caring for our parents or simply encouraging someone who is struggling, Esther has consistently lived out the values she believes in.

One example that shows my sister's character occurred when a close friend of mine was at risk of losing her vegan restaurant, Aguacate Garden of Love, a place that has become a beloved part of the West Miami community. When my friend called me in tears, I immediately told her to contact Esther. Without hesitation and without expecting anything in return, my sister offered guidance and connected her with the right people who could help. Thanks to Esther's support, my friend was able to save her business. Today, Aguacate Garden of Love continues to serve the community as a place where families gather, children enjoy the rescued animals and people learn about healthy living. This experience captures Esther's true character—she helps others because she genuinely cares and wants to make a positive difference in their lives.

My parents came to this country from Cuba, and because of my parents' experiences, Esther has always had a deep appreciation for the freedoms and opportunities this country provides. She has always held strong convictions rooted in gratitude for those freedoms and respect for the sacrifices so many have made to preserve them. Those values have shaped the way she lives her life—with faith, responsibility, compassion, and service to others. As her younger sister, I have watched Esther face profound disappointments, personal sacrifices and difficult seasons with remarkable strength and grace. In all my years of knowing her, I have never known her to act out of malice or with the intention of hurting another person. I have always known her to be compassionate, dependable, humble, generous and willing to sacrifice for the people she loves.

I understand that every person must be accountable for the choices they make. At the same time, I believe it is equally important to consider the entirety of a person's life and the countless ways they have positively impacted others. Esther's life has been one of faith, service, sacrifice and unwavering devotion to her family and community. No one is defined solely by the most difficult chapter of their life. When I think of my sister Esther, I think of a woman who has sacrificed for her family, devoted herself to caring for our aging parents, and helped raise my

P a g e | **3**

daughters with unconditional love. I think of someone who has quietly served others without expecting anything in return and has consistently lived a life centered on faith, compassion, and humility.

I respectfully ask the Court to consider not only the circumstances that have brought her before you, but also the life she has lived, the people whose lives she has touched and the woman she truly is. I remain grateful every day to call her my sister, and I sincerely hope the Court will extend mercy and grace during this difficult time.

Thank you for taking the time to read my letter and for considering my heartfelt perspective.

Respectfully,

*Bianca Nuhfer*

July 20, 2026


Honorable Melissa Damian
The James Lawrence King Federal
Justice Building
99 N.E. Fourth Street
Miami, FL  33132

Dear Judge Damian,

My name is Brenda Nuhfer, and I am writing this letter about my sister, Esther Nuhfer Enriquez. She is only 17 months younger than I am. Growing up, everyone thought we were twins because we were always together (even though she would say we weren't twins because she was prettier; making everyone laugh). Now we're both in our fifties, and after knowing her my entire life, I can honestly say she is one of the kindest and most selfless people I have ever known.

My sister never had children of her own, but she has always treated her three nephews and two nieces as if they were. She has always been there for them, celebrating their accomplishments, helping them through difficult times, and spoiling them every chance she gets. They adore her because they know how much she loves them.

She spent many years working for Miami-Dade County before starting her own consulting business. Her passion was helping people. She worked with businesses and organizations to obtain grants and funding so they could continue helping others. One project I will never forget was when she helped secure grant funding for the University of Miami CARD Center. She always believed that if she could help someone, she should.

My sister stepped in without ever being asked. She helped us get him evaluated through the CARD Center, and because of her, he received services that made a tremendous difference in his life. That is who she has always been - someone who quietly helps others without expecting anything in return.

She is also a devoted Catholic and has always been active in the Archdiocese. Her faith isn't something she just talks about, it is something she lives every day through her generosity, her compassion, and her willingness to help anyone who needs it.

Today, she is the one who takes our elderly parents to their weekly doctor's appointments and helps them with whatever they need. She has always been the person our family depends on. If someone is in trouble or needs help, she's the first one to show up.

If I had to describe my sister in a few words, I would say she is loyal, honest, caring, and incredibly generous. She believes in doing things the right way. If she has one fault, it's that she trusts people too easily. She sees the good in everyone, sometimes even when they don't deserve it.

Something else that says a lot about who she is is the people in her life. She still has the same close friends she grew up with, and she has remained close with coworkers and friends she has made throughout her career. You don't keep friendships for forty or fifty years unless you're a genuinely good person.

In over fifty years of life, my sister has never had any trouble with the law. She has no criminal history. This entire situation is something none of us ever imagined.

Watching her and our family go through this has been heartbreaking. I know the woman she truly is because I have watched her spend her entire life helping people, caring for our family, giving to her community, and putting others before herself. That is the person I hope the Court will see.

Thank you for taking the time to read my letter and for considering my thoughts about my sister. My family and I continue to pray that God gives us the strength to get through this difficult time, and we appreciate the care and attention you are giving to her case.

Respectfully,

Brenda Nuhfer

John J Nuhfer                                              July 23, 2026

15431 SW 302 St, Homestead FL 33033

The Honorable Judge Melissa Damian
The James Lawrence King Federal Justice Building
99 Northeast Fourth Street
Miami, Florida 33132

Dear Judge Damian

My wife and I come to you today with heavy hearts, we know in our hearts that our daughter, Esther J. Nuhfer, is not the person she was found to be. We believe that somehow the situation took a wrong turn.

We both, like many Cubans, fled Cuba at a very young age with our families because of the Castro regime that destroyed Cuba. Esther heard many stories growing up from her grandparents and us about our struggles living under a communist regime.
How one was forced to work in the sugar cane fields for free. How money, food, gasoline, electricity and basic living needs were very scarce. How freedom of speech and owning your own business did not exist; and how one always lived in fear.
It is absurd and insulting for anyone to think that Esther would help or be involved in any kind of way with the Maduro regime. Esther has never been in Venezuela. She has never worked for any foreign entity. All the monies paid to Esther came from a United States entity and Federal taxes have been paid on all monies she has earned. I know this to be true because I prepare her taxes.

Esther has been very good, respectful and helpful since she was a little girl. She began working when she was 15 years old and has always worked multiple jobs. In her political career Esther is an exceptional campaign fund raiser. She has helped many important people get elected and she has worked hard solving their problems .
In the private sector Esther helps everyone in the family with love and care. She takes her nephews to sport games, helps them with college and one nephew in particular, who has a small disability, she teaches him all about life and survival. Esther helps her single-mother sister, physically and economically, who has two little girls (11 & 13) with their school, summer camp, babysitting and much more. Esther is the best aunt.
Esther helps us navigate to doctors, clinics, labs, stores and church. She is our transporter and problem solver. I am 79 and my wife 78. I use walker and wheelchair and my wife is fed through a feeding tube. It would be very difficult for us to cope with our disabilities if Esther is sent away. My wife and I will not be able to visit her.

We are very proud of her. She is brave, loyal, kind and very self-giving. She is very active in our community and a strong participant in church. She is very sweet.
We are very grateful for the opportunity to share our concern with Your Honor and we will pray and hope for leniency.

Very Truly Yours, John Nuhfer

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 NE 4th Street
Miami, Florida 33132


Dear Melissa Damian,

To understand the character of my sister, Esther Joanne Nuhfer, it is important to first understand the dynamics of our family. We are four sisters who have always shared a close and loving relationship with one another and with our parents. Family has always been the center of our lives. We spend time together whenever possible, celebrate milestones, have monthly family dinners and include our parents in our vacations. We love each other, and we have always stood by one another through both the good times and the difficult ones.

Our father has always used a simple analogy to describe our family. He says that we are like a bundle of pencils. A single pencil can easily be broken, but a bundle of pencils held together is nearly impossible to break. That lesson has guided our family for many years. We have learned that we are strongest when we stand together. Our family depends on Joanne in so many ways. She is always there when someone needs her, and it is hard to imagine what our lives would look like without her.

I respectfully ask the Court to consider Joanne's character and the life she has dedicated to serving others. She has consistently given her time, talents, and resources to help people in need. She has raised funds for the American Cancer Society, ███████████████████████████████████ ███████████████████ She has also supported the Bella Strong Foundation in Miami, collected donations for women and families served by Agape, volunteered as a CCD teacher at Saint Timothy Catholic Church, and participated in the Emmaus Retreats for Women. Joanne has always believed in giving back to her community, not because she seeks recognition, but because serving others is simply who she is.

Her generosity extends to the young people in our family and community as well. When our nephews were younger, she rarely missed their baseball games and actively supported their baseball program. Today, she continues that same commitment by supporting her nieces' school through donations and participation in school events that help strengthen their educational programs.

Joanne is just as devoted to our family as she is to our community. Because she is self-employed, she has been able to take on responsibilities that the rest of us simply can't be due to our work schedules. She volunteered to become the primary person responsible for transporting our parents to their many medical appointments, allowing the rest of us to continue working while knowing our parents are receiving the care they need.



████████ Joanne willingly assumed the responsibility of ensuring that our parents never miss these essential medical appointments. She visits them 2-3 times a week to help them at home too.  Her dedication has been a huge blessing to our entire family.

Joanne also provides financial and emotional support to our younger sister, Bianca, who is raising two daughters as a single mother and a paralegal.  Joanne has allowed Bianca and her girls to live in her apartment, providing them with stability at a time when affordable housing in Miami is extremely difficult to find. In addition, helping her with purchasing materials & uniforms for school. This is just another example of Joanne's generous heart and her willingness to put the needs of others before her own.

On a personal level, Joanne has been like a second mother to my children. She has always been present in their lives, offering guidance, encouragement, and unconditional love. My sons are now young adults, and because they share a love of sports with Joanne, they have developed a special relationship with her. They often seek her advice, and sometimes they are more willing to listen to their "cool aunt" than to their own parents. I truly believe that raising children takes a village, and Joanne has been an essential part of ours. Her absence would leave a tremendous void in their lives and in the lives of everyone who knows and loves her.

Joanne is one of the most caring, humble, faithful, and selfless people I know. She gives freely of her time, her energy, and her heart without expecting anything in return. Her actions consistently reflect her values, and she has devoted her life to caring for her family, her church, and her community. She is deeply loved, profoundly needed, and has made a lasting positive impact on countless people. Thank you for taking the time to consider my perspective and my support for my sister.

Sincerely,

Julie Nuhfer-Gonzalez

July 21, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Dear Judge Damian,

I am honored to write this letter on behalf of my dear friend, Esther Nuhfer-Enriquez, whom I have known since 2003.

Our relationship began as coworkers, but over the years it developed into a lasting friendship built on mutual respect, trust, and genuine care for one another. Although our original work group has long since gone our separate ways professionally, we have remained close and make it a priority to get together at least once each year. That continued connection is a testament to the meaningful relationships she has the ability to build and maintain.

Throughout the more than two decades I have known her, Esther has consistently demonstrated exceptional character. She is one of the most caring, compassionate, and giving people I know. She is the type of person who is always willing to lend a helping hand, offer encouragement, or simply be present when someone needs support. While we may not speak every day, I have never questioned whether she would be there for me whenever I needed her, just as I would be for her.

In addition to being a wonderful friend, she is an incredibly devoted family person. She places great importance on her family and is deeply committed to those she loves. She is selfless in the way she supports, encourages, and cares for her family, always putting their well-being first. Her dedication to her family reflects the same compassion, loyalty, and integrity that she demonstrates in every other aspect of her life.

One example that particularly reflects her character occurred after my mother passed away in December 2024. During one of the most difficult periods of my life, she regularly checked in on me, offering comfort, kindness, and emotional support without expecting anything in return. Those thoughtful gestures meant more than words can express and reinforced the compassionate and selfless person she has always been.

It is my sincere belief that Esther is a person of integrity, empathy, and strong moral character. She treats others with respect, demonstrates genuine compassion, and consistently puts the well-being of those around her first. I am confident that anyone who has the privilege of knowing her will recognize the same admirable qualities that I have witnessed over the past 20-plus years.

Thank you for the opportunity to provide this letter on behalf of Esther Nuhfer- Enriquez.

Sincerely,

Rosa Ortega
705 NW 111 Court, Apt. 7
Miami, FL 33172
305-776-1137

July 21, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132

*Re: Letter of Support*

Dear Judge Damian,

I respectfully submit this letter on behalf of my dear friend, Esther Nuhfer Enriquez. I fully appreciate the solemn responsibility before the Court and understand the seriousness of these proceedings. My purpose is not to diminish the significance of the offense or the Court's findings, but to share the character of the woman I have known personally and professionally for more than twenty years.

I first met Esther in the early 2000s through the governmental relations firm where I was employed. Even then, she stood out and we had an immediate connection. She carried herself with quiet confidence, remarkable professionalism, and a genuine kindness that naturally drew people to her. Years later, in 2011, I was given the opportunity to join Esther's boutique political fundraising firm, where I remained until the end of 2016. While I initially came to work for her, what I gained was something far more meaningful. Esther became my mentor, one of my greatest professional influences, and ultimately one of my dearest friends.

Looking back on those years, I can honestly say that Esther changed the course of my professional life. She believed in me long before I fully believed in myself. She patiently taught me the art of political fundraising and government relations, but more importantly, she taught me how to conduct myself with integrity, humility, and respect for others. She led by example. She expected excellence, but she always extended grace. She challenged me to grow while making me feel valued and capable. Much of the confidence I have today was nurtured through her encouragement and unwavering belief in my potential.

I remember a time when I was struggling both professionally and personally. Like she had done so many times for others, Esther quietly set aside her own responsibilities to focus on me. She reminded me of my strengths when I could no longer see them myself, encouraged me not to give up, and helped me regain the confidence I had lost. She didn't do it because she had to, nor because anyone was watching. She did it because caring for people is simply part of who she is. That moment changed the trajectory of my career, and I have never forgotten her generosity or the profound impact her kindness had on my life.

What has always distinguished Esther is not simply her intelligence, work ethic, or professional accomplishments, it is the depth of her character. Esther's life has always been guided by a sincere and unwavering faith in God. Her faith is reflected in the way she treats people, with compassion, humility, generosity, and without judgment. She is the person who quietly steps in

when someone is hurting, who offers encouragement when others have lost hope, and who gives of herself without expecting recognition or praise.

Over the years, I have also had the privilege of witnessing Esther's personal journey. I knew her before she met and married the love of her life, Alex, and I watched her embrace marriage with complete devotion. I also witnessed one of the most difficult seasons of her life as she endured the heartbreak of infertility. Through that profound disappointment, she never allowed pain to harden her heart. Instead, she continued to pour love into the lives of others, offering support and encouragement while quietly carrying her own burdens with remarkable strength and dignity.

Esther's love for her family has always been extraordinary. She is a devoted daughter, a loving sister, a proud and caring aunt, and a deeply committed wife. Family has never been simply important to Esther, it is central to who she is. She has always placed the people she loves before herself, celebrating their joys, carrying their burdens, and showing up without hesitation whenever she is needed.

When I think about Esther, the words that come to mind are love and light. She has an extraordinary ability to make people feel seen, heard, and valued. She has never been someone who judges others by their mistakes or circumstances. Instead, she meets people with compassion, empathy, and a sincere desire to help. She has been that person for me countless times throughout our friendship, and I know I am only one of many whose lives have been touched by her kindness.

No one who knows Esther would describe her as anything other than a genuinely good and decent human being. She is hardworking, exceptionally talented, deeply compassionate, and unwaveringly loyal to the people she loves. She has gone above and beyond for me and for so many others, often without anyone ever knowing. Those acts of kindness were never done for recognition, they simply reflect who she is at her core.

I recognize that the Court must consider many factors in determining an appropriate sentence. I simply ask that, in addition to the offense before the Court, you also consider the woman I have known for over two decades. A woman who has spent her life lifting others, mentoring those around her, strengthening her family, serving her community, and living according to the values of faith, compassion, and generosity.

I will always be profoundly grateful for Esther's friendship and the immeasurable impact she has had on my life. She helped shape the professional I became, but more importantly, she helped shape the person I became. That is a gift I will carry with me for the rest of my life.

Thank you for taking the time to consider my perspective and for allowing me the opportunity to speak on behalf of someone who has meant so much to me.

Respectfully submitted,

Ivette Pinto

# Jeanie Hernandez-Porter



14211 Little Cypress Circle, Palm Beach, FL
33410
786-413-9774
Jeanielyz@gmail.com

July 20, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132

Dear Judge Damian,

My name is Jeanie Hernandez-Porter, and I have had the privilege of knowing Esther Nuhfer-Henriquez for more than twenty-five years. We first met through our professional work in South Florida while I was with Comcast NBCUniversal and Esther was serving as Communications Manager for Miami-Dade County. Our roles often intersected as we collaborated on community initiatives, nonprofit partnerships, and programs designed to engage, educate, and empower residents throughout Miami-Dade County.

From the very beginning, I was struck by Esther's sincere commitment to serving others. While many people viewed community service as part of their profession, Esther lived it as part of who she is. She consistently invested her time and energy into helping organizations and people without seeking recognition or personal benefit.

As our professional relationship grew into a lasting friendship, I had the opportunity to witness her character beyond the workplace. One of the most meaningful examples of Esther's influence in my life was her encouragement to become involved in a women's Bible study. Her faith has never been something she simply talked about—it is reflected in how she treats people with kindness, humility, compassion, and grace. She has devoted countless



hours to teaching Bible study to children, serving her parish, and quietly encouraging others in their faith journeys.

I have also admired Esther's longstanding commitment to organizations that strengthen our community. She has been a dedicated advocate for Big Brothers Big Sisters of Miami-Dade, the Boys & Girls Clubs, and Camillus House, where she has supported efforts to care for individuals experiencing homelessness. Her service has always extended beyond writing checks or attending events; she genuinely invests herself in improving the lives of others and building stronger communities.

Over more than two decades of friendship, I have known Esther to be a devoted wife, mother, family member, friend, and community leader. She is someone people naturally turn to for encouragement, wisdom, and support because they know she will respond with compassion and integrity. Her generosity, humility, and unwavering concern for others have remained consistent throughout the many years I have known her.

It is with great respect that I offer this letter on Esther's behalf. She has made a lasting and meaningful impact on countless individuals, including me, and I am grateful to have had her friendship and example in my life.

Thank you for your time and consideration.

Respectfully,

Jeanie Hernandez-Porter
Former Regional Director, Government Affairs & Community Relations
Comcast NBCUniversal
Philanthropist

July 28, 2026

The Honorable Melissa Damian
James Lawrence King Federal Justice Building
99 NE 4th Street
Miami, FL 33132

Dear Judge Damian:

My name is **Alicia Riesgo**, and I am a retired Miami-Dade County employee with 35 years of service.

I am writing on behalf of my dear friend, **Esther Nuhfer Enriquez**, whom I have known for over 30 years. We met while working in the Customer Service Section of the Miami-Dade Water and Sewer Department, and our friendship has remained strong ever since. Over time, she has become like a little sister to me.

During the three decades I have known Esther, she has consistently demonstrated compassion, kindness, honesty, and integrity. She is deeply committed to helping others—family, friends, coworkers, and even strangers—and does so quietly and without expectation of anything in return.

Esther has been a constant source of support during some of the most difficult periods of my life, including the loss of my father and sister and personal challenges in my marriage. She has always been present, offering comfort, encouragement, and a listening ear whenever I needed it.

A friendship of more than 30 years speaks clearly to her character. Esther is loyal, dependable, resilient, and genuinely caring. In today's world, her selflessness and integrity are truly rare.

Without hesitation, I can say Esther is a woman of outstanding character and a truly special person. I respectfully ask that you consider my long experience with her as a reflection of who she is.

Thank you for your time and consideration.

Respectfully,

*Alicia Riesgo*

**Alicia Riesgo**
Riesgo13@yahoo.com
**Retired Miami-Dade County Employee**

July 23, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 NE 4th Street
Miami, Florida 33132

Honorable Judge Melissa Damian

My name is Maria Sanchez, and I am writing this letter to share my personal experience with Esther Nuhfer Enriquez and the positive impact she has had on my life and the lives of those around her.

When I first became part of Esther's family, she made me feel welcomed and accepted. She has always treated me with kindness, warmth, and genuine care. From my experience, Esther is the type of person who makes people feel comfortable and supported. She has a way of bringing peace and positivity into any situation.

Throughout the time I have known Esther, I have witnessed the love and dedication she has for her family. She is someone who consistently shows up for the people she cares about, whether through small acts of kindness or by being there during important moments. Her actions have always shown me that family and helping others are some of the most important values in her life.

What stands out most about Esther is her heart. She is compassionate, patient, and thoughtful in the way she treats others. She does not look for recognition or praise for the things she does; she simply helps because it is part of who she is. Her generosity and caring nature have left a lasting impression on me.

As someone who has had the opportunity to know Esther closely, I can confidently say that she is a person of strong character. She is someone who values honesty, respect, and doing what is right. The way she treats others reflects the kind of person she truly is.

I respectfully ask that you consider my words as a reflection of the Esther I have come to know: a loving, caring, and compassionate person who has made a meaningful difference in the lives of those around her.

Thank you for taking the time to read my letter and consider my perspective.

Respectfully,

Maria Sanchez

July 20, 2026

The Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132

Re: Character Reference for Ms. Esther Nufher

Dear Judge Damian:

My name is Carolina Sívoli, and I respectfully submit this letter on behalf of my dear friend, Esther Nufher.

I have dedicated much of my professional career to public service, serving in leadership positions with Miami-Dade County, including the offices of Commissioner Jose "Pepe" Díaz and Mayor Carlos Alvarez. I am also a proud single mother of three wonderful children whom I raised on my own. It is with sincerity and respect that I write to share my personal experience with Esther, a woman I have had the privilege of knowing for many years.

I first met Esther while we were working together on various projects for Miami-Dade County. What began as a professional relationship soon became a lasting friendship built on mutual respect, trust, and shared values.

Throughout the years, I have come to know Esther as a woman of exceptional character. She is compassionate, kind, generous, and deeply devoted to her faith and family. She is a loving wife, a devoted daughter and sister, and someone who naturally places the well-being of others before her own. Her kindness is genuine and consistent—it is simply who she is.

Our friendship has extended far beyond the workplace. We have traveled together, celebrated important milestones, and supported one another through life's joys and challenges. Esther and her husband attended my daughter's wedding, one of the most meaningful days of my family's life. She has always treated my children with love, kindness, and genuine affection, and they have come to love and respect her as part of our extended family.

As a single mother, there have been times when I needed encouragement, friendship, and support. Esther has always been there for me and my family without hesitation. Whether offering a listening ear, words of encouragement, or simply being present when it mattered most, she has shown unwavering loyalty, generosity, and compassion. Those qualities have remained constant throughout the many years I have known her.

Throughout my career in public service, I have had the privilege of meeting and working with people from many different backgrounds. Those experiences have taught me to recognize honesty, integrity, compassion, and strong character when I see them. Esther

embodies those qualities. She has always treated others with dignity and respect, and she has positively impacted the lives of many people, including my own family.

I have great respect for the judicial process and understand the seriousness of these proceedings. My purpose in writing is simply to share the person I have known for so many years. The Esther I know is a woman of faith, integrity, humility, and compassion whose friendship has been a true blessing in my life. She has consistently demonstrated kindness, generosity, and genuine concern for others, and those are the qualities that define the person I know.

Thank you for taking the time to read my letter and for allowing me the opportunity to share my perspective.

Respectfully submitted,

Carolina Sívoli
Email: sivolic@gmail.com

July 21, 2026

Honorable Melissa Damian
The James Lawrence King Federal Justice Building
99 NE Fourth Street
Miami, FL 33132

Dear Honorable Judge Damian,

With all due respect to your committed schedule, and the constraints of margins on this paper, I will try my best to be as concise as possible to express how much I appreciate Esther Joanne Nuhfer for the positive impact she consistently has on my life on so many fronts; professionally, spiritually, and emotionally with her guidance. When I moved to Miami in 2009, I had the privilege of being introduced to Esther by a mutual friend. Our friendship was immediate. It is her positive outlook at life led by her unwavering faith, her unapologetic genuine selfless friendship that makes everyone around her feel at ease, as if they had known her for a lifetime. At least this is what I can say for myself. Esther's genuine interest in my wellbeing – professionally, spiritually, and emotionally, was evident in the way she speaks to me as if I am family. Throughout the years, Esther has taken on the role of being my mentor. I am a single mom working in remote sales. She always generously gives of her time to provide sound career advice that has encouraged my professional growth and led me to the success I have today in sales. Just what did she say? To always do my best while maintaining my integrity in every project I take on. She reminds me that taking the slow and steady path has permitted me to be present for the moments that matter in my son's life. Moments, by-the-way, that

she too has also been present.  She has always been the first to celebrate my successes and the first to remind me God's plan is always perfect.

In September 2011, Esther surprised me with an invitation to one of the most beautiful weekends I will always remember. She invited me to join her at a Women's Emmaus Retreat at her then parish, St. Timothy. A retreat based on a Biblical scripture written in the book of Luke. Since we met, her dedication to serving others during this yearly retreat has been admirable. I truly enjoyed the opportunity to experience this retreat firsthand and watch Esther serve others with such grace and compassion. This is a testament that she not only talks the talk of faith, but she also walks the walk of faith. Esther was my shepherd during this time to guide me to grow in my own faith and has continued to be. Shortly after the retreat, she created a weekly Bible Study group. It then became evident that it is important for her to surround herself with faithful friends.  Since many in our group and I, had work schedules that did not permit us to join Esther every week during the morning hours at a Bible Study class she attended, she then took it upon herself to create a weekly Bible Study group that met in the evening. Every Tuesday, rain or shine, she gathered us to meet to continue cultivating our faith and friendship.

As life continued, if I were to write about every minor moment and every major moment, I would saturate the paper supply of the world. As I mentioned beforehand, I am limited to the constraints of the margins of this paper. However, in every moment Esther remains consistent – she is a woman of exceptional integrity, compassion and empathy, and unwavering moral values. Aside from influencing me to grow in my faith, it is also

her dedication to her family that has also taught me to embrace my own aging parents, and how to be an aunt to my nieces. Esther's selfless gentle care towards her aging parents has been beautiful to witness throughout the years. She truly honors her parents and has been part of their caregiving team during their trying times with health. It is this very act of love and gratitude towards her parents that reminds me of the luxury that time truly is with family. Esther's moral compass truly is equilibrated. She is also the aunt every sibling with a child wishes to have in their life. I have also witnessed the times she has led her nieces and nephews on their best academic paths for each of their scholar success. A conversation she and I have started to have recently regarding my own son. In addition to being invested in the academic success of her nieces, nephews, and my son, she has also been consistently present at every game and every recital. These are the moments that truly count for her. Esther lives by setting an example of what one's priorities should be.

Lastly, I would like to conclude with what I have to say has been the most impactful moment shared with Esther, the moment that exemplified her friendship, faith, and empathy, was the moment she learned that my son and I had survived a domestic violence situation in 2022 at our home. Every word spoken by Esther during this difficult time for me was led by her unwavering faith and her compassion. Her positive demeanor and inspiring faith is what gave me the strength I needed to know I had made the right choices for my safety and that of my son. It's no secret that in life we will each encounter our trying times, I know I sure did, and it was Esther's consistent presence, generously giving her time to listen to me tell my story, and taking the time to pray for me and my

son, and with me that made all the difference of how I approached this situation. Esther has also shown up for me during my times of need, and also shown up for me quietly in prayer.

Throughout the years I have known Esther, she has always been someone I can trust and rely upon. She has always been a true friend to me, a mentor, and even like family.

Every encouraging word Esther has spoken with me has been led by her faith.

I humbly and respectfully plead with the Court to consider the many positive qualities Esther possesses and how she has positively impacted my life with her integrity, faith, time, compassion, and friendship. Thank you for taking the time to read my anecdotes of moments shared with Esther. I remain at your attention should clarification be needed.


Respectfully,
Nury Valerie Soler

July 23, 2026


Honorable Melissa Damian
The James Lawrene King
Federal Justice Building
99 N.E. Fourth Street
Miami, Florida 33132


Dear Judge Damian,

I am writing this letter to tell you about my daughter-in-law Esther Nuhfer. I have known her for more than ten years when she became part of our family. Over the years I have seen what kind, loving and honest person she is.  She has a very strong faith in God, and you can see that in the way she lives her life and treats other people. She always tries to do what is right and she has a good heart. Esther has always put family before herself, she is always there when someone needs help, whether it is family or a friend.

She gives her time, love and her support without ever asking for anything in return. She is patient, caring, and always there when you need her.

Your Honor I ask that you consider Esthers sentence and take into account that she is an amazing human being whom we all love and admire deeply.

Respectfully

Eugenia Torres
Her mother-in-law