# Net Flow of Funds from PDV USA and PDVSA
# March 2017 to July 2018

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20552-MD
EXHIBIT NO. 1




**Source:** GX 710-738 and 770-780.