# Count 6: Payment to Wolfe Stevens PLLC
# May 07, 2018




AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20552-MD
EXHIBIT NO. 4

**Source:** GX 702-722, 733-747, and 761-769A.