# Deposits from PDV USA and PDVSA to Interamerican Consulting JPMC X1682

## March 2017 to July 2018

| Date | Sender | Sending Bank | Amount |
|---|---|---|---|
| 03/24/17 | PDV USA, Inc. | Bank of Oklahoma | $5,000,000 |
| 04/10/17 | PDV USA, Inc. | Bank of Oklahoma | $5,000,000 |
| 04/19/17 | PDV USA, Inc. | Bank of Oklahoma | $5,000,000 |
| 10/27/17 | Petroleos de Venezuela | Gazprom Bank | $5,000,000 |
| Total | | | $20,000,000 |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20552-MD
EXHIBIT NO. 9A

**Source:** GX 710-722.