# Transactions Between Interamerican Consulting and Communication Solutions (Esther Nuhfer)

## March 2017 to July 2018

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20552-MD
EXHIBIT NO. 9C

### Transactions Sent from Interamerican Consulting to Communication Solutions

| Date | Sending Bank | Account Last 4 | Amount |
|---|---|---|---|
| 03/27/17 | JP Morgan Chase | X5336 | $750,000 |
| 04/11/17 | JP Morgan Chase | X5336 | $750,000 |
| 04/12/17 | JP Morgan Chase | X5336 | $750,000 |
| 04/21/17 | JP Morgan Chase | X5336 | $625,000 |
| 04/24/17 | JP Morgan Chase | X5336 | $625,000 |
| 06/13/17 | JP Morgan Chase | X5336 | $2,500,000 |
| 11/07/17 | JP Morgan Chase | X5336 | $1,000,000 |
| 12/07/17 | JP Morgan Chase | X1800 | $87,000 |
| 07/11/18 | JP Morgan Chase | X5309 | $104,333 |
| Total | | | $7,191,333 |

### Transactions Sent from Communication Solutions to Interamerican Consulting

| Date | Sending Bank | Account Last 4 | Amount |
|---|---|---|---|
| 05/25/17 | JP Morgan Chase | X8305 | $2,500,000 |
| Total | | | $2,500,000 |

**Net Total to Communication Solutions: $4,691,333**

**Source:** GX 723-747, 770-774.